**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Najeeb**<br>First name<br><br>**Ahmed**<br>Middle name<br><br>**Khan**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7199 | |

Debtor 1     **Najeeb Ahmed Khan**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **23443 Lakeview Drive**<br>**Edwardsburg, MI 49112**<br>Number, Street, City, State & ZIP Code<br><br>**Cass**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**PO Box 360**<br>**Granger, IN 46530**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1   **Najeeb Ahmed Khan**

Case number *(if known)*

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| Debtor | **GN Investments, LLC** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When **10/08/19** | Case number, if known |
| Debtor | **See Attachment** | Relationship to you | |
| District | _____ | When _____ | Case number, if known |

---

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Najeeb Ahmed Khan**                              Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **Najeeb Ahmed Khan**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Voluntary Petition for Individuals Filing for Bankruptcy**

Debtor 1    **Najeeb Ahmed Khan**                                         Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Najeeb Ahmed Khan**
_____                          _____
**Najeeb Ahmed Khan**                             Signature of Debtor 2
Signature of Debtor 1

Executed on  **October  8, 2019**                  Executed on  _____
MM / DD / YYYY                                      MM / DD / YYYY

Debtor 1   **Najeeb Ahmed Khan**                                        Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Robert F. Wardrop II**                               Date   **October  8, 2019**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Robert F. Wardrop II (P31639)**
Printed name

**Wardrop & Wardrop, P.C.**
Firm name

**300 Ottawa Avenue, N.W.**
**Suite 150**
**Grand Rapids, MI 49503-2308**
Number, Street, City, State & ZIP Code

Contact phone   **(616) 459-1225**                   Email address   **bkfilings@wardroplaw.com**

**(P31639) MI**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

Debtor 1    **Najeeb Ahmed Khan**                                                     Case number *(if known)*

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Najeeb Ahmed Khan** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

### FORM 101. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

---

| Debtor 1 | **Najeeb Ahmed Khan** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor | **GN Investments, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **Interlogic Outsourcing, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31445** |
| Debtor | **IOI Payroll Services, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31446** |
| Debtor | **IOI West, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31447** |
| Debtor | **Khan Aviation, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **KRW Investments, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **Lakeview Holdings, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31448** |
| Debtor | **Lakeview Technology, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31449** |
| Debtor | **ModEarn, Inc.** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31450** |
| Debtor | **NAK Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **NJ Realty, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **Sarah Air, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Western District of Michigan** | When | **10/08/19** | Case number, if known | |
| Debtor | **TimePlus Systems, LLC** | | | Relationship to you | **Affiliate** |
| District | **U.S. Bankruptcy Court, Northern District of Indiana** | When | **8/11/19** | Case number, if known | **19-31451** |

# United States Bankruptcy Court
## Western District of Michigan

In re    **Najeeb Ahmed Khan**               Case No. _____

Debtor(s)       Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **October 8, 2019**                **/s/ Najeeb Ahmed Khan**

