# United States Bankruptcy Court
### WESTERN DISTRICT OF MICHIGAN

CHAMBERS OF
**SCOTT W. DALES**
CHIEF JUDGE

TELEPHONE
616 - 456 - 2949

ONE DIVISION AVENUE NORTH
GRAND RAPIDS, MICHIGAN 49503

<u>Via CM/ECF Only</u>

October 16, 2019

Robert F. Wardrop, II, Esq.
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, Michigan 49503

Re:   In re: Najeeb Ahmed Khan
      Case No. 19-04258

      In re: Khan Aviation, Inc.
      Case No. 19-04261

      In re: KRW Investments, Inc.
      Case No. 19-04264

      In re: NJ Realty, LLC
      Case No. 19-04266

Dear Mr. Wardrop:

The court has reviewed your motions for use of cash collateral in each of the above referenced cases and notes that you have not complied with LBR 4001-2(b), which requires a coversheet on the court's local form to accompany such motions.

Interested parties would likely benefit from a summary of the relief that your clients are requesting, in advance of Friday's hearing. I remind you that the failure to comply may result in denial of the motions, without prejudice.

To honor the prohibition again *ex parte* communication, I will ask the Clerk to enter a copy of this letter on the docket in each of the above-mentioned cases.

Very truly yours,

Scott W. Dales