UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Najeeb Ahmed Khan,                                    Case No. 19-04258-swd
                                                      Chapter 11
                              Debtor./    Honorable Scott W. Dales

## APPOINTMENT OF COMMITTEE OF CREDITORS

Pursuant to Section 1102 of the Bankruptcy Code, Daniel M. McDermott, United States Trustee for Region 9, hereby appoints the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case[1] (the "Committee"):

1. **The Commodore Corporation**, Attn: Barry S. Shein, P.O. Box 577, Goshen, IN 46527-0577.

2. **Roman Catholic Diocese of Charleston,** Attn: Elaine H. Fowler, 901 Orange Grove Road, Charleston, SC 29407.

3. **K-Z, Inc.,** Attn: Trevor Q. Gasper, 601 East Beardsley Ave., Elkhart, IN 46514.

The United States Trustee reserves the right to alter the size and structure of the Committee to ensure fair and adequate representation of the different kinds of creditors or interests served by the Committee, as the circumstances of the case(s) may require.

By appointing the foregoing members to the Committee, the United States Trustee is not taking a position as to the nature, merit, or validity of any claim(s) asserted or held, directly or indirectly, by such Committee members.

                                                                      Respectfully Submitted,

                                                                      DANIEL M. McDERMOTT
                                                                      United States Trustee
                                                                      Region 9

Dated: November 1, 2019                       By:   /s/  Matthew W. Cheney
                                                                     Matthew W. Cheney (P80991)
                                                                       Assistant United States Trustee
                                                                       Office of the United States Trustee
                                                                       125 Ottawa Avenue, NW, Suite 200R
                                                                       Grand Rapids, Michigan 49503
                                                                       (616) 456-2002 ext. 116

---

[1] In addition to the above-captioned case, there are six related cases: Khan Aviation, Inc., 19-04261; GN Investments, LLC (19-04262), KRW Investments, Inc. (19-04264), NJ Realty, LLC (19-04266), NAK Holdings, LLC (19-04267), and Sarah Air, LLC (19-04268). Motions to jointly administer all seven cases are pending. If joint administration is granted, then the Committee would serve as a combined committee for all jointly administered cases.