**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Najeeb Ahmed Khan** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number | 19-04258 |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

1.1

**23451 Lakeview Drive**
Street address, if available, or other description

**Edwardsburg     MI     49112-0000**
City        State        ZIP Code

**Cass**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other     **Marital Home**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel 14-090-095-018-01 & -00 SEV $624500**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$1,100,000.00**

Current value of the portion you own?
**$1,100,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple w/non-filing spouse**

☐ Check if this is community property (see instructions)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Najeeb Ahmed Khan**                                          Case number *(if known)*    **19-04258**

### If you own or have more than one, list here:

**1.2**

**23443 Lakeview Drive**

Street address, if available, or other description

**Edwardsburg**          **MI**      **49112-0000**

City                     State      ZIP Code

**Cass**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **Guest Residence / Garage Home**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcels 14-090-095-020-00/ -019-00 SEV $250700**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $650,000.00 | $650,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple w/non-filing spouse**

☐ **Check if this is community property**
(see instructions)

---

### If you own or have more than one, list here:

**1.3**

**8650 S Ocean Drive**
**PH 3**

Street address, if available, or other description

**Jensen Beach**          **FL**      **34957-0000**

City                     State      ZIP Code

**Saint Lucie**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**3534-501-0069-000/8, assessed value $693500 Regency Island Dunes Building 1**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $950,000.00 | $950,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple w/non-filing spouse**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor 1    **Najeeb Ahmed Khan**                                      Case number *(if known)*    19-04258

**If you own or have more than one, list here:**

**1.4**

**8650 S Ocean Drive**
**PH 1**
Street address, if available, or other description

**Jensen Beach**      **FL**    **34957-0000**
City                State    ZIP Code

**Saint Lucie**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**3534-501-0067-000/4, assessed value $711700 Regency Island Dunes Building 1**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$875,000.00** | **$875,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple w/non-filing spouse**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

**1.5**

**S Ocean Drive**
Street address, if available, or other description

**Jensen Beach**      **FL**    **34957-0000**
City                State    ZIP Code

**Saint Lucie**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Boat Docks**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**TWO Boat Docks #1 purchased 1997, Dock #5 purchased 12/2018 has deep water and a lift @ $30000/each; see respective Slip License Agreements with Island Dunes Yacht Club, Inc.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$60,000.00** | **$60,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenants w/full rights of survivorship - upon information and belief**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Najeeb Ahmed Khan**                                              Case number *(if known)*   **19-04258**

**If you own or have more than one, list here:**

1.6

**Lot 49 Skaggs Hollow**

Street address, if available, or other description

**Deer Lodge**        **MT**    **59722-0000**

City            State    ZIP Code

**Powell**

County

| What is the property? Check all that apply |
| --- |
| ☐ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ■ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**vacant residential lot (0.22 acres $354492) Geocode 28-1677-03-3-02-35-000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$250,000.00**              **$250,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenants w/full rights of survivorship**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.7

**10040 E Happy Valley Road, #789**

Street address, if available, or other description

**Scottsdale**        **AZ**    **85255-0000**

City            State    ZIP Code

**Maricopa**

County

| What is the property? Check all that apply |
| --- |
| ■ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**APN: 217-03-108 Desert Highlands Phase 3 full cash value per county records $1,494,600; listed for sale**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$2,800,000.00**            **$2,800,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Community Property with Right of Survivorship**

■ **Check if this is community property** (see instructions)

Debtor 1   **Najeeb Ahmed Khan**                                                    Case number *(if known)*   **19-04258**

**1.8**   **If you own or have more than one, list here:**

**Lakeview Drive**
Street address, if available, or other description

**Edwardsburg**        **MI**        **49112-0000**
City                   State        ZIP Code

**Cass**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

■ Other     **Pole Barn**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**15 acres across street at 23451 , Parcel #14-090-095-037-00 SEV $100200**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple w/non-filing spouse**

☐ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>     **$6,885,000.00**

---

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1   Make:     **Auburn**
Model:   **851 Boat-tail Speedster**
Year:    **1935**
Approximate mileage:
Other information:

**VIN: 85133175E located at Aeroplex Drive storage facility**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$650,000.00** | **$325,000.00** |

3.2   Make:     **Ford**
Model:   **Escape**
Year:    **2015**
Approximate mileage:   **approx 40000**
Other information:

**Joint with Sarah Shoemaker**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$12,000.00** | **$6,000.00** |

Debtor 1   **Najeeb Ahmed Khan**          Case number *(if known)*   **19-04258**

---

**3.3** Make: **Ford**

Model: **F150**

Year: **2019**

Approximate mileage: **approx 14000**

Other information:

| Co-owner maintains possession/use/insurance |
| --- |

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$55,000.00**

Current value of the portion you own? **$27,500.00**

---

**3.4** Make: **Jaguar**

Model: **XKE Coupe**

Year: **1967**

Approximate mileage: **Unknown**

Other information:

| VIN: 1E772678W maroon |
| --- |

Who has an interest in the property? Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$20,000.00**

Current value of the portion you own? **$20,000.00**

---

**3.5** Make: **Alfa Romeo**

Model: **Giulietta Sprint**

Year: **1961**

Approximate mileage: **62516**

Other information:

| VIN: AR158831 red/grey |
| --- |

Who has an interest in the property? Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$70,000.00**

Current value of the portion you own? **$70,000.00**

---

**3.6** Make: **Alpha Romeo**

Model: **Giulietta Spider**

Year: **1959**

Approximate mileage: **Unknown**

Other information:

| VIN: 149504904 black/red |
| --- |

Who has an interest in the property? Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$100,000.00**

Current value of the portion you own? **$100,000.00**

---

**3.7** Make: **Alpine**

Model: **Renault A110**

Year: **1973**

Approximate mileage: **Unknown**

Other information:

| VIN: 20266 blue/black race car |
| --- |

Who has an interest in the property? Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$100,000.00**

Current value of the portion you own? **$100,000.00**

---

**3.8** Make: **AMC**

Model: **Mighty Mite**

Year: **1963**

Approximate mileage: **Unknown**

Other information:

| VIN: AMC3307196 Jeep Army green |
| --- |

Who has an interest in the property? Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$20,000.00**

Current value of the portion you own? **$20,000.00**

---

Debtor 1   **Najeeb Ahmed Khan**                                        Case number *(if known)*   **19-04258**

| 3.9 | Make: | **Amphicar** | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|---|
| | Model: | **Convertible** | | ■ Debtor 1 only | | | |
| | Year: | **1967** | | ☐ Debtor 2 only | | | |
| | Approximate mileage: | **Unknown** | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | | |
| | **VIN: 10652372 red** | | | ☐ Check if this is community property (see instructions) | | $15,000.00 | $15,000.00 |

| 3.10 | Make: | **Amphicar** | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|---|
| | Model: | **Convertible Blue** | | ■ Debtor 1 only | | | |
| | Year: | **1966** | | ☐ Debtor 2 only | | | |
| | Approximate mileage: | **Unknown** | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | | |
| | **VIN: 101369** | | | ☐ Check if this is community property (see instructions) | | $60,000.00 | $60,000.00 |

| 3.11 | Make: | **Arnolt** | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|---|
| | Model: | **Bristol** | | ■ Debtor 1 only | | | |
| | Year: | **1965** | | ☐ Debtor 2 only | | | |
| | Approximate mileage: | **Unknown** | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | | |
| | **VIN: 404X3084  silver/grey** | | | ☐ Check if this is community property (see instructions) | | $325,000.00 | $325,000.00 |

| 3.12 | Make: | **Aston Martin** | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|---|
| | Model: | **DB6** | | ■ Debtor 1 only | | | |
| | Year: | **1966** | | ☐ Debtor 2 only | | | |
| | Approximate mileage: | **Unknown** | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | | |
| | **Vehicle ID# DB62558R RHD, seafoam green/black** | | | ☐ Check if this is community property (see instructions) | | $250,000.00 | $250,000.00 |

| 3.13 | Make: | **Aston Martin** | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|---|
| | Model: | **DB5** | | ■ Debtor 1 only | | | |
| | Year: | **1964** | | ☐ Debtor 2 only | | | |
| | Approximate mileage: | **Unknown** | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | | |
| | **Vehicle ID# DB5/1900/R blue/black** | | | ☐ Check if this is community property (see instructions) | | $750,000.00 | $750,000.00 |

| 3.14 | Make: | **Austin** | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|---|
| | Model: | **Swallow** | | ■ Debtor 1 only | | | |
| | Year: | **1929** | | ☐ Debtor 2 only | | | |
| | Approximate mileage: | **Unknown** | | ☐ Debtor 1 and Debtor 2 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | | |
| | **Vehicle ID# 5802 chassis plate is B7949, ex Hyman, green/cream** | | | ☐ Check if this is community property (see instructions) | | $30,000.00 | $30,000.00 |

| Debtor 1 | Najeeb Ahmed Khan | Case number (if known) | 19-04258 |
|---|---|---|---|

**3.15**

Make: **Austin-Healy**
Model: **Sprite**
Year: **1959**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# 16797 bugeye sprite, red/black

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

**3.16**

Make: **Austin**
Model: **3000**
Year: **1962**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# HBT7L18616 white/dark blue

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$60,000.00**
Current value of the portion you own? **$60,000.00**

**3.17**

Make: **Austin**
Model: **Mini Moke**
Year: **1966**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# AABIL841453 yellow/yellow

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$20,000.00**
Current value of the portion you own? **$20,000.00**

**3.18**

Make: **Austin**
Model: **Mini Moke**
Year: **1967**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# AABIL807921 green/black seats

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$20,000.00**
Current value of the portion you own? **$20,000.00**

**3.19**

Make: **Austin**
Model: **Mini pickup**
Year: **1972**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# XLU1248767 blue/red, tan seats

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

**3.20**

Make: **Austin**
Model: **Woody**
Year: **1964**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# AAW75899820 red/red

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$20,000.00**
Current value of the portion you own? **$20,000.00**

Debtor 1  **Najeeb Ahmed Khan**    Case number *(if known)*  **19-04258**

---

**3.2.1**

| | |
|---|---|
| Make: | **Austin** |
| Model: | **Mini Cooper S** |
| Year: | **1970** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# XA2S1142654A green/white**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$25,000.00**
Current value of the portion you own? **$25,000.00**

---

**3.2.2**

| | |
|---|---|
| Make: | **Austin** |
| Model: | **A35 Panel Van** |
| Year: | **1958** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# AV5LCS135958**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**
Current value of the portion you own? **$30,000.00**

---

**3.2.3**

| | |
|---|---|
| Make: | **Austin** |
| Model: | **840 Convertible** |
| Year: | **1953** |
| Approximate mileage: | **68113** |
| Other information: | |

**Vehicle ID# GD5L745945 light blue/ dark blue**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$50,000.00**
Current value of the portion you own? **$50,000.00**

---

**3.2.4**

| | |
|---|---|
| Make: | **Austin** |
| Model: | **Heavy Taxi** |
| Year: | **1936** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 80776  black and blue**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**
Current value of the portion you own? **$30,000.00**

---

**3.2.5**

| | |
|---|---|
| Make: | **Austin** |
| Model: | **Mini Cooper** |
| Year: | **1964** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# AA2S7S473276A Racecar, #64, grey 2 door**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**
Current value of the portion you own? **$30,000.00**

---

**3.2.6**

| | |
|---|---|
| Make: | **Auto Union** |
| Model: | **2 Door** |
| Year: | **1963** |
| Approximate mileage: | **55901** |
| Other information: | |

**Vehicle ID# 6820133887 grey/red**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**
Current value of the portion you own? **$30,000.00**

---

Debtor 1   **Najeeb Ahmed Khan**                                                    Case number *(if known)*   **19-04258**

---

**3.27**

| | | |
|---|---|---|
| Make: | **AutoBianchi** | |
| Model: | **500** | |
| Year: | **1959** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# 10798 red/black

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

---

**3.28**

| | | |
|---|---|---|
| Make: | **AutoBianchi** | |
| Model: | **Bianchina Sp Cab** | |
| Year: | **1961** | |
| Approximate mileage: | **85027** | |
| Other information: | | |

Vehicle ID# 1007191, white/black

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

---

**3.29**

| | | |
|---|---|---|
| Make: | **Alfa Romeo** | |
| Model: | **Montreal** | |
| Year: | **1971** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# AR1425491 2 door red/black

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $80,000.00 | $80,000.00 |

---

**3.30**

| | | |
|---|---|---|
| Make: | **Alfa Romeo** | |
| Model: | **1750** | |
| Year: | **1970s** | |
| Approximate mileage: | **75,000** | |
| Other information: | | |

