## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re

NAJEEB AHMED KHAN,

               Debtor.

_____/

Case No: 19-04258-swd
Chapter 11
Honorable Scott W. Dales
Filed:  October 8, 2019

### ORDER GRANTING MOTION FOR EXPEDITED HEARING AND SHORTENED NOTICE PERIOD REGARDING MOTION FOR ENTRY OF ORDER: (I) DIRECTING MEDIATION OF DIVISION OF MARITAL PROPERTY; AND (II) ADJOURNING HEARING ON NANCY L. KHAN'S MOTION FOR MODIFICATION OF THE AUTOMATIC STAY TO PERMIT STATE COURT SEPARATE MAINTENANCE ACTION TO PROCEED TO MEDIATION AND JUDGMENT

This matter comes before the Court on *Nancy L. Khan's Motion For Expedited Hearing And Shortened Notice Period Regarding Motion For Entry Of Order: (i) Directing Mediation Of Division Of Marital Property; and (ii) Adjourning Hearing On Nancy L. Khan's Motion For Modification Of The Automatic Stay To Permit State Court Separate Maintenance Action To Proceed To Mediation And Judgment* (the "**Motion to Shorten**") **[Dkt. No. 269]**.  The Motion to Shorten seeks to reduce the period of time parties in interest have to object to the *Motion For Entry Of Order: (i) Directing Mediation Of Division Of Marital Property; and (ii) Adjourning Hearing On Nancy L. Khan's Motion For Modification Of The Automatic Stay To Permit State Court Separate Maintenance Action To Proceed To Mediation And Judgment* (the "**Mediation Motion**") **[Dkt. No. 265]**.

The Court reviewed the Motion to Shorten and finds that a hearing is unnecessary.  The Motion to Shorten sufficiently demonstrates cause for reducing the period for parties in interest to respond to the Motion as required by Fed. R. Bankr. P. 9006(c) and LBR 9013(h).

**IT IS HEREBY ORDERED THAT** the Motion to Shorten is granted.

**IT IS FURTHER ORDERED** that any objection to the Mediation Motion must be filed with the Court and served on the requisite parties by 5:00 p.m., Wednesday, December 11, 2019.

**IT IS FURTHER ORDERED** that a hearing on the Mediation Motion will be held at the United States Bankruptcy Court for the Western District of Michigan, 410 West Michigan, Room 114, Kalamazoo, Michigan 49503, on December 13, 2019 at 11:00 a.m. (Eastern).

**IT IS FURTHER ORDERED** that Nancy L. Khan must serve upon i) Debtor's counsel; (ii) the United States Trustee; (iii) counsel for the Official Committee of Unsecured Creditors and (iv) all parties who, as of the filing of this Motion, have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002; a copy of this Order, the Mediation Motion, and all documents related thereto via first class mail by no later than December 2, 2019.

**END OF ORDER**

Prepared by:

WARNER NORCROSS + JUDD LLP
Stephen B. Grow (P39622)
Charles N. Ash, Jr. (P55941)
Elisabeth M. Von Eitzen (P70183)
Emily S. Rucker (P79228)
1500 Warner Building
150 Ottawa Ave NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2000
sgrow@wnj.com
Counsel for Nancy L. Khan

**IT IS SO ORDERED.**

**Dated December 2, 2019**



Scott W. Dales
United States Bankruptcy Judge