# EXHIBIT A

127002   L: 1117 P: 279   DWD
01/03/2017 03:18:36 PM  Total Pages: 3  Fees: AFF

Monica Kennedy, Register of Deeds - Cass County, MI

I certify that, as to the lands herein described, neither the state nor any person holds a tax title or lien, and that all taxes levied for the five calendar years preceding the date of this instrument have been paid, except that if checked here ☒ This certificate does not cover taxes for the most recent year because the delinquent tax roll for same is not available.

*Linda Pruett*                   Jan 03, 2017  AH
CASS COUNTY TREASURER            Dated

AFFIDAVIT FILED

## WARRANTY DEED

**KNOW ALL MEN BY THESE PRESENTS:** That, the Grantor(s), **Patrick Thomas Murray, Sr., survivor of Patrick Thomas Murray, Sr. and Shirley Ann Murray, Husband and Wife CONVEY(S) AND WARRANT(S) TO, Nancy L. Khan**, Grantee(s), whose address is 23411 Lakeview Drive, Edwardsburg, MI 49112, the premises situated in the Township of Ontwa, County of Cass, State of Michigan, described as:

### SEE ATTACHED EXHIBIT "A"

and more commonly known as 23411 Lakeview Drive, Edwardsburg, MI 49112, for the sum of One Dollar ($1.00) and other good and valuable consideration, subject to covenants, restrictions and easements of record and further subject to the lien of taxes not yet due and payable.

Death certificate for Shirley Ann Murray recorded in Liber 1105, page 1503.

Received in Cass:01/03/2017 02:54:02 PM

MTC File No.: 16-47747 (UD)                                                           Page 1 of 3

Monica Kennedy, Register of Deeds - Cass County, MI
127002   L: 1117 P: 280   DWD
01/03/2017 03:18:36 PM  Total Pages: 3  Fees: AFF

IN WITNESS WHEREOF, the Grantor has executed this deed this _28_ day of _DECEMBER_, _2016_

_Patrick Thomas Murray Sr._
**Patrick Thomas Murray, Sr.**

State of _INDIANA_, County of _MARION_ ss:

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared the within named **Patrick Thomas Murray, Sr.** who acknowledged the execution of the foregoing Deed and who, having been duly sworn, stated that the representations therein contained are true.

WITNESS, my hand and Seal this _28_ day of _DECEMBER_, _2016_.

LINDA M. COLLIER
Hamilton County
My Commission Expires
May 31, 2019

_Linda M. Collier_
Signature of Notary Public

NO TITLE OPINION IS RENDERED BY THE DRAFTER AND/OR SCRIVENER OF THIS INSTRUMENT. NO OPINION IS EXPRESSED AS TO THE RIGHT TO SPLIT THIS PARCEL, AS TO THE NUMBER OF SPLIT RIGHTS APPLICABLE TO THIS PARCEL OR THE NUMBER OF SPLIT RIGHTS RETAINED BY THE REMAINING PARCEL, IF ANY.

**This instrument was prepared by:**
William M. Sekerka, Attorney-at-Law #P77467
800 Ship St., Suite 115, St. Joseph, MI 49085

Tax Parcel No.: 14-090-095-023-00 AH

**Property Address:**
23411 Lakeview Drive
Edwardsburg, MI 49112

**Grantee's Address and Mail Tax Statements To:**
23411 Lakeview Drive
Edwardsburg, MI 49112

MTC File No.: 16-47747 (UD)

Page 2 of 3

Monica Kennedy, Register of Deeds - Cass County, MI
127002    L: 1117 P: 281    DWD
01/03/2017 03:18:36 PM  Total Pages: 3  Fees: AFF

**EXHIBIT A**

Real Estate Located in the Township of Ontwa, County of Cass, State of Michigan and described as:

The East 35 feet of Lot Number 26, Block 1; Lots numbered 27 and 28, Block 1; all in Ferrelldale, according to the plat thereof as recorded in Liber 1 of Plats, page 142, Cass County Records.

MTC File No.: 16-47747 (UD)

Page 3 of 3