IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

NAJEEB AHMED KHAN,

Debtor.

Chapter 11

Case No. 19-04258 (SWD)

**ORDER GRANTING CHAPTER 11 TRUSTEE'S
EMERGENCY MOTION FOR EXPEDITED HEARING REGARDING
CHAPTER 11 TRUSTEE'S MOTION FOR APPROVAL OF SALE AND AUTHORITY
TO ENTER INTO RELATED ESCROW AGREEMENT WITH NANCY KHAN
(23411 Lakeview Drive, Edwardsburg, Michigan)**

PRESENT:   **HONORABLE SCOTT W. DALES**
U.S. Bankruptcy Court Judge

THIS MATTER having come to be heard upon the *Chapter 11 Trustee's Emergency Motion for Expedited Hearing Regarding Chapter 11 Trustee's Motion for Approval of Sale and Authority to Enter into Related Escrow Agreement with Nancy Khan* (*23411 Lakeview Drive, Edwardsburg, Michigan*) (the "Emergency Motion") and the Court being otherwise fully advised on the premises;

**IT IS THEREFORE ORDERED:**

1. The Emergency Motion is GRANTED.

2. The hearing on the *Chapter 11 Trustee's Motion for Approval of Sale and Authority to Enter into Related Escrow Agreement with Nancy Khan* (*23411 Lakeview Drive, Edwardsburg, Michigan*) (the "Sale Motion") will be held on December 13, 2019 at 11:00 a.m. at the U.S. Courthouse & Federal Building, 410 West Michigan, Kalamazoo, Michigan.

3. Objections to the Sale Motion shall be filed and served by 5:00 p.m. (*prevailing Eastern Time*) on December 12, 2019.

END OF ORDER

**IT IS SO ORDERED.**

**Dated December 5, 2019**



Scott W. Dales
United States Bankruptcy Judge