# Exhibit B

30071556.5

# SCHEDULE 2 TO SINGLE VENDOR AUCTION AGREEMENT

## LIST OF CARS & BOAT

| Year | Make | Model | VIN |
|---|---|---|---|
| 1959 | Carlsson | Treehanse | TBD |
| 1960 | Mazda | K360 | 1054A081 |
| 1941 | Plymouth | Special DeLuxe Six Station Wagon | P15869313 |
| 1959 | Lincoln-Zephyr | Coupe | H65990 |
| 1950 | Studebaker | Commander Custom Starlight | 4457299 |
| 2018 | Jaguar | D-Type | XKD 605 |
| 2007 | Chevrolet | Impala NASCAR 'Jeff Gordon' | 24-428 |
| 2018 | Dodge | Challenger SRT Demon | 2C3CDZH92JH100109 |
| 1957 | Denzo | Adventurer Hardtop Coupe | 50412593 |
| 1958 | Pontiac | Parisienne Convertible | E76571H876 |
| 1954 | Buick | Roadmaster Convertible | 7A6915347 |
| 1957 | Opel | 812 Supercharged Cabriolet | 3003F |
| 1958 | Pontiac | Firebird Convertible | 226670161595 |
| 1963 | Chevrolet | Corvette Sting Ray 'Fuelie' Coupe | 30837811S206 |
| 1958 | Chevrolet | Corvette 'Fuelie' | J58S102873 |
| 1999 | Shelby | Series 1 | XL000298 |
| 1965 | Shelby | 427 S/C Cobra '4000 Series' | CSX4382 |
| 1972 | Iturra | Interceptor II Saloon | 125D231 |
| 1981 | Panel | HK500 Sport Coupe | RR1CA1 |
| 1966 | Shelby | GT350 H | SFM65590 |
| 1981 | DeLorean | DMC-12 | SCEDOT26TJB002906 |
| 1933 | Ford | Roadster Street Rod | H546621 |
| 1933 | Nash-Healey | Roadster | 2567 |
| 2015 | Jaguar | E-Type Lightweight | S251081 |
| 2006 | Ford | GT Heritage | 1FAFP90886Y402774 |

| Year | Make | Model | ID Number |
|---|---|---|---|
| 1954 | Aston Martin | DB5 Vantage Sportfinisher | DB5/1930/R |
| 1949 | FIAT | Tp.500 "Tipo" | VIN 21654 |
| 2005 | Morgan | Aero 8 | 63531 |
| 1953 | Mercedes-Benz | 300 S Roadster | 1980080009ZZ |
| 1949 | Im | Orbo GL Serie 1 | GL 010191 |
| 1966 | Amphicar | 770 | 101949 |
| 1959 | Cadillac | Eldorado Biarritz | 59E039718 |
| 1961 | Vespa | 400 | 032708 |
| 1958 | Goggomobil | T1-250 Transporter | A0758 |
| 1948 | Cianley | CC Four "Happy Wagon" Ice Cream Truck | CC20609 |
| 1972 | Lotus | Elan S4 Roadster Drophead | yellow C519 |
| 1965 | Lotus | Elan S2 Roadster | 264137 |
| 1974 | Lotus | Europa John Player Special | 3463X |
| 1962 | Lotus | Elite | 1349 |
| 1968 | MG | MGA Twin-Cam Roadster | YD31212 |
| 1962 | Austin-Healey | 3000 MK II 817 | E273LB216 |
| 1960 | Triumph | TR3 | 73745121L |
| 1956 | Morgan | Plus 4 Roadster | 3745 |
| 1952 | MG | TD | XPAGTD22049 |
| 1970 | Fiat | 850 Spiaggina | 100G9 |
| 1961 | Renault | 4CV Juhy | 3607748 |
| 1973 | Opel | GT | 04077KC596077 |
| 1973 | Fiat | 124 Spider | 124CB0046024 |
| 1964 | Fiat | 8V Coupe | 10998047 |
| 1967 | Lotus | 7 Roadster | eng/no FWE611X531 |
| 1917 | Hudson | Super Special Race Car | 123 |
| 1927 | Pur Sang | Type 35 Grand Prix | 43575 |
| 1953 | Fiat | 8V Supersonic | 10008041 |
| 1954 | Fiat | 8V Coupe | 10008040 |
| 1972 | Ferrari | 365 GTB/4 Daytona Spider Conversion | 14849 |

