**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| NAJEEB AHMED KHAN, ) | Case No: 19-04258-swd |
| ) | |
| Debtor. ) | Chapter 11 – Filed 10/08/19 |
| ) | |
| ) | Honorable Scott W. Dales |
| _____ ) | |

## INITIAL OPERATING REPORT FOR NAJEEB KHAN, DEBTOR

Najeeb Khan, Debtor, files this Initial Operating Report pursuant to the obligations he had as Debtor-in-Possession, during the month of October, 2019. Those duties terminated when the Trustee was appointed.

During the month of October (the Petition was filed on October 8, 2019) through October 31, 2019, no funds were expended by Najeeb Khan as Debtor-in-Possession. All that occurred, with respect to money or other assets, was the opening of a Debtor-in-Possession account and the deposit of $468.54 in the Debtor-in-Possession account. As of October 31, 2019 (and as of the date of the appointment of the Chapter 11 Trustee in this case) such funds remained in the Debtor-in-Possession account.

Najeeb Khan is filing truncated reports due to the nature of his involvement as Debtor-in-Possession. The filing of balance sheets, income statements and the like make little or no sense in this case. All that Najeeb Khan did, as Debtor-in-Possession, was create the DIP account and fund it with monies that were readily available.

Respectfully submitted,

WARDROP & WARDROP, P.C.,
Attorneys for Najeeb Khan

Dated:  December 19, 2019          By: _____
              Robert F. Wardrop II (P31639)
              Denise D. Twinney (P40735)
           Business Address:
             300 Ottawa Avenue, NW, Suite 150
             Grand Rapids, MI  49503
             (616) 459-1225

534301121919.Operating Report

FORM B

## DISCLOSURE OF COMPENSATION OF
## PRINCIPAL, OFFICER, DIRECTOR OR INSIDER

Name: _Najeeb Khan_    Capacity:    **X** Principal
    ___ Officer
    ___ Director
    ___ Insider

Detailed Description of Duties: _None_

**Current Compensation Paid:**   Weekly   or   Monthly
    X    X

**Current Benefits Received:**
    Weekly   or   Monthly

- Health Insurance
- Life Insurance
- Retirement
- Company Vehicle
- Entertainment
- Travel
- Other Benefits

**CURRENT TOTAL:**   Weekly   or   Monthly
    X    X

$_____

**Prior Annual Salary Total:**

Dated: _December 20, 2019_

Principal, Officer, Director, Insider
Najeeb Khan

(Revised 6/92)

FORM 1 (6/92)

# TRANSMITTAL OF FINANCIAL REPORTS AND CERTIFICATION OF COMPLIANCE WITH OPERATING REQUIREMENTS FOR
## THE PERIOD ENDED: October 31, 20 19

In re:  

Najeeb Khan  
Debtor

CASE NO: 19-04258  
Chapter 11  
Judge: Scott W. Dales

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

    ___ Operating Statement         (Form 2)  
    ___ Balance Sheet               (Form 3)  
    ___ Summary of Operations       (Form 4)  
    ___ Monthly Cash Statement      (Form 5)  
    ___ Statement of Compensation   (Form 6)  

    and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance as described in Section 4 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases **IS**/IS NOT in effect; and, (if not, attach written explanation).

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases ARE/ARE NOT current. (if not, attach written explanation). N/A

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. Explain on separate sheet, if not true.

I hereby certify, under penalty of perjury, that the information provided herein is true and correct to the best of my information and belief.

Dated: December 30, 2019

Debtor in Possession  Najeeb Khan

Title: Self      Phone: 574-536-6645

FORM 2 (6/92)

## OPERATING STATEMENT (P&L)
### (Accrual Basis)

Debtor: **Najeeb Khan**  Case No: **19-04258**

Month Ending: **October 31, 2019**

|  | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | 0 | 0 |
| Cost of Sales | 0 | 0 |
| Gross Profit | $ 0 | $ 0 |

### EXPENSES

| | Current Month | Total Since Filing |
|---|---|---|
| Compensation of Officers | | |
| Employee Salaries | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent & Lease Expenses | | |
| Interest Expense | | |
| Insurance | | |
| Auto & Truck Expenses | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel & Entertainment | | |
| Repairs & Maintenance | | |
| Advertising | | |
| Supplies, office expenses, etc. | | |
| Other: Specify | | |
| Other: Specify | | |
| **TOTAL EXPENSES:** | 0 | 0 |
| **NET OPERATING PROFIT/(LOSS)** | $ 0 | $ 0 |

Add:  Non-Operating Income:
          Interest Income
          Other Income
Less: Non-Operating Expenses:
          Professional Fees
          Other

**NET INCOME/(LOSS)**    $ 0    $ 0

FORM 3 (6/92)

