**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>NAJEEB AHMED KHAN,<br><div align="right">Debtor.</div> | Chapter 11<br>Case No. 19-04258 (SWD) |

**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR AUTHORITY TO SELL**
**(I) 2010 SUNSEEKER MANHATTAN 60 YACHT, AND (II) 2018 WILLIAMS JET**
**TENDERS 385s TURBOJET, FREE AND CLEAR OF ALL LIENS, INTERESTS AND**
**ENCUMBRANCES WITH LIENS, INTERESTS AND ENCUMBRANCES ATTACHING**
**TO THE PROCEEDS OF SALE, PURSUANT TO 11 U.S.C. § 363(b) AND § 363(f)**

**PLEASE TAKE NOTICE** that on December 30, 2019 the Chapter 11 Trustee filed the *Chapter 11 Trustee's Motion for Authority to Sell (I) 2010 Sunseeker Manhattan 60 Yacht, and (II) 2018 Williams Jet Tenders 385s TurboJet, Free and Clear of All Liens, Interests and Encumbrances with Liens, Interests and Encumbrances Attaching to the Proceeds of Sale, Pursuant to 11 U.S.C. § 363(b) and § 363(f)* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, U.S. Bankruptcy Court for the Western District of Michigan, 1 Division Ave. N, Room 200, Grand Rapids, MI 49503, so as to be received on or before **January 20, 2020 at 4:00 p.m. (*prevailing* Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Chapter 11 Trustee, Mark T. Iammartino, Development Specialists Inc., 10 S. LaSalle Street, Suite 3300, Chicago, IL 60603, email: miammartino@dsiconsulting.com and (ii) counsel to the Chapter 11 Trustee, Neal, Gerber & Eisenberg LLP, Two N. LaSalle Street, Suite 1700, Chicago, IL 60602 (Attn: Nicholas M. Miller), email: nmiller@nge.com.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedures, a hearing will be held on **January 23, 2020 at 11:00 a.m. (*prevailing* Eastern Time)** before the Honorable Scott W. Dales, United States Bankruptcy Judge for the Western District of Michigan, U.S. Courthouse & Federal Building, 410 West Michigan,

Room 114, Kalamazoo, MI 49007. Only objections made in writing and timely filed will be considered by the bankruptcy court at such hearing.

Dated: December 30, 2019

Respectfully submitted,

**MARK IAMMARTINO, Chapter 11 Trustee**

*/s/ Nicholas M. Miller*
Nicholas M. Miller
Thomas C. Wolford
**NEAL, GERBER & EISENBERG LLP**
Two N. LaSalle Street, Suite 1700
Chicago, IL 60602
Telephone: (312) 269-8000
Facsimile:  (312) 269-1747
nmiller@nge.com
twolford@nge.com

- and -

Rachel L. Hillegonds
**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI  49503
Telephone:  (616) 831-1711
Facsimile:  (616) 831-1701
hillegondsr@millerjohnson.com

## CERTIFICATE OF SERVICE

Nicholas M. Miller hereby certifies that on December 30, 2019, he caused a true and correct copy of the ***Chapter 11 Trustee's Motion for Authority to Sell (I) 2010 Sunseeker Manhattan 60 Yacht, and (II) 2018 Williams Jet Tenders 385s TurboJet, Free and Clear of All Liens, Interests and Encumbrances with Liens, Interests and Encumbrances Attaching to the Proceeds of Sale, Pursuant to 11 U.S.C. § 363(b) and § 363(f)*** to be filed electronically with the Clerk of the court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed on the electronic filing receipt.  Parties may access this filing through the Court's system.

Additionally, on December 30, 2019, I caused the parties listed below and on the attached creditor matrix printed from the Court's website on December 30, 2019 to be served a copy of the foregoing via U.S. First Class Mail:

| | |
|---|---|
| Najeeb Ahmed Khan<br>PO Box 360<br>Granger, IN 46530 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency<br>PO Box 330500, Stop 15<br>Detroit, MI 48226 | Michigan Secretary of State<br>Michigan Secretary of State Building<br>Lansing, MI 48917 |
| Michigan Department of Treasury<br>Lansing, MI 48922 | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| Jefferson Beach Yacht Sales<br>Attn: Jim Stefano<br>24400 Jefferson<br>St. Clair Shores, MI 48080 | |

