**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE:<br><br>NAJEEB AHMED KHAN<br><br>Debtor. | Case No. 19-04258-swd<br><br>Chapter 11<br><br>Honorable Scott W. Dales |

**NOTICE OF LAKE CITY BANK'S MOTION TO EXTEND THE TIME**
**FOR IT TO OBJECT TO THE DISCHARGEABILITY OF ITS DEBTS**

**PLEASE TAKE NOTICE** that on January 21, 2020, Lake City Bank filed its *Motion to Extend the Time for It to Object to Dischargeability of its Debts* (the "Motion") [Docket No. 373] with the United States Bankruptcy Court for the Western District of Michigan (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, U.S. Bankruptcy Court for the Western District of Michigan, 1 Division Ave. N, Room 200, Grand Rapids, MI 49503, so as to be received on or before **February 10, 2020 at 4:00 p.m. (*prevailing* Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: Stanley F. Orszula, Barack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison Street, Suite 3900, Chicago, IL 60606.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedures, a subsequent notice will be sent to you of the date, time, and location of the hearing on the objection. Only objections made in writing and timely field will be considered by the Bankruptcy Court at such hearing.

1730202.v1

Dated:  January 21, 2020 	Respectfully submitted,

/s/      Stanley F. Orszula
Stanley F. Orszula (admitted *pro hac vice*)
W. Scott Porterfield (admitted *pro hac vice*)
Nathan Q. Rugg (admitted *pro hac vice*)
Carrie H. Sear (admitted *pro hac vice*)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
Email: stan.orszula@bfkn.com
Email: scott.porterfield@bfkn.com
Email: nathan.rugg@bfkn.com
Email: carrie.sear@bfkn.com

*Attorneys for Lake City Bank*

1730202.v1

**CERTIFICATE OF SERVICE**

Stanley F. Orszula hereby certifies that on January 21, 2020, he caused true and correct copies of (i) *Lake City Bank's Motion to Extend the Time for It to Object to the Dischargeability of its Debts; and (ii) Notice of Motion of Notice of Lake City Bank's Motion to Extend the Time for It to Object to the Dischargeability of its Debts* to be filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of these filings will be sent by operation of the Court's electronic filing system to all parties listed on the electronic filing receipts.

/s/     Stanley F. Orszula
Stanley F. Orszula (admitted *pro hac vice*)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
Email: stan.orszula@bfkn.com

1730202.v1