                                                  **Najeeb Ahmed Khan**

                                                  Signature of Debtor

```
1ST SOURCE BANK
100 N. MICHIGAN STREET
SUITE 800
SOUTH BEND IN 46601


5 STAR VENTURES, LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


A/CCELERATED SERVICES, LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


AEGEAN ESTIATORIO INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


AEGEAN RESTAURANT GROUP
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


AFTER-SCHOOL ALL-STARS
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


AIRSUPPLY TOOLS, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


APS
PO BOX 2906
PHOENIX AZ 85062-2906
```

```
BERKSHIRE BANK
C/O HAHN, LOESER & PARKS
2800 BP TOWER
200 PUBLIC SQUARE
CLEVELAND OH 44114


BLUE BYTE TECHNOLOGY SOLUTIONS
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


BOTKIN AND HALL LLP
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


BURNS RENT-ALLS INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


CHELSEA S. RICE, ESQ.
NORTHERN DISTRICT OF OHIO
OFFICE OF THE U.S. ATTORNEYS
801 WEST SUPERIOR AVE, STE 400
CLEVELAND OH 44113-1852


CHESTER COMMUNITY FUND INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


CHRISTOPHER KIP SCHWARTZ
KAUFMAN & COMPANY - DC
1010 WISCONSIN AVENUE, NW
STE 540
WASHINGTON DC 20007


CHUCK TIEBOUT
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE, STE 1600
INDIANAPOLIS IN 46204
```

```
CLASSIC STEREO
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


COASTAL PLAINS COMMUNITY CNTR
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


COOL STREAM RV DUCTING INC.
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


DANIEL WIKEL
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE, STE 1600
INDIANAPOLIS IN 46204


DANNER ENTERPRISES, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


DISCOVER FINANCIAL SERVICES
PO BOX 15316 WILMINGTON
WILMINGTON DE 19850


DSCRIPTION
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


EDWARD M KING
FROST BROWN TODD LLC
400 WEST MARKET STREET
32ND FLOOR
LOUISVILLE KY 40202
```

ERIC SEIGEL
TUESLEY HALL KONOPA LLP
212 EAST LASALLE AVENUE
STE 100
SOUTH BEND IN 46617


ESTIA TAVERNA INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


ET&T ENTERPRISES, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


FIRSTRONIC LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001


FRANZ NURSERY INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


FRONTIER COMMUNICATIONS
PO BOX 5157
TAMPA FL 33675


GRANGER PUBS INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601

```
GREEN GRASS, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


HAMMERSCHMIDT AMARAL & JONAS
137 N MICHIGAN ST
SOUTH BEND IN 46601


HENRY HILOW, ESQ.
HILOW & SPELLACY CO., LLC
THE ROCKEFELLER BUILDING
614 WEST SUPERIOR AVE STE 1300
CLEVELAND OH 44113