Vehicle ID# AR1530380 red/brown

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

---

**3.31**

| | | |
|---|---|---|
| Make: | **Lotus** | |
| Model: | **Elite Racing Car** | |
| Year: | **1960** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# EB-2021692 located in repair facility, St. Louis, MO

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

---

**3.32**

| | | |
|---|---|---|
| Make: | **Wolsley** | |
| Model: | **Union Jack Racing Car** | |
| Year: | **1966** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# W-A2S282960 British Flag

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Najeeb Ahmed Khan**                                                    Case number *(if known)*   **19-04258**

---

**3.3 3**

Make: **Bedford CA**

Model: **Dormobile by Martin-Walter**

Year: **1961**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# CALV163588**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

**$60,000.00** | **$60,000.00**

---

**3.3 4**

Make: **Bentley**

Model: **Model 3 4 1/2**

Year: **1924**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 406 green/red**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

**$300,000.00** | **$300,000.00**

---

**3.3 5**

Make: **BMW**

Model: **Isetta 300**

Year: **1957**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 509090 red/grey**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

**$35,000.00** | **$35,000.00**

---

**3.3 6**

Make: **Borgward**

Model: **Isabella**

Year: **1959**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 1149737 black**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

**$15,000.00** | **$15,000.00**

---

**3.3 7**

Make: **Bristol**

Model: **403**

Year: **1951**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 4031500 black/maroon 2 door**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

**$80,000.00** | **$80,000.00**

---

**3.3 8**

Make: **Brough**

Model: **Superior Dual**

Year: **1937**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# CH6D714160090 dark blue/black fenders, tan interior**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

**$75,000.00** | **$75,000.00**

---

Debtor 1   **Najeeb Ahmed Khan**                                    Case number (*if known*)   **19-04258**

---

**3.39**

| Make: | **Buick** |
|---|---|
| Model: | **Roadmaster Convertible** |
| Year: | **1954** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 7A6015247 yellow/maroon**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$70,000.00**

Current value of the portion you own? **$70,000.00**

---

**3.40**

| Make: | **Cadillac** |
|---|---|
| Model: | **Eldorado** |
| Year: | **1959** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 59E039718 Green/green**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$225,000.00**

Current value of the portion you own? **$225,000.00**

---

**3.41**

| Make: | **Chevrolet** |
|---|---|
| Model: | **3100 Truck** |
| Year: | **1952** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 21KPA1143 green/black fenders**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$35,000.00**

Current value of the portion you own? **$35,000.00**

---

**3.42**

| Make: | **Chevrolet** |
|---|---|
| Model: | **Corvette Fuelie** |
| Year: | **1958** |
| Approximate mileage: | **76598** |
| Other information: | |

**Vehicle ID# J58S102873 silver, white covers, black interior, 4 spd convertible**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$100,000.00**

Current value of the portion you own? **$100,000.00**

---

**3.43**

| Make: | **Chevrolet** |
|---|---|
| Model: | **Corvette Fuelie** |
| Year: | **1963** |
| Approximate mileage: | **87 since restoration** |
| Other information: | |

**Vehicle ID# 30837S113206 red/black, 4 spd**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$150,000.00**

Current value of the portion you own? **$150,000.00**

---

**3.44**

| Make: | **Chevrolet** |
|---|---|
| Model: | **Impala** |
| Year: | **2007** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 24-428 Jeff Gordon Race Car #24**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$125,000.00**

Current value of the portion you own? **$125,000.00**

---

Debtor 1    **Najeeb Ahmed Khan**                                      Case number (if known)    19-04258

| 3.4 5 | | | | |
|---|---|---|---|---|
| Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
| Model: | **Impala** | ■ Debtor 1 only | | |
| Year: | **2012** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# 88-747 Dale Earnhardt Jr Nascar** | | ☐ Check if this is community property (see instructions) | $80,000.00 | $80,000.00 |

| 3.4 6 | | | | |
|---|---|---|---|---|
| Make: | **Citroen** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
| Model: | **2CV Dual-Engine** | ■ Debtor 1 only | | |
| Year: | **1963** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# B3509 Sahara, grey/black** | | ☐ Check if this is community property (see instructions) | $80,000.00 | $80,000.00 |

| 3.4 7 | | | | |
|---|---|---|---|---|
| Make: | **Citroen** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
| Model: | **DS21 Decapotable** | ■ Debtor 1 only | | |
| Year: | **1966** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | **24060** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# DS214350118 green/black, automatic** | | ☐ Check if this is community property (see instructions) | $200,000.00 | $200,000.00 |

| 3.4 8 | | | | |
|---|---|---|---|---|
| Make: | **Citroen** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
| Model: | **Van** | ■ Debtor 1 only | | |
| Year: | **1966** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# 252280 beige, red belt line** | | ☐ Check if this is community property (see instructions) | $30,000.00 | $30,000.00 |

| 3.4 9 | | | | |
|---|---|---|---|---|
| Make: | **Citroen** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
| Model: | **Mehari** | ■ Debtor 1 only | | |
| Year: | **1970** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# 01CA2801 white/black seats** | | ☐ Check if this is community property (see instructions) | $15,000.00 | $15,000.00 |

| 3.5 0 | | | | |
|---|---|---|---|---|
| Make: | **Citroen** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
| Model: | **SM** | ■ Debtor 1 only | | |
| Year: | **1974** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | **36097** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# AC7300SD0764 grey/brown, automatic** | | ☐ Check if this is community property (see instructions) | $70,000.00 | $70,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Najeeb Ahmed Khan**

Case number *(if known)*   19-04258

---

### 3.5 1

Make: **Clement**

Model: **Rear Entrance Tonneau**

Year: **1904**

Approximate mileage: **Unknown**

Other information:

> **London to Brighton 2018, blue and maroon, registered in UK, 4 cyl**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$325,000.00** | **$325,000.00** |

---

### 3.5 2

Make: **Cooper**

Model: **Jaguar**

Year: **1955**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# CJ/2/55 white/green seats**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,892,500.00** | **$1,892,500.00** |

---

### 3.5 3

Make: **Cooper**

Model: **Monaco**

Year: **1959**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# CM159 off white**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$225,000.00** | **$225,000.00** |

---

### 3.5 4

Make: **Cord**

Model: **812 Convertible**

Year: **1937**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# 32023F maroon/tan**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$325,000.00** | **$325,000.00** |

---

### 3.5 5

Make: **Crosley**

Model: **"happy wagon"**

Year: **1948**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# CC50039**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$40,000.00** | **$40,000.00** |

---

### 3.5 6

Make: **Cushman**

Model: **Truck**

Year: **1959**

Approximate mileage: **Unknown**

Other information:

> **off white**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Najeeb Ahmed Khan**    Case number *(if known)*   **19-04258**

---

**3.57**

| | |
|---|---|
| Make: | **Datsun** |
| Model: | **240Z** |
| Year: | **1972** |
| Approximate mileage: | **Unknown** |

Other information:

**lime green/black**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$75,000.00**

Current value of the portion you own? **$75,000.00**

---

**3.58**

| | |
|---|---|
| Make: | **De Tomaso** |
| Model: | **Pantera** |
| Year: | **1972** |
| Approximate mileage: | **14000** |

Other information:

**Vehicle ID# THPNDD03968 yellow/black**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$70,000.00**

Current value of the portion you own? **$70,000.00**

---

**3.59**

| | |
|---|---|
| Make: | **DeLorean** |
| Model: | **DMC 12** |
| Year: | **1981** |
| Approximate mileage: | **12396** |

Other information:

**Vehicle ID# SCEDT26T3BD005698**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**

Current value of the portion you own? **$30,000.00**

---

**3.60**

| | |
|---|---|
| Make: | **Desoto** |
| Model: | **Custom Convertible** |
| Year: | **1949** |
| Approximate mileage: | **83163** |

Other information:

**Vehicle ID# S1376502 green/green**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**

Current value of the portion you own? **$30,000.00**

---

**3.61**

| | |
|---|---|
| Make: | **Desoto** |
| Model: | **Adventurer** |
| Year: | **1957** |
| Approximate mileage: | **Unknown** |

Other information:

**Vehicle ID# 50412693 white with gold roof and side**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$60,000.00**

Current value of the portion you own? **$60,000.00**

---

**3.62**

| | |
|---|---|
| Make: | **Devin** |
| Model: | **Triumph** |
| Year: | **1956** |
| Approximate mileage: | **Unknown** |

Other information:

**Vehicle ID# chassis 28, engine Ts14142E**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**

Current value of the portion you own? **$30,000.00**

---

Debtor 1    **Najeeb Ahmed Khan**

Case number *(if known)*    **19-04258**

---

3.6
3

| Make: | **Dodge** |
| Model: | **H44 Tow Truck** |
| Year: | **1933** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# H448604671 red/black**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $45,000.00 | $45,000.00 |

---

3.6
4

| Make: | **Dodge** |
| Model: | **Demon** |
| Year: | **2018** |
| Approximate mileage: | **933** |
| Other information: | |

**Vehicle ID# 2C3CDZH92JH100109 dark grey/black, comes with box**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

---

3.6
5

| Make: | **Dodge Alfa tz3** |
| Model: | **Viper** |
| Year: | **2010** |
| Approximate mileage: | **201** |
| Other information: | |

**Vehicle ID# 1B3AZ6JZ9AV100128 red/tan**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $400,000.00 | $400,000.00 |

---

3.6
6

| Make: | **ELCAR** |
| Model: | **891** |
| Year: | **1928** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# A6A22 S. Ray Miller lycomb engine**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,000.00 | $60,000.00 |

---

3.6
7

| Make: | **ERF** |
| Model: | **D16** |
| Year: | **1942** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# SABV3R0329252378 transport truck, maroon**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

---

3.6
8

| Make: | **Facel** |
| Model: | **Vega HK500** |
| Year: | **1961** |
| Approximate mileage: | **29840** |
| Other information: | |

**Vehicle ID# HK1CA1 silver/red**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $120,000.00 | $120,000.00 |

---

Debtor 1   **Najeeb Ahmed Khan**

Case number *(if known)*   19-04258

---

**3.6 9**

| | |
|---|---|
| Make: | **Ferrari** |
| Model: | **225S** |
| Year: | **1952** |
| Approximate mileage: | **23733** |
| Other information: | |

**Vehicle ID# 0164ED original dash**

Who has an interest in the property? *Check one*

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,365,000.00** | **$2,365,000.00** |

---

**3.7 0**

| | |
|---|---|
| Make: | **Ferrari** |
| Model: | **Daytona** |
| Year: | **1972** |
| Approximate mileage: | **20000** |
| Other information: | |

**Vehicle ID# 14849 red/tan**

Who has an interest in the property? *Check one*

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

---

**3.7 1**

| | |
|---|---|
| Make: | **Ferrari** |
| Model: | **Dino 246 GT** |
| Year: | **1972** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 02828 silver/tan**

Who has an interest in the property? *Check one*

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$250,000.00** | **$250,000.00** |

---

**3.7 2**

| | |
|---|---|
| Make: | **Ferrari** |
| Model: | **Testarossa** |
| Year: | **1991** |
| Approximate mileage: | **5244** |
| Other information: | |

**Vehicle ID# 2FFSG17A0M0086832 red/tan**

Who has an interest in the property? *Check one*

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

---

**3.7 3**

| | |
|---|---|
| Make: | **Ferrari** |
| Model: | **550** |
| Year: | **1998** |
| Approximate mileage: | **20500** |
| Other information: | |

**Vehicle ID# ZFFZR49A0W0110699 black/black**

Who has an interest in the property? *Check one*

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

---

**3.7 4**

| | |
|---|---|
| Make: | **Ferrari** |
| Model: | **488** |
| Year: | **2017** |
| Approximate mileage: | **low** |
| Other information: | |

**Vehicle ID# ZFF80AMA6H0220414 blue/tan**

Who has an interest in the property? *Check one*

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300,000.00** | **$300,000.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Najeeb Ahmed Khan**    Case number *(if known)*    19-04258

---

3.7
5

Make:    **Fiat**

Model:    **Topolino**

Year:    **1947**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# 110724 black/grey**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$25,000.00 | $25,000.00

---

3.7
6

Make:    **Fiat**

Model:    **500 C Topolino**

Year:    **1951**

Approximate mileage:    **Unknown**

Other information:

**MC16**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$15,000.00 | $15,000.00

---

3.7
7

Make:    **Fiat**

Model:    **8V Ghia Super**

Year:    **1953**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# 106000041ex traber, maroon/cream**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$1,656,250.00 | $1,656,250.00