30007B022.5

| 1967 | Sunbeam | Tiger Mk1A | B382002401XXFE |
|---|---|---|---|
| 1963 | Ghia | Series 300 | 2005/001, 1019 - L19KA data via |
| 1929 | Austin | 7 Beetleback Roadster | 5832 |
| 1937 | Morgan | F4 Three-Wheeler | F450 |
| 2012 | Morgan | 3-Wheeler | SA9MOB9HCP200035 |
| 1960 | Fiat-Abarth | 750 GT Double Bubble | 100598062 |
| 1965 | Fiat | FIED Abarth | 118F0802366 |
| 1947 | Fiat | 500 A Topolino | 110724 |
| 1951 | Fiat | 500 C Topolino | TBD |
| 1959 | Austin-Healey | Sprite MK I | 16797 |
| 1966 | Velocity | Elmt | WAB0283940 |
| 1970 | Austin | Mini Cooper S | XAGS11426544 |
| 1972 | Austin | Mini Pickup | XL01549760A |
| 1964 | Austin | Mini Countryman | AAW7590829 |
| 1982 | Morris | Minor Traveler | 995906 |
| 1958 | Austin | A35 Van | AVGLCS10058 |
| 1958 | Fiat | 600 Multiple | 3528 |
| 1952 | Riley | Pageo | PEC409407 |
| 1956 | Mercedes-Benz | 300 C Sedan | 1186017600035 |
| 1957 | Jaguar | Mark VIII | N71018 |
| 1956 | Austin-Bristol | Roadster | 40XC6384 |
| 1971 | Jaguar | E-Type Series 3 Fixed Head Coupe | P2S28829 |
| 1967 | Jaguar | E-Type Series 2 4.2-Litre Roadster | J07113662 |
| 1956 | Jaguar | C-Type | 804056 |
| 1953 | Jaguar | XK 140 MC Coupe | G33083 |
| 1957 | Jaguar | XK 140 Roadster | 8815947 V2N G93X693 |
| 1953 | Coupe-Jaguar | TBD | C92458 |
| 1967 | Toyota | 2000 GT | MF20S02RD |
| 2017 | Jaguar | XKSS | XKSS675-51 |
| 1972 | De Tomaso | Pantera | THPPDO029468 |

| Year | Make | Model | Serial/VIN |
|---|---|---|---|
| 1956 | Maserati | KR 200 | 57659 |
| 1956 | Maserati | KR 200 Cabrio | 67529 |
| 1957 | BMW | Isetta 300 | 509098 |
| 1958 | Zundapp | Janus | W3471 |
| 1959 | Goggomobil | TL-250 Coupe | 02152094 |
| 1961 | Autobianchi | Mercedes Special Cabriolet | 1027191 |
| 1959 | Autobianchi | Mercedes Turchino Idle | 10798 |
| 1970 | Bianchi | NSU | A0689-A012709 |
| 1964 | Seehome | Isop Mk1 | 941100454.51.XX |
|  | Hercules | e-bike | T10 |
| 1966 | Aston Martin | DB4 | 12605096R |
| 1951 | Roland | 403 Sedan | 403V4899 |
| 1953 | Austin | A40 Somerset Coupe | GL.8L343945 |
| 1967 | Fiat | Cortina Lotus Mk 1 Saloon | BA.N47305944 |
| 1965 | Ford | Cortina Lotus Mk 1 Estate Custom | 227103552115S |
| 1961 | AMC | Metropolitan 1500 Convertible | E97251 |
| 1957 | Nash | Metropolitan Coupe | E24464 |
| 1958 | Lancia | Aurelia B20 Series 6 Coupe | B2021824 |
| 1961 | Alfa Romeo | Giulia.m Spider | AR135821 |
| 1959 | Alfa Romeo | Giulia.m Spider | 140206904 |
| 1981 | Triumph | TR8 Convertible | TDVDVWBTV822216 |
| 1960 | Mercedes-Benz | 230 SL | 1130641800008316 |
| 1956 | Mercedes-Benz | 190 SL Roadster | 1210405000082 |
| 1982 | Ferrari | 225 S Barchetta | 0349GD |
| 1991 | Ferrari | Testarossa | 2F59G117AGA0088202 |
| 1979 | Fiat | Dino 2408 Spider | DG80459496 |
| 1972 | Ferrari | Dino 246 GT | 03228 |
| 1998 | Ferrari | 550 Maranello | ZFFZ80A4W0111069 |
| 1955 | Elektron | Isalla | ETH0293 |
| 2016 | McLaren | 720S | SBM14DCA6GW001837 |