## BALANCE SHEET

Debtor: Najeeb Khan         Case No: 19-04258
Month Ending: October 31, 2019

| ASSETS: | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | 468.54 | | 468.54 |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables: | | | |
| Land & Buildings: | | | |
| Furn., Fixtures & Equip: | | | |
| Accumulated Depreciation: | -( ) | -( ) | -( ) |
| Other: | | | |
| | | | 468.54 |
| **TOTAL ASSETS:** | 468.54 | | 468.54 |

**LIABILITIES:**

| | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Postpetition Liabilities: | | | |
| Accounts Payable: | | | |
| Wages & Salaries: | | | |
| Taxes Payable: | | | |
| Other: _____ | | | |
| **TOTAL Postpetition Liabilities:** | ......... | | |
| Secured Liabilities: | | | |
| Subject to Postpetition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liab. | | | |
| **TOTAL Secured Liabilities:** | ......... | | |
| Prepetition Liabilities: | | | |
| Taxes & Other Priority Liabs. | | | |
| Unsecured Liabilities: | | | |
| Other:_____ | | | |
| **TOTAL Prepetition Liabilities:** | ......... | | |
| Equity: | | | |
| Owners' Capital: | | | |
| Retained Earnings-Prepetition | | | |
| Retained Earnings-Postpetition | | | |
| **TOTAL Equity:** | | | |

TOTAL LIABILITIES
AND EQUITY:                                              $468.54

FORM 5 (6/92)

## MONTHLY CASH STATEMENT

Debtor: _Najeeb Khan_

Case No: _19-04258_

Statement for the period:

From: _10/8/19_ To: _10/31/19_

Cash Activity Analysis (Cash Basis Only):

|   |   | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. |
|---|---|---|---|---|---|
| A. | Beginning Balance: | 468.54 | | | |
| B. | Receipts, Attach separate schedule: | | | | |
| C. | Balance Available (A + B): | | | | |
| D. | Less Disbursements Attach separate schedule | | | | |
| E. | ENDING BALANCE (C-D). | 468.54 | | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**
1. Depository Name & Add.  _Fifth Third Bank_
2. Account Number  _7929699010_

**Payroll Account:**
1. Depository Name & Add.  _____
2. Account Number  _____

**Tax Account:**
1. Depository Name & Add.  _____
2. Account Number  _____

Other monies on hand (specify type and location) (i.e., CD's, petty cash, etc.): _N/A_

Date: _December 20, 2019_

Debtor in Possession
_Najeeb Khan_

FORM 6 (6/92)

## MONTHLY STATEMENT OF COMPENSATION

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. <u>Attach additional pages if necessary.</u>

Name: _Najeeb Khan_   Capacity:  _X_ Principal
　　　　　　　　　　　　　　　　　　　___ Officer
　　　　　　　　　　　　　　　　　　　___ Director
　　　　　　　　　　　　　　　　　　　___ Insider

Detailed Description of Duties: _N/A_

**Current Compensation Paid:**　　　　　　Weekly　　or　　Monthly
　　　　　　　　　　　　　　　　　　　_0.00_

**Current Benefits Received:**　　　　　　Weekly　　or　　Monthly

　　Health Insurance
　　Life Insurance
　　Retirement
　　Company Vehicle
　　Entertainment
　　Travel
　　Other Benefits

**CURRENT TOTAL:**　　　　　　　　　　Weekly　　or　　Monthly
　　　　　　　　　　　　　　　　　　　_0.00_

Dated: _December 20, 2019_　　　　　　　　／s／ _Najeeb Khan_
　　　　　　　　　　　　　　　　　　　Principal, Officer, Director, Insider
　　　　　　　　　　　　　　　　　　　Najeeb Khan

TRANSMITTAL OF QUARTERLY      FORM 8 (9/97)

POST CONFIRMATION REPORT WITH CERTIFICATION
FOR THE QUARTER ENDED: _____

In re: Najeeb Ahmed Khan

Case No. 19-04258

Chapter 11

Judge Scott W. Dales

Debtor(s)

Debtor, affirms that:

1. The attached *Chapter 11 Post Confirmation Report* for the quarter ended October 31, 2019, which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed Under the Plan, and the Summary of Status on Consummation of Plan has been reviewed and the report as prepared fairly and accurately reflects the debtor's complete disbursement/distribution activity and status for the period stated.

2. The individual responsible for preparing the attached report was **Najeeb Khan** whose title is **Debtor**. Any questions regarding the attached report should be directed to **Robert Wardrop** at telephone number (616) 459-1225.

3. The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan except as listed below *(Attach additional documentation if necessary)*: _____

4. The undersigned is authorized to file this report on behalf of the debtor.

It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.

Dated: December 20, 2019

Debtor
By: _____
Signature

Robert F. Wardrop II
Typed or printed name

Attorney
Title