/s/ Nicholas M. Miller
Nicholas M. Miller (Admitted *pro hac vice*)
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street – Suite 1700
Chicago, Illinois  60602-3801
(312) 269-8000
nmiller@nge.com

30074081.5

Label Matrix for local noticing
0646-1
Case 19-04258-swd
Western District of Michigan
Grand Rapids
Mon Dec 30 13:58:41 EST 2019

1st Source Bank
100 N. Michigan Street
Suite 800
South Bend IN 46601-1630

5 Star Ventures, LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

A/ccelerated Services, LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

ACCELERATED SERVICE LLC
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

AEGEAN ESTIATORIO INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

AIRSUPPLY TOOLS, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

Abonmarche Consultants, Inc.
c/o Brandon J. Wilson, Esq.
450 West Fourth Street
Royal Oak MI 48067-2557

Advantage Building Services LLC
c/o Laderer & Fischer PC
525 E. Colfax Ave., Unit # 101
South Bend, IN 46617-2800

Aegean Estiatorio Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Aegean Restaurant Group
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

After-School All-Stars
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Airsupply Tools, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

John C. Allerding
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1217

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Andrew B. Jones
Jones Law Office LLC
205 W. Jefferson Blvd, Ste. 200
South Bend, IN 46601-1810

Charles N. Ash Jr.
Warner Norcross & Judd LLP
110 Lyon Street NW
900 Fifth Third Center
Grand Rapids, MI 49503

Jeffrey R Barber
Jones Walker LLP
190 E Capitol St Ste 800
Jackson, MS 39201-2155

William J. Barrett
Barack Ferrazzano Kirschbaum Nagelberg
200 West Madison St
Suite 3900
Chicago, IL 60606-3465

Beach Front Mann Realty and Management, Inc.
11023 S. Ocean Drive
Jensen Beach, FL 34957-2612

Beadle Smith, PLC
Attn:  Kevin Smith
445 S. Livernois Rd.
Rochester Hills, MI 48307-2577

Berkshire Bank
c/o Hahn, Loeser & Parks
2800 BP Tower
200 Public Square
Cleveland OH 44114-2316

Blue Byte Technology Solutions
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Botkin and Hall LLP
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Burns Healthcare Enterprises Inc. dba Always
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Burns Rent-Alls Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Mark R. Butscha Jr.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1217

C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD., STE. 200
SOUTH BEND, IN 46601-1810

CASS COUNTY TREASURER
120 N BROADWAY
CASSOPOLIS MI 49031-1370

CHARITY A OLSON
OLSON LAW GROUP
PO BOX 64
HARTLAND MI 48353-0064

John C. Cannizzaro
Ice Miller LLP
Arena District 250 West Street
Suite 700
Columbus, OH 43215-7509

Cavinder Mechanical, Inc.
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Center for the Homeless, Inc.
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Century Bank and Trust
Attn: Rebecca Crabill
100 W. Chicago St.
P.O. Box 7068
Coldwater, MI 49036-2400

Chelsea S. Rice, Esq.
Northern District of Ohio
Office of the U.S. Attorneys
801 West Superior Ave, Ste 400
Cleveland OH 44113-1852

Matthew W. Cheney
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

Chester Community Fund Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Chester County Fund Inc.
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Christopher Kip Schwartz
Kaufman & Company - DC
1010 Wisconsin Avenue, NW
Ste 540
Washington DC 20007-3788

Chuck Tiebout
c/o Andrew Todd Kight
One Indiana Square, Ste 1600
Indianapolis IN 46204-2005

Classic Stereo
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Coastal Plains Community Cntr
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Cool Stream RV Ducting Inc.
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Corndance Tavern
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Craftech Building Systems Incorporated
c/o Laderer & Fischer PC
525 E. Colfax Ave., Unit #101
South Bend, IN 46617-2800

DANNER ENTERPRISES, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

DAWA Enterprises, Inc.
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

DESERT HIGHLANDS ASSOCIATION
MEMBERSHIP RECEIVABLES
10040 E HAPPY VALLEY RD
SCOTTSDALE AZ 85255-2395

DIOCESE CREDITORS
C/O MARK A MI
JONES WALKER LLP 49TH FLLOR
201 ST CHARLES AVENUE
NEW ORLEANS LA  70170-5100

Daniel Wikel
c/o Andrew Todd Kight
One Indiana Square, Ste 1600
Indianapolis IN 46204-2005