HOLLAND METAL FAB, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


HOME GUARD INDUSTRIES, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


HSA BANK
P.O. BOX 939
SHEBOYGAN WI 53081


IECHYD DA BREWING COMPANY LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER S
302 W WASHINGTON ST, 5TH FLOOR
INDIANAPOLIS IN 46204


INDIANA MICHIGAN POWER
PO BOX 24401
CANTON OH 44701-4401
```

```
INDIANA MICHIGAN POWER
PO BOX 371496
PITTSBURGH PA 15250-7496


INTERLOGIC INTERSOURCING, INC.
1710 LEER DRIVE
ELKHART IN 46514


INTERLOGIC OUTSOURCING, INC.
1710 LEER DRIVE
ELKHART IN 46514


INTERLOGIC OUTSOURCING, INC.
C/O LADUE CURRAN KUEHN
SUITE 300
100 E. WAYNE STREET
SOUTH BEND IN 46601


INTERLOGIC OUTSOURCING, INC.
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE, STE 1600
INDIANAPOLIS IN 46204


INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
3251 N. EVERGREEN DRIVE, NE
INSOLVENCY GROUP 4, STOP 93
GRAND RAPIDS MI 49525


JACOBSON HILE KIGHT LLC
THE ELLIOT HOUSE
108 E. 9TH STREET
INDIANAPOLIS IN 46202
```

```
JACOBSON HILE, LLC
MICHAEL W HILE
ONE INDIANA SQUARE
STE 1600
INDIANAPOLIS IN 46204


JARPOLE ENTERPRISES, LLC
DBA FORT WAYNE RECOVERY
C/O ANDREW BEARE JONES
205 W JEFFERSON BLVD STE 200
SOUTH BEND IN 46601


JEFFREY A HOKANSON (RD)
ICE MILLER LLP
ONE AMERICAN SQUARE
SUITE 2900
INDIANAPOLIS IN 46282


JESSE M. BARRETT
SOUTHBANK LEGAL
100 E. WAYNE STREET
SUITE 300
SOUTH BEND IN 46601


JONES LAW OFFICE LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


JPMCB CARD
PO BOX 15369 WILMINGTON
WILMINGTON DE 19850


JPMORGAN CHASE BANK, N.A.
C/O ULMER & BERNE - CLEVELAND
1100 SKYLIGHT OFFICE TOWER
1660 WEST SECOND STREET
CLEVELAND OH 44113


KATHERINE M. POLDNEFF
KAUFMAN & COMPANY
1001 LAKESIDE AVENUE
STE 1710
CLEVELAND OH 44114
```

```
KEYBANK
CYNTHIA M FILIPOVICH
CLARK HILL PLC
500 WOODWARD AVENUE #3500
DETROIT MI 48226


KEYBANK NATIONAL ASSOCIATION
MARK R. KLEINHAUT
66 SOUTH PEARL STREET
ALBANY NY 12207


KEYBANK NATIONAL ASSOCIATION
201 N ILLINOIS STREET
SUITE 1900
PO BOX 44961
INDIANAPOLIS IN 46204


KHAN AVIATION, INC.
25235 LEER DRIVE
ELKHART IN 46514


KRZ4BAMA LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


LAKE CITY BANK
P.O. BOX 1387
WARSAW IN 46581


LAMI PLAST, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


LASALLE HOSPITALITY GROUP, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601
```

```
LIGHTNING PRODUCTIONS LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


M AND S MANAGEMENT CO, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX AZ 85072-2133


MARK HILLS
VARNUM LLP
233 WASHINGTON AVENUE
SUITE 205
GRAND HAVEN MI 49417-1374


MARTIN E. SEIFERT
HALLER & COLVIN
444 EAST MAIN STREET
FORT WAYNE IN 46802


MATTHEW T NELSON
WARNER NORCROSS & JUDD LLP
111 LYON ST NW
STE 900
GRAND RAPIDS MI 49503


MAXJACK, INC.
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


MCDOWELL ENTERPRISES, INC.
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601
```