---

3.7
8

Make:    **Fiat**

Model:    **Bellevedier 500C**

Year:    **1953**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# 411762 grey/two tone**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$25,000.00 | $25,000.00

---

3.7
9

Make:    **Fiat**

Model:    **Red Devil**

Year:    **1954**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# 106000080 red/black roof, black interior**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$1,325,500.00 | $1,325,500.00

---

3.8
0

Make:    **Fiat**

Model:    **Multipla 600**

Year:    **1958**

Approximate mileage:    **15484**

Other information:

**Vehicle ID# 38288 grey and white, green interior paint and chrome**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$35,000.00 | $35,000.00

---

Debtor 1    **Najeeb Ahmed Khan**                                         Case number *(if known)*    **19-04258**

---

**3.8.1**

Make:   **Fiat**

Model:  **Abarth Zagato**

Year:   **1960**

Approximate mileage:   **Unknown**

Other information:

> Vehicle ID# 100598962
> silver/black

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $80,000.00 | $80,000.00 |

---

**3.8.2**

Make:   **Fiat**

Model:  **600D**

Year:   **1961**

Approximate mileage:   **Unknown**

Other information:

> Vehicle ID# 100D1019439 blue
> (mid-restoration)

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,000.00 | $8,000.00 |

---

**3.8.3**

Make:   **Fiat**

Model:  **1100**

Year:   **1963**

Approximate mileage:   **20000**

Other information:

> Vehicle ID# 103G1010341
> white, 4 dr sedan

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

**3.8.4**

Make:   **Fiat**

Model:  **Abarth 850 Spider**

Year:   **1966**

Approximate mileage:   **89534**

Other information:

> Vehicle ID# 100GS007300
> red/black vinyl top

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

---

**3.8.5**

Make:   **Fiat**

Model:  **850 Spiaggetta**

Year:   **1970**

Approximate mileage:   **Unknown**

Other information:

> Vehicle ID# 100GB1290331

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,000.00 | $60,000.00 |

---

**3.8.6**

Make:   **Fiat**

Model:  **500L**

Year:   **1970**

Approximate mileage:   **72276**

Other information:

> Vehicle ID# 110F250215
> cream/black

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

Debtor 1   **Najeeb Ahmed Khan**

Case number *(if known)*   **19-04258**

---

**3.87**

Make: **Fiat**

Model: **Sport 850**

Year: **1971**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID#100GB337291 forest green/brown**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$20,000.00 | $20,000.00

---

**3.88**

Make: **Fiat**

Model: **850 Special**

Year: **1971**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 100GB1618153**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$15,000.00 | $15,000.00

---

**3.89**

Make: **Fiat**

Model: **124 Spider**

Year: **1973**

Approximate mileage: **65,000**

Other information:

**Vehicle ID# 124CS0064224 lime green/black**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$10,000.00 | $10,000.00

---

**3.90**

Make: **Fiat**

Model: **850 Convertible**

Year: **1973**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 100GS001770 red/brown**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$10,000.00 | $10,000.00

---

**3.91**

Make: **Fiat**

Model: **Spider**

Year: **1979**

Approximate mileage: **90,479**

Other information:

**Vehicle ID# 124CS20147052 light blue/tan**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$8,000.00 | $8,000.00

---

**3.92**

Make: **Fiat**

Model: **X1/9**

Year: **1981**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# ZFABS00A9B8138756**

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$8,000.00 | $8,000.00

---

Debtor 1  **Najeeb Ahmed Khan**                                    Case number *(if known)*  **19-04258**

---

**3.9 3**

| Make: | **Fiat** |
| Model: | **Abarth** |
| Year: | **2012** |
| Approximate mileage: | **2,500** |
| Other information: | |

Vehicle ID# **3C3CFFFH3CT314295 black and red**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

**3.9 4**

| Make: | **Fiat** |
| Model: | **8V Vignale** |
| Year: | **1954** |
| Approximate mileage: | **27,151** |
| Other information: | |

Vehicle ID# **106000047 ex traber, red/tan**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$947,500.00** | **$947,500.00** |

---

**3.9 5**

| Make: | **Fiat** |
| Model: | **FR80 Abarth** |
| Year: | **1965** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# **110F0862866 light blue/ red and white interior**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

**3.9 6**

| Make: | **Fiat** |
| Model: | **1500 Convertible** |
| Year: | **1967** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# **118K045290 maroon/tan**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

**3.9 7**

| Make: | **Fiat** |
| Model: | **Dino Spyder** |
| Year: | **1970** |
| Approximate mileage: | **89,808** |
| Other information: | |

Vehicle ID# **DSM49540M yellow/black 5 spd 2.4L**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

---

**3.9 8**

| Make: | **Ford** |
| Model: | **Model A Roadster Pickup** |
| Year: | **1930** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# **Engine A2800129**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*    **19-04258**

---

**3.99**

Make:    **Ford**

Model:    **F100**

Year:    **1948**

Approximate mileage:    **Unknown**

Other information:

| Vehicle ID# 87HY93600 red/grey cloth interior |

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$35,000.00    $35,000.00

---

**3.100**

Make:    **Ford**

Model:    **Cortina Wagon**

Year:    **1965**

Approximate mileage:    **Unknown**

Other information:

| Vehicle ID# Z87E535210E |

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$35,000.00    $35,000.00

---

**3.101**

Make:    **Ford**

Model:    **Lotus Cortina**

Year:    **1967**

Approximate mileage:    **Unknown**

Other information:

| Vehicle ID# BA74FS59244 cream/green stripe, black interior |

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$40,000.00    $40,000.00

---

**3.102**

Make:    **Ford**

Model:    **Cortina**

Year:    **1967**

Approximate mileage:    **Unknown**

Other information:

| Vehicle ID# BA74M59831 |

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$20,000.00    $20,000.00

---

**3.103**

Make:    **Ford**

Model:    **GT Heritage**

Year:    **2006**

Approximate mileage:    **879**

Other information:

| Vehicle ID# 1FAFP90S96Y400974 |

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$400,000.00    $400,000.00

---

**3.104**

Make:    **Ford**

Model:    **Roadster**

Year:    **1933**

Approximate mileage:    **Unknown**

Other information:

| Vehicle ID# 18346821 street rod, copper/brown/tan top |

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$150,000.00    $150,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Najeeb Ahmed Khan**          Case number *(if known)* 19-04258

---

**3.1 05**

| Make: | **Ford** |
| Model: | **Anglia** |
| Year: | **1958** |
| Approximate mileage: | **19,000** |
| Other information: | |

Vehicle ID# FBM7646 salmon, white roof

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,000.00 | $12,000.00 |

---

**3.1 06**

| Make: | **Ford** |
| Model: | **Taunus** |
| Year: | **1961** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# 106077 red/white roof, European built

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $20,000.00 |

---

**3.1 07**

| Make: | **Ford** |
| Model: | **Shelby GT 350H** |
| Year: | **1966** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# SFM65590 factory 4 spd, black/gold

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $225,000.00 | $225,000.00 |

---

**3.1 08**

| Make: | **Ford** |
| Model: | **Bronco** |
| Year: | **1967** |
| Approximate mileage: | **85,775** |
| Other information: | |

Vehicle ID# U15NLA72709 turqoise/white

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $40,000.00 | $40,000.00 |

---

**3.1 09**

| Make: | **Formula V** |
| Model: | **Racecar** |
| Year: | |
| Approximate mileage: | **Unknown** |
| Other information: | |

yellow

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

---

**3.1 10**

| Make: | **Formula Lynx** |
| Model: | **Racecar** |
| Year: | |
| Approximate mileage: | **Unknown** |
| Other information: | |

white, red stripe LOGBOOK included

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Najeeb Ahmed Khan** | Case number *(if known)* | **19-04258** |

---

**3.1 11**

| Make: | **Ginetta** |
|---|---|
| Model: | **G4R** |
| Year: | **1963** |
| Approximate mileage: | **Unknown** |

Other information:

**Vehicle ID# 203 green/silver roof, UK race history**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$60,000.00** | **$60,000.00** |

---

**3.1 12**

| Make: | **Ginetta** |
|---|---|
| Model: | **G Racecar** |
| Year: | **1965** |
| Approximate mileage: | **Unknown** |

Other information:

**Vehicle ID# G4/0427 red, independent rear suspension**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

---

**3.1 13**

| Make: | **Goggomobil** |
|---|---|
| Model: | **TS-250 Coupe** |
| Year: | **1959** |
| Approximate mileage: | **44,730** |

Other information:

**Vehicle ID# 02132084 red/grey**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

---

**3.1 14**

| Make: | **Goggomobil** |
|---|---|
| Model: | **TI-250 Transporter** |
| Year: | **1958** |
| Approximate mileage: | **Unknown** |

Other information:

**Vehicle ID# A0758 yellow dubble bubble**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50,000.00** | **$50,000.00** |

---

**3.1 15**

| Make: | **Griffith** |
|---|---|
| Model: | **Goupe** |
| Year: | **1965** |
| Approximate mileage: | **Unknown** |

Other information:

**Vehicle ID# 200/5/002, 1019-L19KA state vin red/black standard 210 engine**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$80,000.00** | **$80,000.00** |

---

**3.1 16**

| Make: | **Heinkel** |
|---|---|
| Model: | **Tourist Scooter** |
| Year: | **1963** |
| Approximate mileage: | **Unknown** |

Other information:

**Vehicle ID# 0236937 dark grey**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

---

Debtor 1  **Najeeb Ahmed Khan**                                                  Case number *(if known)*  **19-04258**

---

**3.1 17**

| | |
|---|---|
| Make: | **Hillman** |
| Model: | **Minx Convertible** |
| Year: | **1960** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# engine B1005701 blue/blue**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $18,000.00 | $18,000.00 |

---

**3.1 18**

| | |
|---|---|
| Make: | **Hillman** |
| Model: | **Convertible Project Car** |
| Year: | **1960** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**"parts car" poor condition**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

---

**3.1 19**

| | |
|---|---|
| Make: | **Honda** |
| Model: | **S600 Coupe** |
| Year: | **1966** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# AS285C1000950 turquoise**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

**3.1 20**

| | |
|---|---|
| Make: | **Honda** |
| Model: | **S600 Convertible** |
| Year: | **1967** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**MT Vehicle ID# AS2851009319**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

**3.1 21**

| | |
|---|---|
| Make: | **Honda** |
| Model: | **S800 Convertible** |
| Year: | **1969** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# AES800100548 red/black**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

**3.1 22**

| | |
|---|---|
| Make: | **Honda** |
| Model: | **N600** |
| Year: | **1970** |
| Approximate mileage: | **58,791** |
| Other information: | |

**Vehicle ID# AN600-1022709 maroon/black vinyl and cloth**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

Debtor 1    **Najeeb Ahmed Khan**                                                    Case number *(if known)*    **19-04258**

---

**3.1 23**

Make: **Honda**
Model: **Z600**
Year: **1972**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# A26001007154 orange/black**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

**3.1 24**

Make: **Hudson**
Model: **Shaw Special**
Year: **1917**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# 123 yellow/blue**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $175,000.00 | $175,000.00 |

---

**3.1 25**

Make: **Hudson**
Model: **Fire Engine**
Year: **1927**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# 772044 red**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $40,000.00 | $40,000.00 |

---

**3.1 26**

Make: **Hudson**
Model: **Railton Convertible**
Year: **1937**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# 644474 mid-restoration, green**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

---

**3.1 27**

Make: **Hudson**
Model: **Pickup**
Year: **1946**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# 3846004 blue/blue, leather interior**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,000.00 | $35,000.00 |

---

**3.1 28**

Make: **Hudson**
Model: **Hornet 6**
Year: **1952**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# 7B201613 green/two tone green interior**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Najeeb Ahmed Khan**                                        Case number *(if known)*   **19-04258**

---

**3.1 29**

| | | | |
|---|---|---|---|
| Make: | **Hudson** | | |
| Model: | **Hornet Twin H** | | |
| Year: | **1952** | | |
| Approximate mileage: | **Unknown** | | |
| Other information: | | | |
| **Vehicle ID# 183883** | | | |

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$35,000.00**

Current value of the portion you own? — **$35,000.00**

---

**3.1 30**

| | |
|---|---|
| Make: | **Hudson** |
| Model: | **Italia** |
| Year: | **1955** |
| Approximate mileage: | **Unknown** |
| Other information: | |
| **Vehicle ID# IT10010** | |