3007E0021.5

| Year | Make | Model | Number |
|---|---|---|---|
| 2016 | McLaren | 650S Spider | SBM11FAA0GW005625 |
| 1992 | Jaguar | XJ220 | SAJJEAAE8CEX000696 |
| 2020 | Alfa Romeo | 4C Spinale | 1BLADE2EAYV00125 |
| 2012 | Mercedes-Benz | SLS AMG | WDDRJ7HA0CA005457 |
| 2017 | Ferrari | 488 Spider | ZFF79ALA9H0225414 |
| 1955 | Mercedes-Benz | 300 SL Gullwing | 19804050033 |
| 1974 | Chevle | GM | AC7000ED0764 |
| 1966 | Chevle | DS11 2Xxxpoable | 1D521435G118 |
| 1963 | Tatra | 2-603 | 00204031 |
| 1954 | Talbot | T26 GSL | 111203 |
| 1957 | Brough | Superior 3-1/2-Litre Total Prepared Dropbead Coupe | CBE0771A105209 |
| 1954 | Bentley | Model 394-1/2-Litre Vindos Flat Four-Seater | 405 |
| 1959 | Talbot-Lago | T25 Cabriolet | 59463 |
| 1959 | Kizer | Model 16-41 Roadster | A5A22 |
| 1926 | Austin | Heavy 12/4 Tucl | 80776 |
| 1919 | Pierce-Arrow | Model 38 Four-Passenger Roadster | 371365 |
| 1930 | Rolls-Royce | Phantom II Shooting Brake | 67X7 |
| 1920 | Locomobile | Model 48 Series 7 Sportif | UXX12 |
| 1904 | Clenent | 12/16 HP Rear-Entrance Tonneau | TBD |
| 2011 | Tesla | Roadster 2.0 1289 | SY2EE1LA5B1021176 |
| 1996 | Volkswagen | Deluxe 21-Window Microbus | 25611411 |
| 1948 | Ford | F-100 Pickup | 87BY8V609 |
| 1948 | Willys | Jeep Pickup | 4W232379 |
| 1926 | Walte | Glacier National Park Bus | 154567 |
| 1970 | Tuk-Tuk | Auto Rickshaw | XLSTY37A315611885 |
| 1957 | Iso | Isetamoto | B153673 |
| 1969 | Lamborghini | Miura P400 S | 3674 |
| 1931 | Bimbm | Everest Convertible Brougham | 7A46595 |
| 1950 | Dodge | B4 Tow Truck | 84468306471 |
| 1948 | Hudson | Super Six Pickup | 3046994 |