Danner Enterprises, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Louis T. DeLucia
Ice Miller LLP
1500 Broadway
Suite 2900
New York, NY 10036-4183

Frank DeSantis
127 Public Square
3900 Key Center
Cleveland, OH 44114

Delta Management Resources, LLC
211 W. Exchange Street #313
Spring Lake, MI   49456-5013

Department of Treasury-Internal Revenue Serv
PO Box 7346
Philadelphia PA 19101-7346

Diocese of Charleston
901 Orange Grove Road
Charleston, SC 29407-3732

Diocese of Charlotte
1123 South Church Street
Charlotte, NC 28203-4003

Diocese of Palm Beach
110 Merrick Way Suite 3-B
Coral Gable, FL 33134-5236

Diocese of Raleigh
7200 Stonehenge Drive
Raleigh, NC 27613-1620

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dscription
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

E T & T ENTERPRISES
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD., STE. 200
SOUTH BEND, IN 46601-1810

ESTIA TAVERNA INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

ET&T Enterprises, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Edward M King
Frost Brown Todd LLC
400 West Market Street
32nd Floor
Louisville KY 40202-3359

Eric Seigel
Tuesley Hall Konopa LLP
212 East LaSalle Avenue
Ste 100
South Bend IN 46617-2739

Estia Taverna Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Evil Czech Brewery and Public House
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

FPL
General Mail Facility
Miami FL 33188-0001

Alyson M Fiedler
Ice Miller LLP
1500 Broadway
Suite 2900
New York, NY 10036-4183

Firstronic LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Foothills Family Enterprises LLC
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Franklin Bay LLC
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Franz Nursery Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Frontier Communications
PO Box 5157
Tampa FL 33675-5157

GRASS GREEN, INC.
C/O JONES LAW OFFICE LLC
205 W. Jefferson Boulevard, Suite 200
South Bend, IN 46601-1810

Nathan S. Gimpel
Paul Hastings LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606-4608

Sean A. Gordon
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326-4274

Granger Pubs Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Granger Pubs Inc.
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Green Grass, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Stephen B. Grow
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street
Grand Rapids, MI 49503-2495

HENRY J HILOW
HILOW & SPELLACY LLC
#1300 THE ROCKEFELLER BUILDING
614 W SUPERIOR AVENUE
CLEVELAND OH 44113-1338

HSA Bank
P.O. Box 939
Sheboygan WI 53082-0939

Hammerschmidt Amaral & Jonas
137 N Michigan St
South Bend IN 46601-1603

Henry Hilow, Esq.
Hilow & Spellacy Co., LLC
The Rockefeller Building
614 West Superior Ave Ste 1300
Cleveland OH 44113-1338

Rachel L. Hillegonds
Miller Johnson
45 Ottawa Avenue, SW, Suite 1100
PO Box 306
Grand Rapids, MI 49501-0306

Jeffrey A Hokanson
Ice MIller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

Holland Metal Fab, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Home Guard Industries, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Home Guard Industries, Inc.
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Hoosier Molded Products, Inc.
c/o Wolf Legal Solutions, LLC
525 East Colfax, Unit 101
South Bend, IN 46617-2800

INDIANA DEPT OF REVENUE
RE: INDIVIDUAL INCOME TAX
PO BOX 40
INDIANAPOLIS IN  46206-0040

INTERLOGIC OUTSOURCING INC
C/O ANDREW T KIGHT
JACOBSON HILE KIGHT LLC
ONE INDIANA SQUARE #1600
INDIANAPOLIS IN 46204-2005

IOI PAYROLL SERVICES INC
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE STE 1600
INDIANAPOLIS IN 46204-2005

IOI WEST INC
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE  STE 1600
INDIANAPOLIS IN 46204-2005

Mark T. Iammartino
Development Specialists Inc.
10 S. LaSalle Street
Suite 3300
Chicago, IL 60603-1026

Iechyd DA Brewing Company LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Indiana Attorney General
Indiana Government Center S
302 W Washington St, 5th Floor
Indianapolis IN 46204-4701

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Michigan Power
PO Box 24401
Canton OH 44701-4401

Indiana Michigan Power
PO Box 371496
Pittsburgh PA 15250-7496

Inovateus Solar, LLC
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Interlogic Intersourcing, Inc.
1710 Leer Drive
Elkhart IN 46514-5446