MCMAHON TIRE SERVICE, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


MERLIN ENERGY LLC


MERLIN VENTURES, LLC


MI DEPT. OF ATTORNEY GENERAL
CADILLAC PLACE, 10TH FLOOR
3030 W. GRAND BOULEVARD
SUITE 10-200
DETROIT MI 48202


MICHIANA HOME SERVICES INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


MICHIGAN DEPT OF TREASURY
BANKRUPTCY - CLAIMS UNIT
PO BOX 30168
LANSING MI 48909


MICHIGAN DEPT. OF TREASURY
OFFICE OF COLLECTIONS
PO BOX 30199
LANSING MI 48909


MICHIGAN ESC
UNEMPLOYMENT INSURANCE AGENCY
11TH FLOOR, TAX OFFICE
3024 W. GRAND BLVD.
DETROIT MI 48202


MJS ELECTRICAL CONTRACTORS INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601

MKSZ, LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


NANCY KHAN
23451 LAKEVIEW DRIVE
EDWARDSBURG MI 49112


NANCY LEE KHAN
23451 LAKEVIEW DRIVE
EDWARDSBURG MI 49112


NATIONAL SUPPLY
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


OFFICE OF THE U.S. TRUSTEE
THE LEDYARD BLDG  2ND FLOOR
125 OTTAWA AVE., NW, STE 200R
GRAND RAPIDS MI 49503


OFFICE OF THE U.S. TRUSTEE
NANCY J GARGULA
100 EAST WAYNE STREET
5TH FLOOR
SOUTH BEND IN 46601-2349


OFFICE OF THE US TRUSTEE
THE LEDYARD BLDG, 2ND FL
125 OTTAWA NW, STE 200R
GRAND RAPIDS MI 49503


OHIO ATTORNEY GENERAL
30 E. BROAD STREET, 14TH FLOOR
COLUMBUS OH 43215


OMNI TECHNOLOGIES INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601

```
PARKSIDE PHARMACY INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


PAUL HASTINGS LLP
NATHAN GIMPEL
71 SOUTH WACKER DRIVE
CHICAGO IL 60606


PAUL MCCORMICK
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE, STE 1600
INDIANAPOLIS IN 46204


PAUL WITEK
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE, STE 1600
INDIANAPOLIS IN 46204


PERFORMANCE MACHINE TECHN. INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


PIETRO'S COAL OVEN PIZZERIA
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


PIETRO'S ITALIAN RESTAURANT
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


PIETRO'S WALNUT PIZZERIA
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601
```

```
PNC EQUIPMENT FINANCE LLC
LUCI JOHNSON SR VP AVIATION
4355 EMERALD STREET
SUITE 100
BOISE ID 83706


PRECISION WALL SYSTEMS, INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


QUALITY TRUCK PARTS
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


REGENCY ISLAND DUNES CONDO I
C/O CAPITAL REALTY ADVISORS
600 SANDTREE DRIVE
SUITE 109
WEST PALM BEACH FL 33403


ROBERT A. O'BRIEN
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE, STE 1600
INDIANAPOLIS IN 46204


ROYCE T FLORA
MARICOPA COUNTY TREASURER
301 W JEFFERSON ST
STE 100
PHOENIX AZ 85003-2199


SCHOBERG & SCHOBERG INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


SEAN A GORDON
THOMPSON HINE LLP
TWO ALLIANCE CENTER
3650 LENOX RD STE 1600
ATLANTA GA 30326-4266
```

SEAN J. QUINN
LADUE, CURRAN & KUEHN LLC
100 E. WAYNE STREET
SUITE 300
SOUTH BEND IN 46601-2352


SEMCO ENERGY GAS COMPANY
PORT HURON MI 48061-5004


SEMCO ENERGY GAS COMPANY
PO BOX 5004
PORT HURON MI 48061-5004


SHORELINE GROWERS, INC.
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


SOUTHWEST GAS CORPORATION
PO BOX 98890
LAS VEGAS NV 89193-8890


STANDARDIZED FOOD
SERVICE SYSTEMS, INC.
C/O ANDREW BEARE JONES
205 W. JEFFERSON BLVD STE 200
SOUTH BEND IN 46601


SUBWAY SYSTEMS, LLC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


SUSAN JAFFE ROBERTS
ONE MICHIANA SQUARE, STE 555
100 EAST WAYNE STREET
SOUTH BEND IN 46601


TERRY A. SHULSKY
BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
301 GRANT ST., 20TH FLOOR
PITTSBURGH PA 15219-1410

```
THOMPSON HINE, LLP
CURTIS TUGGLE & DAVID THOMAS
127 PUBLIC SQUARE
300 KEY CENTER
CLEVELAND OH 44114


TIMOTHY DAILEADER
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE, STE 1600
INDIANAPOLIS IN 46204


TNT MARINE
1940 NE 135TH ST, NORTH
MIAMI FL 33181


US ATTORNEY'S OFFICE
WESTERN DISTRICT OF MICHIGAN
BANKRUPTCY SECTION
PO BOX 208
GRAND RAPIDS MI 49501-0208


VERSATILE AUTOMATION TECH INC
C/O ANDREW BEARE JONES
205 W. JEFFERSON BOULEVARD
SUITE 200
SOUTH BEND IN 46601


WELLS FARGO BANK, N.A.
C/O MUNGER TOLLES & OLSON
27TH FLOOR, 560 MISSION STREET
SAN FRANCISCO CA 94105


WILLIAM J BECK
DELTA MANAGEMENT RESOURCES
PO BOX 313
SPRING LAKE MI 49456


XFINITY
PO BOX 70219
PHILADELPHIA PA 19176-0219


XFINITY
PO BOX 4928 OAK
BROOK IL 60522-4928
```

```
YENSID JR, LLC DBA
ACTIVE HEALTH & WELLNESS CTR
C/O ANDREW BEARE JONES
205 W. JEFFERSON BLVD, STE 200
SOUTH BEND IN 46601
```