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$350,000.00**

Current value of the portion you own? — **$350,000.00**

---

**3.1 31**

| | |
|---|---|
| Make: | **Hudson** |
| Model: | **Hornet Convertible Blue** |
| Year: | **1951** |
| Approximate mileage: | **Unknown** |
| Other information: | |
| **Vehicle ID# 7A46946 blue/blue, Twin H Carbs** | |

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$75,000.00**

Current value of the portion you own? — **$75,000.00**

---

**3.1 32**

| | |
|---|---|
| Make: | **Hummer** |
| Model: | **H1 4-Door** |
| Year: | **1997** |
| Approximate mileage: | **15,000** |
| Other information: | |
| **Vehicle ID# 1377A9031VE176636 turbo diesel, silver/grey** | |

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$70,000.00**

Current value of the portion you own? — **$70,000.00**

---

**3.1 33**

| | |
|---|---|
| Make: | **Iso** |
| Model: | **Isettacarro** |
| Year: | **1957** |
| Approximate mileage: | **Unknown** |
| Other information: | |
| **Vehicle ID# B158073blue, woody rear** | |

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$20,000.00**

Current value of the portion you own? — **$20,000.00**

---

**3.1 34**

| | |
|---|---|
| Make: | **Iso** |
| Model: | **Series 1** |
| Year: | **1968** |
| Approximate mileage: | **Unknown** |
| Other information: | |
| **Vehicle ID# GL 810191 yellow** | |

Who has an interest in the property? *Check one*
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$375,000.00**

Current value of the portion you own? — **$375,000.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Najeeb Ahmed Khan**

Case number *(if known)*    19-04258

---

3.1
35

Make:    **Iso Grifo**

Model:    **GL Series 1**

Year:    **1968**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# 840212 silver/light tan**

Who has an interest in the property? *Check one*

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$325,000.00**    **$325,000.00**

---

3.1
36

Make:    **Jaguar**

Model:    **140MC Coupe**

Year:    **1955**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# G3508S light blue/ dark blue, original engine and head**

Who has an interest in the property? *Check one*

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$90,000.00**    **$90,000.00**

---

3.1
37

Make:    **Jaguar**

Model:    **C Type**

Year:    **1956**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# 804696 green/green**

Who has an interest in the property? *Check one*

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$160,000.00**    **$160,000.00**

---

3.1
38

Make:    **Jaguar**

Model:    **Mark VIII**

Year:    **1956**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# 750053BW green/brown, original engine, rally prepped, 4 spd**

Who has an interest in the property? *Check one*

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$50,000.00**    **$50,000.00**

---

3.1
39

Make:    **Jaguar**

Model:    **XK140 Roadster**

Year:    **1957**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# S812947 VIN G93368S  dark blue/ dark blue original engine**

Who has an interest in the property? *Check one*

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$120,000.00**    **$120,000.00**

---

3.1
40

Make:    **Jaguar**

Model:    **Mark 2 Beacham**

Year:    **1960**

Approximate mileage:    **Unknown**

Other information:

**Vehicle ID# P216447BW located in AZ warehouse**

Who has an interest in the property? *Check one*

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$80,000.00**    **$80,000.00**

---

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*    19-04258

---

| 3.1 41 | | |
|---|---|---|
| Make: | **Jaguar** | |
| Model: | **Mark VIII** | |
| Year: | **1957** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# N71018 black/red automatic, all original, sunroof

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$60,000.00                $60,000.00

---

| 3.1 42 | | |
|---|---|---|
| Make: | **Jaguar** | |
| Model: | **XKE Convertible** | |
| Year: | **1962** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# 876048 black racecar #41

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$70,000.00                $70,000.00

---

| 3.1 43 | | |
|---|---|---|
| Make: | **Jaguar** | |
| Model: | **Mark 2** | |
| Year: | **1966** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# 22449DN white/red

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$60,000.00                $60,000.00

---

| 3.1 44 | | |
|---|---|---|
| Make: | **Jaguar** | |
| Model: | **XKE Convertible** | |
| Year: | **1967** | |
| Approximate mileage: | **88,119** | |
| Other information: | | |

Vehicle ID# J671E13662 maroon/black

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$160,000.00                $160,000.00

---

| 3.1 45 | | |
|---|---|---|
| Make: | **Jaguar** | |
| Model: | **CPE** | |
| Year: | **1971** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# P2R2B220 dark blue/ dark blue chrome wire wheels

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$50,000.00                $50,000.00

---

| 3.1 46 | | |
|---|---|---|
| Make: | **Jaguar** | |
| Model: | **XJ220** | |
| Year: | **1992** | |
| Approximate mileage: | **6822** | |
| Other information: | | |

Vehicle ID# SAJJEAEX8X220686 silver/grey

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$400,000.00                $400,000.00

---

Debtor 1    **Najeeb Ahmed Khan**    Case number *(if known)*    **19-04258**

| 3.1 47 | Make: | **Jeep** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make: **Jeep**
Model: **Willy's Overland Truck**
Year: **1948**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# 4WD20879 Blue, AACA National Winner**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$30,000.00**
Current value of the portion you own?    **$30,000.00**

---

3.1 48
Make: **Jeep**
Model: **CJ7**
Year: **1984**
Approximate mileage: **98,939**
Other information:

**Vehicle ID# 1JCCF87A7ET147249 silver**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$15,000.00**
Current value of the portion you own?    **$15,000.00**

---

3.1 49
Make: **Jensen**
Model: **Intercepter**
Year: **1972**
Approximate mileage: **49,000**
Other information:

**Vehicle ID# 1255231 purpley blue/ red**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$40,000.00**
Current value of the portion you own?    **$40,000.00**

---

3.1 50
Make: **Lamborghini**
Model: **Miura S**
Year: **1969**
Approximate mileage: **69,000**
Other information:

**Vehicle ID# 3874 matching engine, yellow/black**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$1,136,500.00**
Current value of the portion you own?    **$1,136,500.00**

---

3.1 51
Make: **Lancia Aurel**
Model: **I B20 Coupe**
Year: **1958**
Approximate mileage: **24,382**
Other information:

**Vehicle ID# B20S1801 blue/tan**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$140,000.00**
Current value of the portion you own?    **$140,000.00**

---

3.1 52
Make: **Land Rover**
Model: **SWB**
Year: **1950**
Approximate mileage: **Unknown**
Other information:

**Vehicle ID# 6115273 green/green**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$90,000.00**
Current value of the portion you own?    **$90,000.00**

Debtor 1   **Najeeb Ahmed Khan**          Case number *(if known)*   19-04258

---

**3.1 53**

| | | |
|---|---|---|
| Make: | **Land Rover** | |
| Model: | **109 Pickup** | |
| Year: | **1963** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

**Vehicle ID# 25107883B blue**

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$60,000.00 | $60,000.00

---

**3.1 54**

| | | |
|---|---|---|
| Make: | **Land Rover** | |
| Model: | **Nas Defender** | |
| Year: | **1993** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

**Vehicle ID# SALDH1280PA918640 located in AZ warehouse**

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$50,000.00 | $50,000.00

---

**3.1 55**

| | | |
|---|---|---|
| Make: | **Lincoln** | |
| Model: | **Zephyr** | |
| Year: | **1939** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

**Vehicle ID# H67590 Maroon and tan**

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$125,000.00 | $125,000.00

---

**3.1 56**

| | | |
|---|---|---|
| Make: | **Lloyd** | |
| Model: | **LS600** | |
| Year: | **1960** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

**Vehicle ID# 6121907 blue/blue plaid**

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$35,000.00 | $35,000.00

---

**3.1 57**

| | | |
|---|---|---|
| Make: | **Locomobile** | |
| Model: | **48 Sporti** | |
| Year: | **1920** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

**Vehicle ID# 17212 black/black, dual windsheild**

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$150,000.00 | $150,000.00

---

**3.1 58**

| | | |
|---|---|---|
| Make: | **Lotus** | |
| Model: | **Elite** | |
| Year: | **1962** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

**Vehicle ID# 1569 red/black, RHD, chrome wire wheels**

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$30,000.00 | $30,000.00

---

Debtor 1    **Najeeb Ahmed Khan**                                        Case number *(if known)*    **19-04258**

---

**3.1
59**

| Make: | **Lotus** |
| Model: | **Elan S2** |
| Year: | **1965** |
| Approximate mileage: | **8,477** |
| Other information: | |

**Vehicle ID# 264137 red/black**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

**3.1
60**

| Make: | **Lotus** |
| Model: | **Cortina** |
| Year: | **1967** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Rally Car, cream**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$75,000.00** | **$75,000.00** |

---

**3.1
61**

| Make: | **Lotus** |
| Model: | **Elan Formula Atlantic Special** |
| Year: | **1967** |
| Approximate mileage: | **11,769** |
| Other information: | |

**Vehicle ID# yellow 0319 yellow/black, hot rod car**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

**3.1
62**

| Make: | **Lotus** |
| Model: | **Europa** |
| Year: | **1974** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 3463R black/black, gold stripes**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

---

**3.1
63**

| Make: | **Lotus** |
| Model: | **7 Roadster** |
| Year: | **1960** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# engine FWB512521 #408**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

---

**3.1
64**

| Make: | **Mazda** |
| Model: | **K360** |
| Year: | **1960** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# 1054A001 grey**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,000.00** | **$15,000.00** |

---

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*   19-04258

| 3.1 65 | | | | |
|---|---|---|---|---|
| Make: | **Mazda** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Cosmo** | ■ Debtor 1 only | | |
| Year: | **1967** | ☐ Debtor 2 only | | |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# L10A10260 white/black with plaid** | | ☐ Check if this is community property *(see instructions)* | **$70,000.00** | **$70,000.00** |

| 3.1 66 | | | | |
|---|---|---|---|---|
| Make: | **McLaren** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **720S** | ■ Debtor 1 only | | |
| Year: | **2018** | ☐ Debtor 2 only | | |
| Approximate mileage: | **137** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# SBM14DCA0JW001837 blue/black, glass panels in roof** | | ☐ Check if this is community property *(see instructions)* | **$300,000.00** | **$300,000.00** |

| 3.1 67 | | | | |
|---|---|---|---|---|
| Make: | **Mercedes** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **300S** | ■ Debtor 1 only | | |
| Year: | **1953** | ☐ Debtor 2 only | | |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# IDC0003595ZZ  5 spd manual, olive green/dark green** | | ☐ Check if this is community property *(see instructions)* | **$400,000.00** | **$400,000.00** |

| 3.1 68 | | | | |
|---|---|---|---|---|
| Make: | **Mercedes** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **300 SL Gullwing** | ■ Debtor 1 only | | |
| Year: | **1955** | ☐ Debtor 2 only | | |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# 198D405500533 silver/red** | | ☐ Check if this is community property *(see instructions)* | **$1,325,500.00** | **$1,325,500.00** |

| 3.1 69 | | | | |
|---|---|---|---|---|
| Make: | **Mercedes** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **190 SL Roadster** | ■ Debtor 1 only | | |
| Year: | **1956** | ☐ Debtor 2 only | | |
| Approximate mileage: | **Unknown** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# 1210425500682 red/tan** | | ☐ Check if this is community property *(see instructions)* | **$80,000.00** | **$80,000.00** |

| 3.1 70 | | | | |
|---|---|---|---|---|
| Make: | **Mercedes** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **300 Sedan** | ■ Debtor 1 only | | |
| Year: | **1956** | ☐ Debtor 2 only | | |
| Approximate mileage: | **93,894** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Vehicle ID# 1860176500835 strawberry red/tan** | | ☐ Check if this is community property *(see instructions)* | **$40,000.00** | **$40,000.00** |

Debtor 1   **Najeeb Ahmed Khan**                                          Case number *(if known)*   19-04258

---

**3.1 71**

Make: **Mercedes**

Model: **280 SL**

Year: **1969**

Approximate mileage: **84,000**

Other information:

> **Vehicle ID# 113044100008316 white/dark blue, 4 spd, hardtop euro car, tool kit**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $90,000.00 | $90,000.00 |

---

**3.1 72**

Make: **Mercedes**

Model: **SLS**

Year: **2012**

Approximate mileage: **2,426**

Other information:

> **Vehicle ID# WDDRJ7HAXCA006497 silver/red leather, black wheels**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $180,000.00 | $180,000.00 |

---

**3.1 73**

Make: **Messerschmitt**

Model: **KR175**

Year: **1955**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# 1871449 black/cream**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $40,000.00 | $40,000.00 |

---

**3.1 74**

Make: **Messerschmitt**

Model: **KR200 Bubbletop**

Year: **1956**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# 57533 red/black**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

---

**3.1 75**

Make: **Messerschmitt**

Model: **KR200 Convertible**

Year: **1958**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# 67358 turquoise/black**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