| 1909 | Land Rover | Series 1 RHD | 6115223 |
|---|---|---|---|
| 1948 | Tata | TX7 | 3480233 |
| 1970 | Saleen | 302 Police Car | XX11211364 |
| 1981 | Bedford CA | Dormobile | CALYF163098 |
| 1952 | Bedara | Bocar Sedan | LK1583 |
| 1997 | Ford | Custom Lorn Mk 1 Saloon | TBD |
| 1997 | Riding | Straight 6 Spacematic Coupe | 644474 |
| 1942 | ERF | D16 Transport Truck | KARVE18302502678 |
| 1976 | Toyota | FJ43 Land Cruiser | FG43J42098 |
| 1997 | Bronco | III | U77AA031VEH74636 |
| 1963 | AMC | Mighty Mite | AMC307295 (0464 211) |
| 1982 | Bropy Feck | Edelanga | 5552685 |
| 1971 | Fiat | Sport 850 | X37281 |
| 1973 | Volkswagen | The Thing | 1EDS40252 |
| 1977 | Triumph | Spider 1500 | PM656DUC |
| TBD | TBD | Formula V | TBD |
| 1979 | Fiat | Spider | 19KCE2616T022 |
| 1956 | Davis | Triumph | chassis 29, engine Tk141425 |
| 1961 | Ford | Verna | 106877 |
| 1971 | Honda | 2ZZD | A2SP02007154 |
| 1970 | Clenko | Meksel | 61CA5821 |
| 1963 | Aston Ladson | Two-Door | 62G0153887 |
| 1979 | Volkswagen | Super Beetle | 15B290D0630 |
| 1967 | Fiat | 1500 Convertible | 11BDA05250 |
| 1956 | Jaguar | Mark VIII | 75000EB097 |
| 1963 | Fiat | 1100 Berlina | BDG16101541 |
| 1953 | Fiat | 500 C Belvedere | 411P32 |
| 1987 | Austin | Mini Mini | AARZL8P921 |
| 1968 | Hillman | Mini Convertible | engine B1105761 |
| 1973 | Fiat | 850 Spider | 10000007770 |

3007B0221.5

| Year | Make | Model | Serial/VIN |
|---|---|---|---|
| 1987 | Jaguar | E-Type Series 1 4.2-Litre Fixed Head Coupe | 1E77J5781W |
| 1961 | Fiat | 600D | 100D1019429 |
| 1995 | Suzuki | Delivery Truck | DD51T 326442 |
| 1939 | Borgward | Isabella | 114/737 |
| 1966 | Fiat | Abarth 850 Spider | 100GB07300 |
| 1963 | Glastin | G Bass Cat | G46KZ7 |
| 1956 | Chris | Van | 25XXX0 |
| 1979 | Triumph | GT6+ Coupe | KC79795L |
| 1949 | Eicoln | 3800 Convertible | AS3603080048 |
| 1962 | Sunset | Gondel | 6246316 |
| 2012 | Fiat | 500 Abarth | 3C3CFFFR3CT314286 |
| 1967 | Ford | Bronco | U15RGA17769 |
| 1971 | Alfa Romeo | 1750 | AR1538 380 |
|  | Ford Cortina | Bertied Boat and Trailer | TBD |
| 1967 | Amphicar | 770 | 100372 |
| 1960 | Elkins | Mini Convertible Project | TBD |
| 1945 | Willys | M5 | 415039 |
| 1958 | Scarab | E | AZXX1159 |
|  | Formula Lyons | Race car | TBD |
|  | Whitley | Bocar Mk III "Pace Bar" | W-A233 995-02 or 21172 |
| 1996 | Jaguar | Mark 2 3.8 | 234658X7 |
| 2014 | Toyota | Chevy NASCAR | TBD |
| 2012 | Chevrolet | Dupole NASCAR Tolo Products, Jr. | 88-347 |
| 1971 | Datsun | 240Z | TBD |
| 1949 | Jo | GMc:GL-Series 1 | 84022 |
| 1979 | Fiat | 500 L | 119729215 |
| 1980 | Subaru | 360 | K111A467 |
| 1965 | Austin | Mini Moke | AAISLM1453 |
| 1958 | Ford | Anglia Saloon | FDXD966 |
| 1930 | Ford | Model A Open Cab Pickup | Engine A3360129 |