Interlogic Outsourcing, Inc.
1710 Leer Drive
Elkhart IN 46514-5446

Interlogic Outsourcing, Inc.
c/o Andrew Todd Kight
One Indiana Square, Ste 1600
Indianapolis IN 46204-2005

Interlogic Outsourcing, Inc.
c/o LaDue Curran Kuehn
Suite 300
100 E. Wayne Street
South Bend IN 46601-2352

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia PA 19101-7346

JARPOLE ENTERPRISES LLC
C/O JONES LAW OFFICE LLC
205 W. Jefferson Blvd., Ste 200
SOUTH BEND, IN 46601-1810

JPMCB Card
PO Box 15369 Wilmington
Wilmington DE 19850-5369

JPMorgan Chase Bank, N.A.
c/o Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland OH 44113-1445

Jacobson Hile Kight LLC
The Elliot House
108 E. 9th Street
Indianapolis IN 46202-3302

Jacobson Hile, LLC
Michael W Hile
One Indiana Square
Ste 1600
Indianapolis IN 46204-2005

Jarpole Enterprises, LLC
dba Fort Wayne Recovery
c/o Andrew Beare Jones
205 W Jefferson Blvd Ste 200
South Bend IN 46601-1810

Jeffrey A Hokanson (RD)
Ice Miller LLP
One American Square
Suite 2900
Indianapolis IN 46282-0019

Jesse M. Barrett
SouthBank Legal
100 E. Wayne Street
Suite 300
South Bend IN 46601-2352

R. William Jonas Jr.
Hammerschmidt, Amaral & Jonas
137 N. Michigan Street
South Bend, IN 46601-1603

Jones Law Office LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Jones Walker LLP
201 St. Charles Ave.
Ste. 5100
New Orleans, LA 70170-5101

K-Z, Inc.
601 East Beardsley Ave
Elkhart, IN 46514-3305

KADA Corporation
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093


KEYBANK NATIONAL ASSOCIATION
NELSON O'ROPKE
CLARK HILL PLC
500 WOODWARD AVENUE #3500
DETORIT MI 48226-3485

KRZ4BAMA LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Katherine M. Poldneff
Kaufman & Company
1001 Lakeside Avenue
Ste 1710
Cleveland OH 44114-1156


KeyBank
Cynthia M Filipovich
CLARK HILL PLC
500 Woodward Avenue #3500
Detroit MI 48226-3485

KeyBank National Association
201 N Illinois Street
Suite 1900
PO Box 44961
Indianapolis IN 46244-0961

KeyBank National Association
Mark R. Kleinhaut
66 South Pearl Street
Albany NY 12207-1532


Najeeb Ahmed Khan
PO Box 360
Granger, IN 46530-0360

(c)KHAN AVIATION, INC.
1814 LEER DR
ELKHART   IN  46514-5447

Kruggel, Lawton & Co., LLC
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093


LAKEVIEW HOLDINGS INC
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE  STE 1600
INDIANAPOLIS IN 46204-2005

LAMI PLAST, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

LASALLE HOSPITALITY GROUP, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810


LBE Management Corp.
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

LaSalle Hospitality Group, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Laderer & Fischer PC
525 E. Colfax Ave., Unit #101
South Bend, IN 46617-2800


Lake City Bank
P.O. Box 1387
Warsaw IN 46581-1387

Lami Plast, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Alan R Lepene
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1217


Lightning Productions LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Logistick, Inc.
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Gregory M. Luyt
Bowerman, Bowden, Ford, Clulo & Luyt PC
620-A Woodmere
Traverse City, MI 49686-3397


M and S Management Co, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

MAXJACK, INC.
C/O JONES LAW OFFICE LLC
305 W. JEFFERSON BLVD.,
SOUTH BEND, IN 46601-4660

MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRUPTCY
PO BOX 30168
LANSING, MI 48909-7668


MI Dept. of Attorney General
Cadillac Place, 10th Floor
3030 W. Grand Boulevard
Suite 10-200
Detroit MI 48202-6030

MJS Electrical Contractors Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

MKS2, LLC
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

MKSZ, LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Michael V. Maggio
Trial Attorney
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

Maricopa County Treasurer
PO Box 52133
Phoenix AZ 85072-2133

Maricopa County Treasurer
c/o Peter Muthig
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