---

**3.1 76**

Make: **Messerschmitt**

Model: **TG500**

Year: **1960**

Approximate mileage: **Unknown**

Other information:

> **Vehicle ID# 21054 yellow/black, visor, rear spare**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $150,000.00 | $150,000.00 |

---

Debtor 1   **Najeeb Ahmed Khan**          Case number *(if known)*   **19-04258**

---

**3.1 77**

| | |
|---|---|
| Make: | **MGA** |
| Model: | **Twincam Roadster** |
| Year: | **1960** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# YD31212 black/red**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$60,000.00** | **$60,000.00** |

---

**3.1 78**

| | |
|---|---|
| Make: | **MGTD** |
| Model: | **Dart** |
| Year: | **1952** |
| Approximate mileage: | **44,449** |
| Other information: | |

**Vehicle ID# XPAGTD220049 green/tan**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

---

**3.1 79**

| | |
|---|---|
| Make: | **Mini Moke** |
| Model: | **Electric Car No Smoke** |
| Year: | **new** |
| Approximate mileage: | |
| Other information: | |

**blue/white**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,000.00** | **$15,000.00** |

---

**3.1 80**

| | |
|---|---|
| Make: | **Morgan** |
| Model: | **Convertible** |
| Year: | **1937** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Vehicle ID# F490 red/cream**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,000.00** | **$35,000.00** |

---

**3.1 81**

| | |
|---|---|
| Make: | **Morgan** |
| Model: | **Convertible** |
| Year: | **1958** |
| Approximate mileage: | **5,177** |
| Other information: | |

**Vehicle ID# 3745 no vin found, white/maroon**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

---

**3.1 82**

| | |
|---|---|
| Make: | **Morgan** |
| Model: | **Three Wheeler** |
| Year: | **2012** |
| Approximate mileage: | **51** |
| Other information: | |

**Vehicle ID# SA9M32854CP202435 green/tan**

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,000.00** | **$35,000.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Najeeb Ahmed Khan**                                          Case number (if known)   **19-04258**

---

**3.1 83**

| | |
|---|---|
| Make: | **Morgan** |
| Model: | **Three Wheeler** |
| Year: | **2012** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID#
**SA9M32856CP202436**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
**$35,000.00** | **$35,000.00**

---

**3.1 84**

| | |
|---|---|
| Make: | **Morgan Aero 8** |
| Model: | **Convertible** |
| Year: | **2005** |
| Approximate mileage: | **14,375** |
| Other information: | |

Vehicle ID# **00338 light blue/dark blue**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
**$75,000.00** | **$75,000.00**

---

**3.1 85**

| | |
|---|---|
| Make: | **Morris** |
| Model: | **Minor** |
| Year: | **1962** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# **993956**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
**$15,000.00** | **$15,000.00**

---

**3.1 86**

| | |
|---|---|
| Make: | **Nash** |
| Model: | **Metropolitan Coupe** |
| Year: | **1957** |
| Approximate mileage: | **Unkown** |
| Other information: | |

Vehicle ID# **E36464 green/white,, AACA in 1992**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
**$25,000.00** | **$25,000.00**

---

**3.1 87**

| | |
|---|---|
| Make: | **Nash** |
| Model: | **Metropolitan Convertible** |
| Year: | **1961** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# **E92261 yellow/cream**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
**$40,000.00** | **$40,000.00**

---

**3.1 88**

| | |
|---|---|
| Make: | **Nash Healy** |
| Model: | **Roadster** |
| Year: | **1954** |
| Approximate mileage: | **Unknown** |
| Other information: | |

Vehicle ID# **2367 black/red, hard top**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
**$120,000.00** | **$120,000.00**

---

| Debtor 1 | Najeeb Ahmed Khan | | Case number *(if known)* | 19-04258 |
|---|---|---|---|---|

---

**3.1 89**

Make: **Nissan**
Model: **2 dr coupe Figaro**
Year: **1992**
Approximate mileage: **45,202**
Other information:

Vehicle ID# FK10019497

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $20,000.00 |

---

**3.1 90**

Make: **Opel**
Model: **GT**
Year: **1973**
Approximate mileage: **13,000**
Other information:

Vehicle ID# 0407NC2986917 orange/black, automatic

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $20,000.00 |

---

**3.1 91**

Make: **Panther**
Model: **watercar**
Year: **2014**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# SW136639PA

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,000.00 | $60,000.00 |

---

**3.1 92**

Make: **Pierce Arrow**
Model: **Convertible**
Year: **1919**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# 311365 grey/black fenders, double rear mounts, artillery wheels

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $200,000.00 |

---

**3.1 93**

Make: **Plymouth**
Model: **Special Delux S/W**
Year: **1948**
Approximate mileage: **39,000**
Other information:

Vehicle ID# P15889313 woody wagon

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,000.00 | $60,000.00 |

---

**3.1 94**

Make: **Pontiac**
Model: **Parisienne**
Year: **1958**
Approximate mileage: **Unknown**
Other information:

Vehicle ID# 8786718876 green/green

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,000.00 | $75,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor 1 | Najeeb Ahmed Khan | | Case number *(if known)* | 19-04258 |

---

**3.1 95**

Make: **Pontiac**

Model: **Firebird**

Year: **1967**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 223677U119259 Project Car, parts & pieces in AZ warehouse**

Who has an interest in the property? *Check one*

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$10,000.00**

Current value of the portion you own? **$10,000.00**

---

**3.1 96**

Make: **Pontiac**

Model: **Firebird**

Year: **1968**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 223678U611585 blue/black 6 cyl, 3 sp manual**

Who has an interest in the property? *Check one*

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$20,000.00**

Current value of the portion you own? **$20,000.00**

---

**3.1 97**

Make: **Renault**

Model: **Jolly**

Year: **1961**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 3607748 blue/purple wicker seats Convertible**

Who has an interest in the property? *Check one*

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$60,000.00**

Current value of the portion you own? **$60,000.00**

---

**3.1 98**

Make: **Renault**

Model: **Gordini**

Year: **1962**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 6856316 red/black and tan cloth, 4 dr sedan**

Who has an interest in the property? *Check one*

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$20,000.00**

Current value of the portion you own? **$20,000.00**

---

**3.1 99**

Make: **Rolls Royce**

Model: **Phantom II**

Year: **1930**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# 67XJ shooting brake, green/green interior**

Who has an interest in the property? *Check one*

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$120,000.00**

Current value of the portion you own? **$120,000.00**

---

**3.2 00**

Make: **Scarab**

Model: **SP convertible**

Year: **1958**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID# AZ332150 blue/black, 5 spd**

Who has an interest in the property? *Check one*

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$400,000.00**

Current value of the portion you own? **$400,000.00**

---

Debtor 1    **Najeeb Ahmed Khan**                                     Case number (if known)   **19-04258**

---

**3.2 01**

| Make: | **Shelby** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|

Model:   **Cobra**

Year:   **1965**

Approximate mileage:   **Unknown**

Other information:

**Vehicle ID# CSX4282 blue/white stripe, aluminium block and heads**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$175,000.00** | **$175,000.00** |

---

**3.2 02**

Make:   **Shelby**

Model:   **CSX5238**

Year:   **1999**

Approximate mileage:   **Unknown**

Other information:

**Vehicle ID# XL000238 blue/white stripe, aluminium block and heads**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

---

**3.2 03**

Make:   **Speyr Puch**

Model:   **Halslinger**

Year:   **1962**

Approximate mileage:   **Unknown**

Other information:

**Vehicle ID# 5352805 army green**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,000.00** | **$15,000.00** |

---

**3.2 04**

Make:   **Studebaker**

Model:   **Commander**

Year:   **1950**

Approximate mileage:   **Unknown**

Other information:

**Vehicle ID# 4453269 maroon/cream roof**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

**3.2 05**

Make:   **Subaru**

Model:   **360**

Year:   **1969**

Approximate mileage:   **Unknown**

Other information:

**Vehicle ID# K111L4407 grey/red interior**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

**3.2 06**

Make:   **Subaru**

Model:   **360**

Year:   **1970**

Approximate mileage:   **Unknown**

Other information:

**Vehicle ID# K111I11361 police, white/black**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Najeeb Ahmed Khan**

Case number *(if known)*   **19-04258**

---

**3.2 07**

Make:   **Subeam**

Model:   **IMP**

Year:   **1964**

Approximate mileage:   **24,222**

Other information:

Vehicle ID# 3411036142LSX light blue/dark blue, vinyl interior, 2 dr sedan

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$40,000.00**

Current value of the portion you own?

**$40,000.00**

---

**3.2 08**

Make:   **Sunbeam**

Model:   **Tiger**

Year:   **1967**

Approximate mileage:   **Unknown**

Other information:

Vehicle ID# B382002548LRXFE green/black,, LAT wheels

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$80,000.00**

Current value of the portion you own?

**$80,000.00**

---

**3.2 09**

Make:   **Suzuki**

Model:   **Delivery Truck**

Year:   **1993**

Approximate mileage:   **74,444**

Other information:

Vehicle ID# DD51T 236142 white

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$7,000.00**

Current value of the portion you own?

**$7,000.00**

---

**3.2 10**

Make:   **Talbot**

Model:   **T23 Cabriolet**

Year:   **1939**

Approximate mileage:   **Unknown**

Other information:

Vehicle ID# 93463 two tone blue/white interior, twin cab

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$140,000.00**

Current value of the portion you own?

**$140,000.00**

---

**3.2 11**

Make:   **Talbot**

Model:   **T26 Grand Sport**

Year:   **1954**

Approximate mileage:   **Unknown**

Other information:

Vehicle ID# 111003 blue/tan, older restoration

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$180,000.00**

Current value of the portion you own?

**$180,000.00**

---

**3.2 12**

Make:   **Tatra**

Model:   **T87**

Year:   **1948**

Approximate mileage:   **Unknown**

Other information:

Vehicle ID# 3480332 silver/dark green interior, sunroof

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$300,000.00**

Current value of the portion you own?

**$300,000.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Najeeb Ahmed Khan**

Case number *(if known)*   19-04258

| 3.2 13 | | |
|---|---|---|
| Make: | **Tatra** | |
| Model: | **603 4 dr** | |
| Year: | **1963** | |
| Approximate mileage: | **79,970** | |
| Other information: | | |

Vehicle ID# 06004001
black/grey cloth interior

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

---

| 3.2 14 | | |
|---|---|---|
| Make: | **Tesla** | |
| Model: | **Roadster R80 Roadster Sport** | |
| Year: | **2011** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID#
5YJRE1A36B1001176
blue/grey/black top

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,000.00 | $60,000.00 |

---

| 3.2 15 | | |
|---|---|---|
| Make: | **Toyota** | |
| Model: | **FJ40** | |
| Year: | **1978** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# FJ40272923 mint
color

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $45,000.00 | $45,000.00 |

---

| 3.2 16 | | |
|---|---|---|
| Make: | **Toyota** | |
| Model: | **FJ43** | |
| Year: | **1978** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# FJ43102908  blue,
brand new build by FJ
Company

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $80,000.00 | $80,000.00 |

---

| 3.2 17 | | |
|---|---|---|
| Make: | **Toyota** | |
| Model: | **2000 GT** | |
| Year: | **1967** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

Vehicle ID# MF1010100
red/black, left drive

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $700,000.00 | $700,000.00 |

---

| 3.2 18 | | |
|---|---|---|
| Make: | **Toyota** | |
| Model: | **Nascar** | |
| Year: | **2014** | |
| Approximate mileage: | **Unknown** | |
| Other information: | | |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $40,000.00 | $40,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Najeeb Ahmed Khan**                                        Case number *(if known)*   **19-04258**

| 3.2 19 | | |
|---|---|---|
| Make: **Triumph** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **TR3** | ■ Debtor 1 only | |
| Year: **1960** | ☐ Debtor 2 only | |
| Approximate mileage: **81,046** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **Vehicle ID# TS74212L red/black, tool kit** | ☐ Check if this is community property (see instructions) | **$25,000.00** / **$25,000.00** |

| 3.2 20 | | |
|---|---|---|
| Make: **Triumph** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **GT6+ Coupe** | ■ Debtor 1 only | |
| Year: **1970** | ☐ Debtor 2 only | |
| Approximate mileage: **43,364** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **Vehicle ID# KC79995L dark purple/ tan interior** | ☐ Check if this is community property (see instructions) | **$20,000.00** / **$20,000.00** |

| 3.2 21 | | |
|---|---|---|
| Make: **Triumph** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **Spitfire 1500** | ■ Debtor 1 only | |
| Year: **1977** | ☐ Debtor 2 only | |
| Approximate mileage: **Unknown** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **Vehicle ID# FM66850UC blue/tan black top** | ☐ Check if this is community property (see instructions) | **$10,000.00** / **$10,000.00** |

| 3.2 22 | | |
|---|---|---|
| Make: **Triumph** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **TR8** | ■ Debtor 1 only | |
| Year: **1981** | ☐ Debtor 2 only | |
| Approximate mileage: **24,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **Vehicle ID# TDVDV8BT402016 AZ green/plaid brown interior** | ☐ Check if this is community property (see instructions) | **$15,000.00** / **$15,000.00** |

| 3.2 23 | | |
|---|---|---|
| Make: **Triumph** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **TR4** | ■ Debtor 1 only | |
| Year: | ☐ Debtor 2 only | |
| Approximate mileage: **Unknown** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **#79 race car** | ☐ Check if this is community property (see instructions) | **$25,000.00** / **$25,000.00** |

| 3.2 24 | | |
|---|---|---|
| Make: ==**Global Tuk**== | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **3 Wheeler ==Roadster==** | ■ Debtor 1 only | |
| Year: **1973** | ☐ Debtor 2 only | |
| Approximate mileage: **Unknown** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **Vehicle ID# XL9TT3PA013511005 rainbow colors** | ☐ Check if this is community property (see instructions) | **$20,000.00** / **$20,000.00** |