30070021.5

| 1950 | Cooper-Monaco | TBD | CM159 |
|---|---|---|---|
| 1948 | Land Rover | Series 2A Pickup | 23107803B |
| 1954 | Jeep | CJ7 Renegade | 1CCCW87J7T5467269 |
| 1963 | Giulia | GR | 225 |
| 1952 | Chevrolet | 3100 Pickup | 21KPA1143 |
| 1950 | Motorcichrist | XK 175 | 1971449 (doesn't match) |
| 1940 | Bristol | Tourist Scooter | 0286537 |
| 1966 | Honda | 96S2 Coupe | AB28C000050 |
| 1949 | Danio | Crema Cannondale | 51376002 |
| 1972 | Alpha | A110 | 35205 |
| 1927 | Blatton | Flat Engine | 773244 |
| 1964 | Austin | Mini Camper Race Car | AA575467307GA |
| TBD | Alfa Romeo | Dino Race Car | TBD |
| 1947 | Mesch | Cisamo Sport Series T | L10AN2089 |
| 1982 | Triumph | TR4 Race Car | TBD |
| 1953 | Blatton | Henuel Convertible Bungalows | 70301613 |
| 1971 | Alfa Romeo | Montreal | AR1425491 |
| 1963 | Chablis | 2CV Saloon | XX369 |
| 1962 | Jaguar | E-Type Series 1 3.8 Litre Race Car | 875036 |
| 2008 | Jaguar | Super 8 | SAJWA0CC0T380720 |
| 2012 | Tula | 4WD | ST3XA1E23SFF272907 |
| 1978 | Toyota | FJ40 | FM417290S |
| 2006 | Pontiac | Solstice | 1G2MC35B9N6YTO6551 |
| 1979 | Land Rover | Fire Defender | SALDB12827A518640 |
| 2013 | Joy | Komplet | 1GCHWCGKKLS59410 |
| 1963 | Jaguar | Mark 2 3.3 Structure | P316443WW |
| 1947 | Honda | SG33 Convertible | AB21002019 |
| 1947 | Ferd | Cactus | BA3GAD9831 |
| 1971 | Fiat | 850 Special | 189GB1451153 |
| 1957 | Chevrolet | Convertible | VC371179362 |

3007603215

| Year | Make | Model | VIN |
|---|---|---|---|
| 1981 | XL39 | | ZFA800A068113756 |
| 1982 | Mazda | S-Thunder | 1A9KD3K5GC720MD6 |
| 1984 | Fischer | Whatever | SWT960039A |
| 1987 | Pontiac | Pinball | X255701111DZ9 |
| 1990 | Lotus | Elite Bass Cat | HB-320201 |
| 1989 | Lloyd | LS 600 Kombi Van "Pro Arc" | 612507 |

3007R021.5

## LIST OF MOTORCYCLES

| Year | Make | Model | VIN |
|---|---|---|---|
| 1983 | Vespa | Ace | 34603 |
| 2004 | Honda | Rune | 1HFSC53084A600150 |
| TBD | Harley-Davidson | Heritage Softail | TBD |
| TBD | Harley-Davidson | Road King with Sidecar | TBD |
| 2016 | Indian | Roadmaster | TBD |
| 2013 | Harley-Davidson | Road King | TBD |
| 2014 | Harley-Davidson | FLD | TBD |
| TBD | BMW | Motorcycle 1200 GS | TBD |
| TBD | Hercules | Wankel 2008 | TBD |
| TBD | Honda | Passport | DA04H0C8308905 |
| TBD | BMW | R60/2 | 1813929 |
| TBD | Vespa | GL150 | 70729 |
| TBD | Honda | 300 | TBD |
| TBD | Honda | 750 Four | TBD |
| 1950 | Indian | TBD | 350204 |
| TBD | Matchless | TBD | TBD |
| 1965 | Triumph | Bonneville | T120DU15443 |
| 1977 | Triumph | Silver Jubilee Bonneville | R11111111 |
| 1988 | Moto Guzzi | TBD | TBD |
| TBD | Lambretta | 150 | TBD |
| TBD | Vespa | Super Corsa | TBD |
| TBD | Vitoria | Avant | A55366 |
| TBD | Iton | Supersport | G6CC5504 |
| TBD | Atala | TBD | 514488 |
| TBD | Gilliam | TBD | GTT036I 1017 |
| 1957 | Maicoot | Motorcycle | TBD |
| 1957 | OCMA | "Devil" Motorcycle | TBD |