Mark Hills
Varnum LLP
233 Washington Avenue
Suite 205
Grand Haven MI 49417-1374

Market Fresh Gourmet, Inc.
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Martin E. Seifert
Haller & Colvin
444 East Main Street
Fort Wayne IN 46802-1916

Matthew R. Kaczmarek
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Matthew T Nelson
Warner Norcross & Judd LLP
111 Lyon St NW
Ste 900
Grand Rapids MI 49503-2487

Maxjack, Inc.
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Daniel M. McDermott
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

McDowell Enterprises, Inc.
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

McMahon Tire Service, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Merlin Ventures, LLC
23443 Lakeview Dr
Edwardsburg MI 49112-8518

Metonic Corporation
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Michiana Home Services Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Michiana Home Services, Inc. dba Always Best
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Michigan Dept of Treasury
Bankruptcy - Claims Unit
PO Box 30168
Lansing MI 48909-7668

Michigan Dept. of Treasury
Tax Collection Enforcement
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

Michigan Dept. of Treasury
Office of Collections
PO Box 30199
Lansing MI 48909-7699

Michigan ESC
Unemployment Insurance Agency
11th Floor, Tax Office
3024 W. Grand Blvd.
Detroit MI 48202-6024

(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
ATTN BANKRUPTCY UNIT
3024 W GRAND BLVD
SUITE 12-100
DETROIT MI 48202-6024

Nicholas M. Miller
Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street
Suite 1700
Chicago, IL 60602-4000

Mark A. Mintz
Jones Walker LLP
201 St. Charles Ave.
49th Floor
New Orleans, LA 70170-5100

Matt Murphy
Paul Hastings LLP
71 South Wacker Drive
Chicago, IL 60606-4608

NANCY LEE KHAN
23451 LAKEVIEW DRIVE
EDWARDSBURG MI   49112-8518

Nancy Khan
23451 Lakeview Drive
Edwardsburg MI 49112-8518

Nancy L. Khan
c/o Stephen B. Grow Warner Norcross & Ju
1500 Warner Building 150 Ottawa Avenue N
Grand Rapids MI 49534-2444

National Supply
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

National Supply LLC
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Neo Manufacturing, LLC
Attn: Serena Corder
21900 US 12
Sturgis, MI 49091-9295

OMNI TECHNOLOGIES INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

Office of the U.S. Trustee
Nancy J Gargula
100 East Wayne Street
5th Floor
South Bend IN 46601-2394

Office of the U.S. Trustee
The Ledyard Bldg  2nd Floor
125 Ottawa Ave., NW, Ste 200R
Grand Rapids MI 49503-2865

Office of the US Trustee
The Ledyard Bldg, 2nd Fl
125 Ottawa NW, Ste 200R
Grand Rapids MI 49503-2865

Ohio Attorney General
30 E. Broad Street, 14th Floor
Columbus OH 43215-3414

Charity Anne Olson
Olson Law Group
P.O. Box 64
Hartland, MI 48353-0064

Omni Technologies Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Original Colanese Products
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Stanley F. Orszula
Barack Ferrazzano Kirschbaum & Nagelberg
200 W. Madison Street, Suite 3900
Chicago, IL 60606-3465

PARKSIDE PHARMACY, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

PERFORMANCE MACHINE TECHNOLOGIES, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

PETER THORNTON
DBA THORTON LANDSCAPING
C/O JONES LAW OFFICE LLC
205 W JEFFERSON BLVD  STE 200
SOUTH BEND IN 46601-1810

PETER THORNTON DBA THORNTON LANDSCAPING COMP
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

PIETRO'S COAL OVEN PIZZERIA, INC.
C/O JONES LAW OFFICE
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

PIETROS COAL OVEN PIZZERIA
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

PIETROS ITALIAN RESTAURANT
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

PIETROS WALNUT PIZZERIA
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

PNC Equipment Finance LLC
Luci Johnson Sr VP Aviation
4355 Emerald Street
Suite 100
Boise ID 83706-2053

PRECISION WALL SYSTEMS, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

Parkside Pharmacy Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Paul Hastings LLP
Nathan Gimpel
71 South Wacker Drive
Chicago IL 60606-4637

Paul McCormick
c/o Andrew Todd Kight
One Indiana Square, Ste 1600
Indianapolis IN 46204-2005