Debtor 1   **Najeeb Ahmed Khan**                                     Case number *(if known)*   **19-04258**

---

**3.2 25**

Make: **Volkswagon**
Model: **21 Window Bus**
Year: **1966**
Approximate mileage: **Unknown**
Other information:

> **Vehicle ID# 256111411 blue/white**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$100,000.00** | **$100,000.00**

---

**3.2 26**

Make: **Volkswagon**
Model: **Thing**
Year: **1973**
Approximate mileage: **Unknown**
Other information:

> **Vehicle ID# 1832840262 yellow**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$20,000.00** | **$20,000.00**

---

**3.2 27**

Make: **Volkswagon**
Model: **Super Beetle**
Year: **1979**
Approximate mileage: **27,000**
Other information:

> **Vehicle ID# 1592007430 silver/black**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$25,000.00** | **$25,000.00**

---

**3.2 28**

Make: **White**
Model: **Yellowstone Bus**
Year: **1936**
Approximate mileage: **63,000**
Other information:

> **Vehicle ID# 194367 leather interior, red with black**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$100,000.00** | **$100,000.00**

---

**3.2 29**

Make: **Willys**
Model: **Military Jeep**
Year: **1945**
Approximate mileage: **Unknown**
Other information:

> **Vehicle ID# 415639 green**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$15,000.00** | **$15,000.00**

---

**3.2 30**

Make: **Wolsely**
Model: **Hornet**
Year: **1966**
Approximate mileage: **50,000**
Other information:

> **Vehicle ID# WA25282960 two tone green, dark green roof, original leather seats**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$25,000.00** | **$25,000.00**

---

Debtor 1   **Najeeb Ahmed Khan**                                  Case number *(if known)*   19-04258

---

**3.2 31**

Make: **Zundapp**

Model: **Janus**

Year: **1958**

Approximate mileage: **Unknown**

Other information:

Vehicle ID# W3571

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$40,000.00** | **$40,000.00**

---

**3.2 32**

Make: **Jaguar**

Model: **Super 8**

Year: **2006**

Approximate mileage: **Unknown**

Other information:

Vehicle ID# SAJWA82C06TH06720

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$12,000.00** | **$12,000.00**

---

**3.2 33**

Make: **Jaguar**

Model: **XKE Convertible**

Year: **1973**

Approximate mileage: **Unknown**

Other information:

Vehicle ID# UD1S22811 blue/tan driver, 4 spd

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$80,000.00** | **$80,000.00**

---

**3.2 34**

Make: **Argo**

Model: **8x8 Frontier 650**

Year: **2015**

Approximate mileage:

Other information:

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$6,000.00** | **$6,000.00**

---

**3.2 35**

Make: **Ford**

Model: **F350**

Year: **2016**

Approximate mileage: **23,000**

Other information:

Vehicle ID# 1FT8W3DT2GEC49517

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$35,000.00** | **$35,000.00**

---

**3.2 36**

Make: **Freightliner**

Model: **4 Dr Truck**

Year: **2007**

Approximate mileage: **32,600**

Other information:

Vehicle ID# 1FVACVDJ87HY37252

Who has an interest in the property? *Check one*

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
**$75,000.00** | **$75,000.00**

---

Debtor 1  **Najeeb Ahmed Khan**                                    Case number *(if known)*  **19-04258**

---

**3.2**
**37**  Make:  **John Deere**

Model:  **H260 Lawn Tractor**

Year:

Approximate mileage:

Other information:

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$30,000.00                                  $30,000.00

---

**3.2**
**38**  Make:  **John Deere**

Model:  **35G Mini Excavator**

Year:

Approximate mileage:

Other information:

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$25,000.00                                  $25,000.00

---

**3.2**
**39**  Make:  **Toyota**

Model:  **Fork Lift**

Year:

Approximate mileage:

Other information:

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$8,000.00                                  $8,000.00

---

**3.2**
**40**  Make:  **Atala**

Model:

Year:

Approximate mileage:

Other information:

**Motorcycle, Vehicle ID# 514488 single cylinder, gold and red**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$5,000.00                                  $5,000.00

---

**3.2**
**41**  Make:  **BMW**

Model:  **R60/2**

Year:

Approximate mileage:

Other information:

**Motorcycle, Vehicle ID# 1812929 black**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$10,000.00                                  $10,000.00

---

**3.2**
**42**  Make:  **BMW**

Model:  **Motorcycle 1200 GS**

Year:  **2015**

Approximate mileage:

Other information:

**VIN: last six 187082 white**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$20,000.00                                  $20,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Najeeb Ahmed Khan**                                          Case number *(if known)*    19-04258

| 3.2 43 | | | | |
|---|---|---|---|---|
| Make: | **Giulietta** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | | ■ Debtor 1 only | | |
| Year: | | ☐ Debtor 2 only | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Motorcycle, Vehicle ID# GTD3M1017 single cylinder, brown and blue** | | ☐ Check if this is community property *(see instructions)* | $8,000.00 | $8,000.00 |

| 3.2 44 | | | | |
|---|---|---|---|---|
| Make: | **Harley Davidson** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Road King** | ■ Debtor 1 only | | |
| Year: | **2013** | ☐ Debtor 2 only | | |
| Approximate mileage: | **2,400** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Motorcycle** | | ☐ Check if this is community property *(see instructions)* | $10,000.00 | $10,000.00 |

| 3.2 45 | | | | |
|---|---|---|---|---|
| Make: | **Harley Davidson** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **FLD** | ■ Debtor 1 only | | |
| Year: | **2014** | ☐ Debtor 2 only | | |
| Approximate mileage: | **837** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Motorcycle VIN: 324790** | | ☐ Check if this is community property *(see instructions)* | $10,000.00 | $10,000.00 |

| 3.2 46 | | | | |
|---|---|---|---|---|
| Make: | **Harley Davidson Motorcycle** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **FLHRCI Road King with sidecar** | ■ Debtor 1 only | | |
| Year: | **1999** | ☐ Debtor 2 only | | |
| Approximate mileage: | **773** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **BLACK Motorcycle, Vehicle ID# 1HD1FRW19XY617334 located in Arizona** | | ☐ Check if this is community property *(see instructions)* | $10,000.00 | $10,000.00 |

| 3.2 47 | | | | |
|---|---|---|---|---|
| Make: | **Harley Davidson** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Heritage Softail** | ■ Debtor 1 only | | |
| Year: | **2001** | ☐ Debtor 2 only | | |
| Approximate mileage: | **2,068** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **VIN ending in3067 Motorcycle, white** | | ☐ Check if this is community property *(see instructions)* | $10,000.00 | $10,000.00 |

| 3.2 48 | | | | |
|---|---|---|---|---|
| Make: | **Hercules** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Wankel 2000** | ■ Debtor 1 only | | |
| Year: | | ☐ Debtor 2 only | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| **Motorcycle, Vehicle ID# 480005185** | | ☐ Check if this is community property *(see instructions)* | $5,000.00 | $5,000.00 |

Debtor 1    **Najeeb Ahmed Khan**                                          Case number *(if known)*    19-04258

---

**3.2 49**

Make: **Honda**
Model: **750 Four**
Year:
Approximate mileage:
Other information:

**Motorcycle, brown**

Who has an interest in the property? Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$4,000.00 | $4,000.00

---

**3.2 50**

Make: **Honda**
Model: **300**
Year:
Approximate mileage:
Other information:

**Motorcycle, silver**

Who has an interest in the property? Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$2,500.00 | $2,500.00

---

**3.2 51**

Make: **Honda**
Model: **Passport**
Year: **1982**
Approximate mileage:
Other information:

**Motorcycle, Vehicle ID# JHDA0103CS208905**

Who has an interest in the property? Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$3,000.00 | $3,000.00

---

**3.2 52**

Make: **Honda**
Model: **Rune**
Year: **2004**
Approximate mileage:
Other information:

**Motorcycle, Vehicle ID# HFSC53084A000150**

Who has an interest in the property? Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$2,500.00 | $2,500.00

---

**3.2 53**

Make: **Indian**
Model: **Motorcycle Co**
Year: **1950**
Approximate mileage:
Other information:

**Motorcycle, Vehicle ID# 350204 blue in AZ**

Who has an interest in the property? Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$50,000.00 | $50,000.00

---

**3.2 54**

Make: **Indian**
Model: **Roadmaster**
Year: **2016**
Approximate mileage:
Other information:

**111 cubic inch**

Who has an interest in the property? Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$25,000.00 | $25,000.00

---

Debtor 1    **Najeeb Ahmed Khan**                                          Case number *(if known)*    19-04258

| 3.2 55 | | | | | |
|---|---|---|---|---|---|
| | Make: | **Itom** | | | |
| | Model: | **Supersport** | | | |
| | Year: | | | | |
| | Approximate mileage: | | | | |
| | Other information: | | | | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Motorcycle, Vehicle ID# GM33584 yellow/cream**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$4,000.00    $4,000.00

---

| 3.2 56 | | |
|---|---|---|
| | Make: | **Lambretta** |
| | Model: | **150** |
| | Year: | |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Motorcycle, red/cream**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$6,000.00    $6,000.00

---

| 3.2 57 | | |
|---|---|---|
| | Make: | **Maserati** |
| | Model: | **Motorcycle** |
| | Year: | **1957** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**VIN: 6768**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$20,000.00    $20,000.00

---

| 3.2 58 | | |
|---|---|---|
| | Make: | **Matchless** |
| | Model: | |
| | Year: | |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Motorcycle, black**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$5,000.00    $5,000.00

---

| 3.2 59 | | |
|---|---|---|
| | Make: | **Moto Guzzi** |
| | Model: | |
| | Year: | **1988** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Motorcycle, red**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$25,000.00    $25,000.00

---

| 3.2 60 | | |
|---|---|---|
| | Make: | **OCMA** |
| | Model: | **Devil Motorcycle** |
| | Year: | **1950s** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**VIN:16432 white/red seat**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$6,000.00    $6,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Najeeb Ahmed Khan**

Case number *(if known)*   **19-04258**

---

**3.2 61**

| | |
|---|---|
| Make: | **Royal Enfield** |
| Model: | **Bullet 500** |
| Year: | **2007** |
| Approximate mileage: | |
| Other information: | |

**Motorcycle, Vehicle ID# MBFFSV22X2M519076**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000.00 | $4,000.00 |

---

**3.2 62**

| | |
|---|---|
| Make: | **Triumph** |
| Model: | **Silver Jubilee Bonneville** |
| Year: | **1977** |
| Approximate mileage: | |
| Other information: | |

**Motorcycle, Vehicle ID# R111I111 silver/blue**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,000.00 | $6,000.00 |

---

**3.2 63**

| | |
|---|---|
| Make: | **Triumph** |
| Model: | **Bonneville** |
| Year: | **1965** |
| Approximate mileage: | |
| Other information: | |

**Motorcycle, Vehicle ID# T120RDU13443**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000.00 | $4,000.00 |

---

**3.2 64**

| | |
|---|---|
| Make: | **Vespa** |
| Model: | **GL 150** |
| Year: | |
| Approximate mileage: | |
| Other information: | |

**Vehicle ID# 79229 white**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

---

**3.2 65**

| | |
|---|---|
| Make: | **Vespa** |
| Model: | **Super Corsa** |
| Year: | |
| Approximate mileage: | |
| Other information: | |

**red**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

---

**3.2 66**

| | |
|---|---|
| Make: | **Vespa** |
| Model: | **Ape** |
| Year: | **1963** |
| Approximate mileage: | |
| Other information: | |

**Vehicle ID# 34060 powder blue**

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

Debtor 1    **Najeeb Ahmed Khan**

Case number (if known)    19-04258

---

**3.2 67**

Make:    **Vespa**

Model:    **400**

Year:    **1961**

Approximate mileage:

Other information:

**Vehicle ID# 022708 yellow/tan and yellow interior**

Who has an interest in the property? Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?     Current value of the portion you own?