3007B021.5

| TBD | Royal Enfield | TBD | MESR5V222H5S9696 |
|---|---|---|---|
| 2013 | Kawasaki | TBD | KCALEBC11DDA11113 |
| 2014 | Indian | TBD | 56KDCVAA5E3311173 |
| 1999 | Harley-Davidson | FXW | 1IEDHR9T10XY87X34 |
| 2009 | Harley-Davidson | 1200 Sportster | 1IEDHCX11T9KA05910 |
| 2009 | Harley-Davidson | TBD | 1IEDHR4SY9YKN525 |
| 2018 | Triumph | T120 | SMTD04GBLXT847200 |

3007802LS

## LIST OF TRUCKS, TRAILERS, & EQUIPMENT

| Year | Make | Model | VIN |
|---|---|---|---|
| TBD | TBD | 22-Ft. Ramp-Less Open Trailer | N/A |
| TBD | Bravo | 16-Ft. Enclosed Trailer | N/A |
| TBD | Argo | Frontier 650 6x6 ATV | N/A |
| TBD | Hercules | 1/2-Ton Platform Utility Truck | N/A |
| TBD | John Deere | E260 Lawn Tractor | 1LVE260ETCGH80254 |
| TBD | John Deere | 35G Mini Excavator | 1FF035GXTTHE281699 |
| TBD | PJ Trailers | 40-Ft. Flatbed Trailer | N/A |
| TBD | Borva | 32-Ft. Tag-Along Trailer | N/A |
| TBD | United | 28-Ft. Enclosed Trailer | N/A |
| 2016 | Ford | F350 Pickup | 1FT8W3DT2GEC09517 |
| 2017 | Freightliner | Four-Door Truck | 1FVACYDU8HHY37252 |
| TBD | TBD | Classic Stack Trailer | N/A |
| TBD | R&R Welding | 53 Transport Trailer | N/A |
| TBD | Sky Jack | Scissor Lift | N/A |
| TBD | Toyota | Fork Lift | N/A |

300780215

## LIST OF NOSTALGIA & PEDAL CARS

| Year | Make | Model | VIN |
|---|---|---|---|
| TBD | Austin | Mini Children's Car | N/A |
| TBD | Austin | Pedal Car | N/A |
| TBD | Austin | Pedal Car | N/A |
| TBD | Bugatti | Type 35 Children Car | N/A |
| TBD | Chevrolet | Corvette Kiddies | N/A |
| 1950s | Citroh | Pedal Car | N/A |
| 1950s | Ferrari | Pedal Car | N/A |
| TBD | Ferrari | 250 Buglte on Stand | 2205 03114 |
| TBD | Harley-Davidson | Bicycle | N/A |
| 1960 | Harrahs | Cart Mower | 12196 |
| TBD | Hudson | Original Neon Sign | N/A |
| TBD | Jaguar | XK 120 Gas-Powered Children's Car | N/A |
| TBD | Mercury | Maserati Electric Children's Car | N/A |
| TBD | Morgan | 3-Wheeler Electric Children's Car | N/A |
| TBD | Pegasus | Neon Sign | N/A |
| 1950s | Studebaker | Pedal Car | N/A |
| TBD | Studebaker | Vertical Neon Sign | N/A |

30078021.5