Paul Witek
c/o Andrew Todd Kight
One Indiana Square, Ste 1600
Indianapolis IN 46204-2005

Performance Machine Techn. Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Pietro's Coal Oven Pizzeria
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Pietro's Italian Restaurant
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Pietro's Walnut Pizzeria
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Polygon Company
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

W. Scott Porterfield
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison St Suite 3900
Chicago, IL 60606-3465

Postle Operating, LLC
601 East Beardsley Ave
Elkhart, IN 46514-3305

Precision Wall Systems, Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Quality Truck Parts
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Robert Radasevich
Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street
Suite 1700
Chicago, IL 60602-4000

Regency Island Dunes Association, Inc.
c/o Becker & Poliakoff, P.A.
1 E. Broward Blvd.
Suite 1700
Ft. Lauderdale, FL 33301-1862

Regency Island Dunes Association, Inc.
Becker & Poliakoff, P.A.
1 E. Broward Blvd, Suite 1700
Ft. Lauderdale, FL 33301-1862

Regency Island Dunes Condo I
c/o Capital Realty Advisors
600 Sandtree Drive
Suite 109
West Palm Beach FL 33403-1538

Richard A. Nussbaum
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Robert A. O'Brien
c/o Andrew Todd Kight
One Indiana Square, Ste 1600
Indianapolis IN 46204-2005

Robert P. Brothers
Attn: Rebecca Crabill
Century Bank and Trust
100 W. Chicago Street
Coldwater, MI 49036-2400

Robert P. Brothers
Neo Manufacturing, LLC
Attn: Serena Corder
21900 US 12
Sturgis, MI 49091-9295

Roman Catholic Church Archdiocese of New Orl
7887 Walmsley Avenue
New Orleans, LA 70125-3431

Anthony J. Rospert
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1217

Royce T Flora
Maricopa County Treasurer
301 W Jefferson St
Ste 100
Phoenix AZ 85003-2199

Emily S. Rucker
Warner Norcross & Judd LLP
1500 Warner Building
150 Ottawa Ave NW
Grand Rapids, MI 49503-2832

Nathan Q. Rugg
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison St Suite 3900
Chicago, IL 60606-3465

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604-2815

SHORELINE GROWERS, INC. DBA SAWYER NURSERY
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

SOUTHWEST GAS CORPORATION
2200 N CENTRAL
SUITE 101
PHOENIX AZ 85004-1419

SOUTHWEST GAS CORPORATION
PO BOX 98890
LAS VEGAS NV  89193-8890

STANDARDIZED FOOD SERVICE SYSTEMS, INC.
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

SUBWAY SYSTEMS LLC
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

SWM Math, LLC
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Schoberg & Schoberg Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Sean A Gordon
Thompson Hine LLP
Two Alliance Center
3650 Lenox Rd Ste 1600
Atlanta GA 30326-4266

Sean J. Quinn
LaDue, Curran & Kuehn LLC
100 E. Wayne Street
Suite 300
South Bend IN 46601-2352

Lucas H Self
Jones Walker LLP
201 St. Charles Ave.
Ste 5100
New Orleans, LA 70170-5101

Semco Energy Gas Company
PO Box 5004
Port Huron MI 48061-5004

Semco Energy Gas Company
Port Huron MI 48061-5004

Shoreline Growers, Inc.
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Daniel J. Skekloff
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802-1916

Robert H. Skilton
Warner Norcross & Judd, LLP
1500 Warner Building
150 Ottawa Ave. NW
Grand Rapids, MI 49503-2832

Matthew Smart
Paul Hastings LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606-4608

Kevin M. Smith
Beadle Smith PLC
445 South Livernois
Suite 305
Rochester Hills, MI 48307-2577

Ronald A. Spinner
Miller Canfield Paddock & Stone PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226-4415

Standardized Food
Service Systems, Inc.
c/o Andrew Beare Jones
205 W. Jefferson Blvd Ste 200
South Bend IN 46601-1810

Subway Systems, LLC
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Superior Tire, LLC
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Susan Jaffe Roberts
One Michiana Square, Ste 555
100 East Wayne Street
South Bend IN 46601-2349

Marc N. Swanson
Miller Canfield Paddock & Stone PLC
150 West Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415

Daniel R. Swetnam
Ice Miller LLP
Arena District 250 West Street
Suite 700
Columbus, OH 43215-7509