$25,000.00     $25,000.00

---

**3.2 68**

Make:    **Triumph**

Model:    **T120**

Year:    **2018**

Approximate mileage:

Other information:

**Motorcycle, Vehicle ID# SMTD40HL3JT847200 Arizona**

Who has an interest in the property? Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?     Current value of the portion you own?

$7,500.00     $7,500.00

---

**3.2 69**

Make:    **Victoria**

Model:    **Avanti**

Year:

Approximate mileage:

Other information:

**Motorcycle, Vehicle ID# A50366 red**

Who has an interest in the property? Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?     Current value of the portion you own?

$4,000.00     $4,000.00

---

**3.2 70**

Make:    **Harley Davidson**

Model:    **FLHRC**

Year:    **2009**

Approximate mileage:

Other information:

**Motorcycle, Vehicle ID# 1HD1FR4139Y636225 Arizona**

Who has an interest in the property? Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?     Current value of the portion you own?

Unknown     Unknown

---

**3.2 71**

Make:    **Harley Davidson**

Model:    **XL 1200 Sportser Lo**

Year:    **2009**

Approximate mileage:

Other information:

**Motorcycle, Vehicle ID# 1HD1CX3179K405510 located in Arizona**

Who has an interest in the property? Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?     Current value of the portion you own?

Unknown     Unknown

---

**3.2 72**

Make:    **Indian**

Model:    **Motorcycle Co**

Year:    **2014**

Approximate mileage:

Other information:

**Chief Vintage, Vehicle ID# 56KCCVAA5E3311173 located in Arizona**

Who has an interest in the property? Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?     Current value of the portion you own?

Unknown     Unknown

---

Debtor 1 **Najeeb Ahmed Khan**  Case number *(if known)* **19-04258**

---

**3.2 73**

Make: **Kawasaki**

Model:

Year: **2013**

Approximate mileage:

Other information:

**Motorcycle, Vehicle ID# JKALEEC11DDA11133 Arizona**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

---

**3.2 74**

Make: **Tesla**

Model: **S 90D**

Year: **2015**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID#5YJSA1H23FFP75937 4 door**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,000.00** | **$45,000.00** |

---

**3.2 75**

Make: **Jeep**

Model: **Renegade**

Year: **2013**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID#1C4BJWCG9DL559410  AZ**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,000.00** | **$22,000.00** |

---

**3.2 76**

Make: **Pontiac**

Model: **Solstice**

Year: **2006**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID#1G2MB33B96Y104561  AZ**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,000.00** | **$7,000.00** |

---

**3.2 77**

Make: **Chevrolet**

Model: **Impala**

Year: **1957**

Approximate mileage: **Unknown**

Other information:

**Vehicle ID#VC57J179082, located in San Francisco, CA Convertible**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

---

**3.2 78**

Make: **GMC**

Model: **Yukon**

Year: **2005**

Approximate mileage: **67000**

Other information:

**Vehicle ID#1GKFK16Z75J202615**

Who has an interest in the property? *Check one*
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,525.00** | **$3,525.00** |

---

Debtor 1   **Najeeb Ahmed Khan**                                    Case number *(if known)*   **19-04258**

---

**3.2 79**

Make: **Morris**

Model: **Mini Swift Cooper**

Year: **1965**

Approximate mileage: _____

Other information:

**M-A254-095628 in England**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$40,000.00**

Current value of the portion you own?

**$40,000.00**

---

**3.2 80**

Make: **Alpha**

Model: **Duetto Race Car**

Year: **1967**

Approximate mileage: _____

Other information:

**VIN: AR665779**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$30,000.00**

Current value of the portion you own?

**$30,000.00**

---

**3.2 81**

Make: **Triumph**

Model: **Bonneville**

Year: **2018**

Approximate mileage: _____

Other information:

**VIN: SMTD40HL3JT847200 located in Scottsdale, AZ**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$7,000.00**

Current value of the portion you own?

**$7,000.00**

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

---

**4.1**

Make: **Tige**

Model: **Ski Boat**

Year: **2008**

Other information:

**21' Michigan HIN: T1X0183EE808**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$30,000.00**

Current value of the portion you own?

**$30,000.00**

---

**4.2**

Make: **Seadoo**

Model: **Jet Ski**

Year: **2008**

Other information:

**Two 10'7" @ $3000/each in Florida HIN: YDV09070C808, YDV09090C808 with 2008 DORSEY Trailer VIN: 4TBBT21278K000886**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$6,000.00**

Current value of the portion you own?

**$6,000.00**

---

Debtor 1    **Najeeb Ahmed Khan**                                  Case number *(if known)*    **19-04258**

---

| 4.3 | Make: | **Godfrey** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **Pontoon**

Year:    **2003**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Other information:

**22' @ Eagle Lake Marina storage Edwardsburg, Michigan**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,000.00 | $12,000.00 |

---

| 4.4 | Make: | **Seadoo** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **Jet ski**

Year:    **2016**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Other information:

**Lakeview pole barn, Edwardsburg, Michigan**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,000.00 | $6,000.00 |

---

| 4.5 | Make: | **Port Carling** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **Seabird**

Year:    **1937**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Other information:

**25' vintage mahogany boat stored in Gateway Building, Elkhart, IN with 1980 CMPTV Trailer VIN:  VM00EPM297**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

---

| 4.6 | Make: | **Sunseeker** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **Manathan 60**

Year:    **2010**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Other information:

**"Nancy Lee" Hull No ending in 6K910, 60' moored at Catawba Island Club, 4235 E Beach Club Rd, Port Clinton, OH 43452**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $949,000.00 | $474,500.00 |

---

| 4.7 | Make: | **Boston Whaler** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **27 Vantage**

Year:    **2018**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Other information:

**@ RiverWatch Marina & Boatyard, 200 SW Monterey Rd, Stuart, FL**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $130,000.00 | $65,000.00 |

---

| 4.8 | Make: | **Bravo** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **32' trailer tag along**

Year:    **2015**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Other information:

**VIN: 542BE322XFB009266 stored in Gateway Building**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,000.00 | $6,000.00 |

---

Debtor 1    Najeeb Ahmed Khan                                         Case number *(if known)*   19-04258

| 4.9 | Make: | P J TRAILER | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

**4.9**
Make: **P J TRAILER**
Model: **Flat Bed Trailer**
Year: **2018**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:
**Gooseneck 40' VIN: 4P5LY3429J3027352**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

---

**4.10**
Make: **Sky Jack**
Model:
Year:

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:
**Scissor Lift located at Aeroplex Building**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$7,000.00**
Current value of the portion you own? **$7,000.00**

---

**4.11**
Make: **United**
Model: **20' Enclosed Trailer**
Year: **2017**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:
**VIN: 56JTE2028HA156609**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,000.00**
Current value of the portion you own? **$4,000.00**

---

**4.12**
Make: **Bravo**
Model: **Enclosed Trailer 16"**
Year: **2017**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:
**VIN:  542BE1825HB017211**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$8,000.00**
Current value of the portion you own? **$8,000.00**

---

**4.13**
Make: **Classic**
Model: **Stack Trailer**
Year:

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

---

**4.14**
Make: **NoRamp**
Model: **22 Ft Ramp-less Open Trailer**
Year: **2011**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:
**VIN: 1P9BF2320B1646111**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,500.00**
Current value of the portion you own? **$2,500.00**

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*  **19-04258**

---

**4.15**

| Make: | **Hercules** |
| Model: | **Truck Platform Utility** |
| | **1/2 ton** |
| Year: | **1968** |

Other information:

**S/N. 12196**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

---

**4.16**

| Make: | **Austin** |
| Model: | **Mini Kids Car** |
| Year: | |

Other information:

**red with white roof**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

**4.17**

| Make: | **Austin** |
| Model: | **Kids Pedal Car** |
| Year: | |

Other information:

**red/tan**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,000.00 | $3,000.00 |

---

**4.18**

| Make: | **Austin** |
| Model: | **Kids Pedal Car** |
| Year: | |

Other information:

**red**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,000.00 | $3,000.00 |

---

**4.19**

| Make: | **Bugatti** |
| Model: | **Type 35 Kid's Car** |
| Year: | |

Other information:

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

---

**4.20**

| Make: | **Chevrolet** |
| Model: | **Corvette Kidolac** |
| Year: | |

Other information:

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,000.00 | $3,000.00 |

---

**4.21**

| Make: | **Czech** |
| Model: | **Pedal Car** |
| Year: | **1950s** |

Other information:

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,000.00 | $2,000.00 |

---

Debtor 1   **Najeeb Ahmed Khan**                                             Case number *(if known)*   **19-04258**

---

**4.2 2**

Make:   **Ferrari**

Model:   **Pedal Car**

Year:   **1950s**

Other information:

**#8**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000.00** | **$4,000.00** |

---

**4.2 3**

Make:   **Ferrari**

Model:   **250 Engine on Stand**

Year:

Other information:

**VIN 225S 0214**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

---

**4.2 4**

Make:   **Harley Davidson**

Model:   **Bicycle**

Year:

Other information:

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500.00** | **$1,500.00** |

---

**4.2 5**

Make:   **Hudson Original Neon Sign**

Model:

Year:

Other information:

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

---

**4.2 6**

Make:   **Jaguar**

Model:   **XK120 Roadster Kids Car - GAS**

Year:

Other information:

**green/tan**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,000.00** | **$15,000.00** |

---

**4.2 7**

Make:   **Mercury**

Model:   **Monarch Kids Car - Electric**

Year:

Other information:

**red/black**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000.00** | **$4,000.00** |

---

Debtor 1    **Najeeb Ahmed Khan**

Case number (if known)    19-04258

---

**4.28**

Make:    **Morgan**

Model:    **3 Wheel Kids Car - Electric**

Year:

Other information:

**red/black**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$5,000.00                    $5,000.00

---

**4.29**

Make:    **Pegasus Neon**

Model:

Year:

Other information:

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$20,000.00                    $20,000.00

---

**4.30**

Make:    **Studebaker**

Model:    **Pedal Car**

Year:    **1950s**

Other information:

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$3,000.00                    $3,000.00

---

**4.31**

Make:    **Studebaker Vertical Neon**

Model:

Year:

Other information:

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$10,000.00                    $10,000.00

---

**4.32**

Make:    **WilliamsJet Tenders**

Model:    **385 Turbo S**

Year:    **2018**

Other information:

**HIN:WTPT3344K718 12'6" stored at Catawba Island Club, 4235 E Beach Club Rd, Port Clinton, OH 43452, Ohio**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$44,000.00                    $44,000.00

---

**4.33**

Make:    **Formula**

Model:    **41' 9" Cabin Motorboat**

Year:    **1999**

Other information:

**HIN:TNRD7540C899 Repair / Restoration costs approximating $108761.00 exceed value held at TNT Marine, Miami, FL**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$100,000.00                    $100,000.00

---

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*   **19-04258**

4.3
4

| | | |
|---|---|---|
| Make: | **KAWASAKI** | |
| Model: | **4-Wheeler** | |
| Year: | **2015** | |

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property
   (see instructions)

Other information:
**VIN: JKBAFSC13FB502393 located in pole barn - value approximate**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500.00** | **$2,500.00** |

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................=>

| |
|---|
| **$31,312,275.00** |

---

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| **11 sets of bedroom furniture including beds, dressers, and side tables, five sets of living room furniture, sofas, coffee tables, end tables, tv stands, rugs, three sets of dinning room furniture, kitchen tables, desks, book shelves, lamps, and additional furniture not exceeding $625 per item located at Michigan, Florida and Arizona residences all owned jointly with non-filing spouse** | $65,000.00 |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| **Dell personal laptop, Apple Macbook, ipad, iphone** | $1,000.00 |
| **DVD players, two printers and 24 televisions located in MI, AZ, FL residences owned jointly with non-filing spouse** | $5,000.00 |