Synergid Inc. dba Paul Davis Restoration
c/o W. Randall Kammeyer, Esq.
116 East Berry Street
Lincoln Tower Suite 302
Fort Wayne, IN 46802-2487

THE COMMODORE CORPORATION
M BOARDLEY FINANCE DIRECTOR
PO BOX 577
GOSHEN IN 46527-0577

TIMEPLUS SYSTEMS INC
C/O ANDREW TODD KIGHT
ONE INDIANA SQUARE  STE 1600
INDIANAPOLIS IN 46204-2005

TNT Marine
1940 NE 135th St, North
Miami FL 33181-2127

Terry A. Shulsky
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant St., 20th Floor
Pittsburgh PA 15219-1410

The Commodore Corporation
PO Box 577
Goshen, IN 46527-0577

The Roundabouts Consultancy Ltd
River Common
Petworth
West Sussex, England
GU28 9BH

The Village: A Community Musical Arts Allian
Jones Law Office LLC
205 W. Jefferson Blvd., Ste. 200
South Bend, IN 46601-1810

Therm-O-Lite, LLC
210 South Michigan Street
Suite 500
South Bend, IN 46601-2093

Thompson Hine, LLP
Curtis Tuggle & David Thomas
127 Public Square
300 Key Center
Cleveland OH 44114

Timothy Daileader
c/o Andrew Todd Kight
One Indiana Square, Ste 1600
Indianapolis IN 46204-2005

Jason M. Torf
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606-3417

Curtis L. Tuggle
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1217

Denise D. Twinney
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, NW
Suite 150
Grand Rapids, MI 49503-2308

UNITED STATES TRUSTEE
THE LEDYARD BUILDING, 2ND FLOOR
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS, MI 49503-2837

UNIVERSAL CREDIT SERVICES INC
3582 AVON STREET
PO BOX 158
HARTLAND MI 48353-0158

US Attorney's Office
Western District of Michigan
Bankruptcy Section
PO Box 208
Grand Rapids MI 49501-0208

Universal Credit Services, Inc.
c/o Olson Law Group
P.O. Box 64
Hartland MI 48353-0064

Versatile Automation Tech Inc
c/o Andrew Beare Jones
205 W. Jefferson Boulevard
Suite 200
South Bend IN 46601-1810

Thomas J. Vitale
Smith Haughey Rice & Roegge
100 Monroe Center, NW
Grand Rapids, MI 49503-2802

Elisabeth M. Von Eitzen
Warner Norcross + Judd LLP
1500 Warner Building
150 Ottawa Avenue NW
Grand Rapids, MI 49503-2832

W Randall Kammeyer
116 East Berry Street
Lincoln Tower Suite 302
Fort Wayne, IN 46802-2487

WIKEL DAILEADER O'BRIEN
MCCORMICK TIEBOUT WITEK
& INTERLOGIC OUTSOURCING INC
1710 LEER DR
ELKHART IN 46514-5446

Robert F. Wardrop II
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W., Ste 150
Grand Rapids, MI 49503-2308

Wells Fargo Bank, N.A.
c/o Munger Tolles & Olson
27th Floor, 560 Mission Street
San Francisco CA 94105-2907

William J Beck
Delta Management Resources
PO Box 313
Spring Lake MI 49456-0313

Thomas Wolford
Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street
Suite 1700
Chicago, IL 60602-4000

Xfinity
PO Box 4928 Oak
Brook IL 60522-4928

Xfinity
PO Box 70219
Philadelphia PA 19176-0219

YENSID JR., LLC
C/O JONES LAW OFFICE LLC
205 W. JEFFERSON BLVD. STE 200
SOUTH BEND, IN 46601-1810

Yensid Jr, LLC dba
Active Health & Wellness Ctr
c/o Andrew Beare Jones
205 W. Jefferson Blvd, Ste 200
South Bend IN 46601-1810

aps
PO Box 2906
Phoenix AZ 85062-2906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 15316 Wilmington
Wilmington DE 19850

Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue
Indianapolis, IN 46204

Internal Revenue Service
3251 N. Evergreen Drive, NE
Insolvency Group 4, Stop 93
Grand Rapids MI 49525

Michigan Unemployment Insurance Agency
3024 West Grand Blvd.
Tax Office, Suite 12-300
Detroit, MI 48202

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Khan Aviation, Inc.
25235 Leer Drive
Elkhart IN 46514