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| **Three watercolor paintings 30 x 42 one by John Mitchell located in Edwardsburg, MI marital home owned jointly with non-filing spouse;  fish sculpture/wall hanging in FL Condo** | $18,000.00 |
| **Gold ten ounces @ $1,497.20/oz on Petition Date** | $14,972.00 |
| **Two 4 Troy ounces Silver Proof bars registered with American Historic Society @ 17.73/oz on Petition Date - in Chapter 11 Trustee possession** | **$141.84** |

Debtor 1   **Najeeb Ahmed Khan**                           Case number *(if known)*   **19-04258**

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
         musical instruments
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| treadmill, pool table located in Edwardsburg, MI home owned jointly with non-filing spouse | $1,200.00 |
| Golf clubs located in Hangar 18, Elkhart, IN | $400.00 |
| used Drone | $400.00 |

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Four handguns: two glock 9mm, smith and weston 357, 45mm handgun;<br>22 Rifle, 12 gage shotgun, Winchester short mag and two gun safes | $4,500.00 |
| AK47 and Blaser Long Guns - value approximate | $1,500.00 |

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| General Wardrobe, leather jackets used for motorcycle riding, coats, shoes | $3,000.00 |

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Rolex ($2700), 18K Gold Ebel ($5900) and casual Ebel ($1400) watches | $10,000.00 |

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................** | **$125,113.84** |

**Part 4:   Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**                        Current value of the

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*    19-04258

|  | **portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...............................................................................................................

|  |  |
|---|---|
| Cash | $400.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................                    Institution name:

| | | Institution name | |
|---|---|---|---|
| 17.1. | Portfolio Checking 8068 | 1st Source Bank | $886,087.15 |
| 17.2. | Checking | Lake City Bank account ending in 2900 | $145,200.45 |
| 17.3. | Health Savings Account | HSA Bank, P.O. Box 939, Sheboygan, WI 53081  Participent Account ID ending in 1948 | $73,471.43 |
| 17.4. | Portfolio Checking 6709 | 1st Source | $14,618.20 |
| 17.5. | Trust Account may be in the name of Debtor Najeeb Khan | KeyBank Trust account ending in 1941 -proceeds from sales of Icon A5 plane ($290000 owed to Sarah Air), helicopter ($525000 owed to Khan Aviation, Inc.), and FL storage building ($350000 KRW Investments, Inc) | $1.00 |
| 17.6. | PayPal | PayPal - US $12134.71 Great Britain $838.19 initiated transfer to Chapter 11 Trustee | $12,972.90 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

■ Yes.................                    Institution or issuer name:

| Institution or issuer name | |
|---|---|
| Mutual Fund with RPCA Financial Ventures LP (John Rosenthal Capital Management) | $104,465.32 |
| E*Trade account ending in 3820 | $740,338.56 |
| Wells Fargo Advisors Investment Account ending in 8256 - Net of Margin Debt STOCK EQUITIES SUBJECT TO RESTRICTIONS/PENALITIES/NOTICE FEDERAL COMPLIANCE TO LIQUIDATE | $1,182,129.52 |
| Whitestone REIT (NYSE: "WSR") 4,932 shares @ $13.47 on Petition Date | $66,434.04 |

Debtor 1    **Najeeb Ahmed Khan**    Case number *(if known)*  **19-04258**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| **KRW Investments, Inc. EIN: 35-1794356 Ch11 filed USBCWDMI 10/08/19 #19-04264 - value per Schedule A/B without deducting for avoidable security interests** | **100** % | $18,123,358.00 |
| **GN Investments, LLC EIN: 35-2023550 Ch11 filed USBCWDMI 10/08/19 #19-04262- value per Schedule A/B (Doc 70-1) without deducting for avoidable security interests** | **100** % | $3,026,344.15 |
| **NAP Realty, LLC EIN: 02-0766580 - 33% interest grove in Peoria, large apartment complex -VALUE ESTIMATED** | **33** % | $85,000.00 |
| **Merlin Energy LLC  EIN: 46-3123050 owns Merlin Systems, Inc. -VALUE ESTIMATED** | **59** % | $100,000.00 |
| **Khan Aviation, Inc. EIN: 35-1880145 Ch11 filed USBCWDMI 10/08/19 #19-04261- value per Schedule A/B without deducting for avoidable security interests** | **100** % | $4,433,341.00 |
| **Sarah Air, LLC Ch11 filed USBCWDMI 10/08/19 #19-04268 - value per Schedule A/B (Doc 16) without deducting for avoidable security interests** | **100** % | $1,175,001.00 |
| **NJ Realty, LLC  EIN: 27-4083761 Ch11 filed USBCWDMI 10/08/19 #19-04266 - value per Schedule A/B (Doc 34) without deducting for avoidable security interests** | **100** % | $1,000,110.88 |
| **NAK Holdings, LLC  Ch11 filed 10/08/19 USBCWDMI #19-04267 - owns 1963 Jaguar LWE, 1955 D type, 1957 XKSS, 2016 McLaren, 1937 PurSang Bugatti, 1950 Land Rover, Deposits - value per Doc 20 Schedule A/B without deducting for avoidable security interests** | **100** % | $5,624,372.00 |
| **Cearah Enterprise, LLC EIN: 81-0594275 owns BT & F tools @ $150000; 4D Heathware @$50000 & Go Informatics, Inc. @ $50000 -VALUE ESTIMATED** | **50** % | $250,000.00 |
| **KR7525, LLC EIN: 81-1173183 holds Norris Equity Partners Ventures Fund -VALUE ESTIMATED** | **87.5** % | $875,000.00 |

Debtor 1    **Najeeb Ahmed Khan** _____    Case number *(if known)*    **19-04258** _____

| | | | |
|---|---|---|---|
| K&S Investments, LLC holds interest in Frost Control, LLC development stage company -VALUE ESTIMATED | **25** | % | $2,500.00 |
| OneSource Virtual - Dallas, Texas based Business Process as a Service (BPaaS) outsourcing company --VALUE ESTIMATED | **0.6** | % | $3,000,000.00 |
| RCSB, LLC EIN: 20-8546707 holds shares in a local Ruth Chris -VALUE ESTIMATED | **8.33** | % | $35,000.00 |
| CyMedica Orthopedicas, Inc. - a medical device company located at 19120 N Pima Rd., Scottsdale AZ 85255 -VALUE ESTIMATED | **3** | % | $150,000.00 |
| Interlogic Outsourcing, Inc. EIN: 30-0031273 Payroll processing company a/k/a IOIPay (Ch11 USBCNDIN #19-31445) | **100** | % | $1.00 |
| IOI West, Inc. - (Ch11 USBCNDIN #19-31447) | **100** | % | $1.00 |
| Lakeview Technology, Inc. EIN: 47-2871451 (Ch11 USBCNDIN #19-31449) | **100** | % | $1.00 |
| Lakeview Holdings, Inc. EIN: 472887589 (Ch11 USBCNDIN #19-31448): (owns IOI Payroll Services, Inc. Ch11 USBCNDIN #19-31446 & TimePlus Systems, LLC Ch11 USBCNDIN #19-31451) | **100** | % | $1.00 |
| ModEarn, Inc. (Ch11 USBCNDIN #19-31450) | **53.40** | % | $1.00 |
| RPCA FINANCIAL VENTURES LP EIN: 27-1282716 -VALUE ESTIMATED | **<1%** | % | $10,900.00 |
| GSO PRIVATE INVESTORS II B, LLC EIN: 80-0880342 (included in #35 JP Morgan fund) | **1** | % | $1.00 |
| CORE SENIOR LENDING FUND (PB) LP - EIN: 82-0938861 (included in #35 JP Morgan fund) | **1** | % | $1.00 |
| Merlin Ventures LLC EIN: 83-2830174- not operating, no assets | **100** | % | $1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☐ No
   ■ Yes. Give specific information about them
               Issuer name:

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*    **19-04258**

|  |  |
|---|---|
| **U.S. Savings Bonds** | **$1,000.00** |

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Wells Fargo Advisors Account 0116** | **$224,587.01** |
| **IRA** | **John Hancock Life & Health Ins Co. Account xxxx5977xx rollover from Interlogic Outsourcing Inc. 401(k)** | **$511,648.32** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. .....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ☑ Yes.  Give specific information about them...

| | |
|---|---|
| **Najeeb Ahmed Khan 2016 Revocable Trust uad 12/7/2016 - tangible personal property (not controlled by title)** | **$1.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☑ Yes.  Give specific information about them...

| | |
|---|---|
| **Commercial Pilot's License** | **$1.00** |
| **Concealed Carry License - Michigan** | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Najeeb Ahmed Khan**                                    Case number *(if known)*    19-04258

**28.  Tax refunds owed to you**

☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2018 State of Indiana tax return filed 10/15/19 | State of Indiana | $6,067.00 |
|---|---|---|

**29.  Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| K&S Ventures EIN: 83-3959497 loan | $44,000.00 |
|---|---|

| Whitestone REIT 2019 Director fees | $11,911.00 |
|---|---|

| Shareholder/Member Loans as of 12/31/18 per Schedule F Khan Aviation, Inc.  $6,720,773.83; KRW Investments Inc. $7,836,828.44; GN Investments LLC Balance Sheet $1,815,380.24 + possible additional once records obtained | $16,399,982.51 |
|---|---|

| Interlogic Outsourcing, Inc. and related entities shareholder notes payable (per Interlogic Outsourcing Inc Ch11 proceeding USBCNDIN- South Bend Division #19-31445-hcd SCHEDULE F): $12,420,343.00 | Unknown |
|---|---|

**31.  Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Northwestern Mutual: Universal Life Insurance Policy ending in 0713 | Sarah A Shoemaker | $207,368.48 |

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
■ Yes.  Describe each claim.........

| Debtor 1 | **Najeeb Ahmed Khan** | Case number *(if known)* | 19-04258 |

| | |
|---|---|
| **Various claims against KeyBank N.A. preference actions, turnover of personal property (Schedule 1 to 7/23/19 Non-Recourse Bailment Agreement: car collection); Adversary Proceeding for recovery of money and property, avoidance of liens & security interests** | **Unknown** |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim.........

| | |
|---|---|
| **2019 FEDERAL and STATE income tax refunds (attributed to period from 1/1/19 - Petition Date), none anticipated due to existing liabilities** | **Unknown** |

| | |
|---|---|
| **2018 Income Tax refunds - IRS & MI taxes OWING; amendments may be required upon procurement of certain business records previously requested but not produced by taxing authorities' filing deadlines** | **$0.00** |

**35. Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information..

| | |
|---|---|
| **JPMorgan Investment - Chase Bank Alternative Asset Fund (holds GSO Private Investors II B, LLC, Core Senior Lending Fund (PB) LP and others)** | **$979,128.43** |

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................... | **$59,502,748.35** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.....

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe.....

Debtor 1    **Najeeb Ahmed Khan**                                   Case number *(if known)*   **19-04258**

| Safe - in Car collection for Car records | $500.00 |
| --- | --- |

41. **Inventory**
   - ■ No
   - ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   - ■ No
   - ☐ Yes.  Give specific information about them...................
     Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   - ■ No.
   - ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
       - ■ No
       - ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   - ■ No
   - ☐ Yes. Give specific information.........

45.   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**............................................................................................................

| $500.00 |
| --- |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☐ No
   - ■ Yes. Give specific information.........

| Memberships: Exclusive Resorts - equity membership in private vacation club; Rattlesnake Island Club equity member & Catawba Island Club, Port Clinton, OH | Unknown |
| --- | --- |
| Memorabilia, tools, parts and other items (non-motor car lots) located in hangars and warehouses estimated value by RMS (RM Auctions, Inc. d.b.a. RM Sotheby's) to be auctioned with Motor Cars Collection | $200,000.00 |
| Two Shore stations and Three jet ski lifts on 120' dock at Edwardsburg MI Residence - owned jointly with nonfiling spouse | $7,000.00 |

Debtor 1  **Najeeb Ahmed Khan**                                    Case number *(if known)*  **19-04258**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  **$207,000.00**

**Part 8:**      List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ....................................................................................................   **$6,885,000.00**

56.  **Part 2: Total vehicles, line 5**                                                  **$31,312,275.00**
57.  **Part 3: Total personal and household items, line 15**                       **$125,113.84**
58.  **Part 4: Total financial assets, line 36**                                      **$59,502,748.35**
59.  **Part 5: Total business-related property, line 45**                                **$500.00**
60.  **Part 6: Total farm- and fishing-related property, line 52**                          $0.00
61.  **Part 7: Total other property not listed, line 54**                      +        **$207,000.00**

62.  **Total personal property.** Add lines 56 through 61...      **$91,147,637.19**      Copy personal property total      **$91,147,637.19**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                          **$98,032,637.19**