IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>NAJEEB AHMED KHAN,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-04258 (SWD) |

### REPORT OF SALE PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1)

Pursuant to Fed. R. Bankr. P. 6004(f)(1), Mark T. Iammartino, (the "Chapter 11 Trustee"), not individually but solely as Chapter 11 Trustee for the estate of Najeeb Khan (the "Debtor"), submits this *Rule 6004(f)(1) Sale Report* and states as follows:

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on October 8, 2019 (the "Petition Date").

2. Pursuant to the *Order Granting Motion for Authority to Sell Real Estate (8650 South Ocean Drive, #PH-1, Jensen Beach, Florida)* entered on December 15, 2019 [Docket No. 302], the Chapter 11 Trustee was granted authority to sell property commonly known as 8650 South Ocean Drive, #PH-1, Jensen Beach, Florida (the "Property").

3. The Property was sold through broker, Beach Front Mann Realty and Management, Inc. The Property was sold to Thomas Harrington for $815,000. Attached as **Exhibit A** is the closing statement.

[*Remainder of Page Intentionally Left Blank*]

30228013.1

Dated:    January 30, 2020              Respectfully submitted,

                                             **MARK IAMMARTINO, Chapter 11 Trustee**

                                             */s/ Nicholas M. Miller*
                                             Nicholas M. Miller
                                             Thomas C. Wolford
                                             **NEAL, GERBER & EISENBERG LLP**
                                             Two N. LaSalle Street, Suite 1700
                                             Chicago, IL 60602
                                             Telephone: (312) 269-8000
                                             Facsimile:  (312) 269-1747
                                             nmiller@nge.com
                                             twolford@nge.com

                                             - and -

                                             Rachel L. Hillegonds
                                             **MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
                                             45 Ottawa Ave. SW, Suite 1100
                                             Grand Rapids, MI  49503
                                             Telephone:  (616) 831-1711
                                             Facsimile:  (616) 831-1701
                                             hillegondsr@millerjohnson.com

# CERTIFICATE OF SERVICE

Nicholas M. Miller hereby certifies that on January 30, 2020, he caused a true and correct copy of the ***Report of Sale Pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1)*** to be filed electronically with the Clerk of the court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed on the electronic filing receipt. Parties may access this filing through the Court's system.

Additionally, on January 30, 2020, I caused the parties listed below to be served a copy of the foregoing via U.S. First Class Mail:

| | |
|---|---|
| Najeeb Ahmed Khan<br>732 S. 11th Street, #294<br>Niles, MI 49120 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency<br>PO Box 330500, Stop 15<br>Detroit, MI 48226 | Michigan Secretary of State<br>Michigan Secretary of State Building<br>Lansing, MI 48917 |
| Michigan Department of Treasury<br>Lansing, MI 48922 | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |

*/s/ Nicholas M. Miller*
Nicholas M. Miller (Admitted *pro hac vice*)
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street – Suite 1700
Chicago, Illinois 60602-3801
(312) 269-8000
nmiller@nge.com

30228013.1

# **EXHIBIT A**

30228013.1

# Buyer's and Seller's Combined Closing Statement
## Christopher J. Twohey, P.A.

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D. NAME OF BUYER: | Thomas Harrington |
| ADDRESS OF BUYER: | 8650 S. Ocean Dr. #PH-1, Jensen Beach, FL 34957 |
| E. NAME OF SELLER: | Najeeb Khan and Nancy Khan |
| ADDRESS OF SELLER: | 23451 Lakeview Dr., Edwardsburg, MI 49112 |
| F. NAME OF LENDER: | |
| ADDRESS OF LENDER: | |
| G. PROPERTY LOCATION: | 8650 S. Ocean Dr. #PH-1, Jensen Beach, FL 34957 |
| ID# 3534-501-0067-000/4 | |
| H. SETTLEMENT AGENT: | Christopher J. Twohey, P.A. |
| PH# (772) 221-8013 | 844 SE Ocean Blvd., Suite A, Stuart, FL 34994 |
| PLACE OF SETTLEMENT: | 844 SE Ocean Blvd., Suite A, Stuart, FL 34994 |
| I. SETTLEMENT DATE: | 12/30/2019    Disbursement Date:             Settlement Agent Tax ID#: 65-0414548 |

| SUMMARY OF BUYER'S TRANSACTION | | SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due from Buyer | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | 815,000.00 | 401. Contract sales price | 815,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (Line 1400) | 6,521.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes    12/30/2019 to 12/31/2019 | 78.86 | 407. County taxes    12/30/2019 to 12/31/2019 | 78.86 |
| 108. Assessments       to | | 408. Assessments       to | |
| 109. 4th qtr. condo dues  12/30/2019 to 12/31/2019 | 76.77 | 409. 4th qtr. condo dues  12/30/2019 to 12/31/2019 | 76.77 |
| 110.       to | | 410.       to | |
| 111.       to | | 411.       to | |
| 112.       to | | 412.       to | |
| 120. Gross Amount Due from Buyer | 821,677.13 | 420. Gross Amount Due To Seller | 815,155.63 |
| 200. Amounts Paid by or on Behalf of Buyer | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | 25,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loans(s) | | 502. Settlement charges to seller (line 1400) | 53,964.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Principal amount of seller financing | | 506. Principal amount of seller financing | |
| 207. | | 507. | |
| 208. | | 508. 2019 Real Estate taxes | 14,692.71 |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 209a. | | 509a. | |
| 209b. | | 509b. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes       to | | 511. County taxes       to | |
| 212. Assessments       to | | 512. Assessments       to | |
| 213.       to | | 513.       to | |
| 214.       to | | 514.       to | |
| 215.       to | | 515.       to | |
| 216.       to | | 516.       to | |
| 217.       to | | 517.       to | |
| 218.       to | | 518.       to | |
| 219.       to | | 519.       to | |
| 220. Total Amounts Paid by or on Behalf of Buyer | 25,000.00 | 520. Total Reductions in Amount Due Seller | 68,656.71 |
| 300. Cash at Settlement from/to Buyer | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from buyer (line 120) | 821,677.13 | 601. Gross amount due to seller (line 420) | 815,155.63 |
| 302. Less amounts paid by/for buyer (line 220) | 25,000.00 | 602. Less reductions in amount due seller (line 520) | 68,656.71 |
| 303. Cash [X] From [ ] To   Buyer | 796,677.13 | 603. Cash [X] To [ ] From  Seller | 746,498.92 |

844 SE Ocean Blvd.
Suite A
Stuart, FL 34994

## Buyer's and Seller's Combined Closing Statement

PAGE 2

| | | | | BUYER'S EXPENSES | SELLER'S EXPENSES |
|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COM. based on price 815,000.00 @ %= 43,900.00 | | | | |
| | Division of Commission (line 700) as follows: | | | | |
| 701. | 21,950.00 | to Beach Front Mann Realty | | | |
| 702. | 21,950.00 | to Beach Front Mann Realty | | | |
| 703. | Commission paid at Settlement | | | | 43,900.00 |
| 704. | | to | | | |
| 800. | **Items Payable in Connection With Loan** | | | | |
| 801. | Loan Origination Fee | % to | | | |
| 802. | Loan Discount | % to | | | |
| 803. | Appraisal Fee | to | | | |
| 804. | Credit Report | to | | | |
| 805. | Lender's Inspection Fee | to | | | |
| 806. | Mortgage Insurance Application Fee | to | | | |
| 807. | | to | | | |
| 808. | | to | | | |
| 809. | | to | | | |
| 810. | | to | | | |
| 811. | | to | | | |
| 812. | | to | | | |
| 813. | | to | | | |
| 814. | | to | | | |
| 815. | | to | | | |
| 900. | **Items Required By Lender To Be Paid In Advance** | | | | |
| 901. | Interest from 12/30/2019 to 1/1/2020 @ /day | | | | |
| 902. | Mortgage Insurance Premium for months to | | | | |
| 903. | Homeowner's Insurance for years to | | | | |
| 904. | | years to | | | |
| 905. | | years to | | | |
| 1000. | **Reserves Deposited With Lender** | | | | |
| 1001. | Hazard insurance | months@ | per month | | |
| 1002. | Mortgage insurance | months@ | per month | | |
| 1003. | City property taxes | months@ | per month | | |
| 1004. | County property taxes | months@ | per month | | |
| 1005. | Annual assessments | months@ | per month | | |
| 1006. | | months@ | per month | | |
| 1007. | | months@ | per month | | |
| 1008. | | months@ | per month | | |
| 1009. | | | | | |
| 1100. | **Title Charges** | | | | |
| 1101. | Settlement or closing fee | to Christopher J. Twohey, P.A. | | 395.00 | |
| 1102. | Abstract or title search | to Attorney's Title Fund Services, LLC | | 50.00 | |
| 1103. | Title examination | to | | | |
| 1104. | Title insurance binder | to | | | |
| 1105. | Document preparation | to | | | |
| 1106. | Notary fees | to | | | |
| 1107. | Attorney's fees | to | | | |
| | (includes above items numbers: | | | | |
| 1108. | Title insurance (Inc. ReIssue Credit $1 coverage by Old Republic National Title Insurance Company | | | 2,475.00 | |
| | (includes above items numbers: | | | | |
| 1109. | Seller's Title Insurance Policy Coverage Amount $ | | | | |
| 1110. | Owner's Title Insurance Policy Coverage Amount $ 815,000.00 | | | | |
| 1110a | Endorsements: | | | | |
| 1111. | | to | | | |
| 1112. | | to | | | |
| 1113. | | to | | | |
| 1200. | **Government Recording and Transfer Charges** St. Lucie County Clerk of Court | | | | |
| 1201. | Recording Fees: Deed $18.50; | | | 18.50 | |
| 1202. | City/county tax/stamps: | | | | |
| 1203. | State tax/stamps: Deed $5,705.00; | | | | 5,705.00 |
| 1204. | Record Non-Identity Aff. & CMA to St. Lucie County Clerk of Court | | | | 28.50 |
| 1205. | Record Certificate of Approval to St. Lucie County Clerk of Court | | | 10.00 | |
| 1300. | **Additional Settlement Charges** | | | | |
| 1301. | Survey | to | | | |
| 1302. | Pest Inspection | to | | | |
| 1303. | Roof Inspection | to | | | |
| 1304. | 4th qtr. condo dues | to Regency Island Dunes I | | | 3,598.00 |
| 1305. | 1st qtr. condo dues 2020 | to Regency Island Dunes I | | 3,573.00 | |
| 1306. | Attorney's Fees (Unit 1301 & 1303) | to Becker & Poliakoff | | | 732.50 |
| 1307. | | to | | | |
| 1308. | | to | | | |
| 1309. | | to | | | |
| 1400. | **Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | | 6,521.50 | 53,964.00 |

harrington

# Buyer and Seller Settlement Statement Signature Certification

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

_____         _____
Thomas Harrington                    Buyer         Najeeb Khan                         Seller

                                                  _____
                                                  Nancy Khan


Christopher J. Twohey, P.A.

_____         12/30/2019
Settlement Agent                                  Date

**File #:** harrington          **Loan #:** CASH          **Mortgage Ins. Case #:**

# Buyer and Seller Settlement Statement Signature Certification

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

_√ /s/ Thomas Harrington_  
Thomas Harrington                                    Buyer

_√ _____  
Najeeb Khan                                                Seller

_√ _____  
Nancy Khan

Christopher J. Twohey, P.A.

_/s/ _____  12/30/2019_  
Settlement Agent                                             Date

File #: harrington   Loan #: CASH   Mortgage Ins. Case #:

# Buyer and Seller Settlement Statement Signature Certification

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

| | |
|---|---|
| ✓ _____ | ✓ _____ |
| Thomas Harrington        Buyer | Najeeb Khan        Seller |
| | ✓ _____Nancy Khan_____ |
| | Nancy Khan |

Christopher J. Twohey, P.A.

_____
Settlement Agent

12/30/2019
Date

**File #:** harrington  
**Loan #:** CASH  
**Mortgage Ins. Case #:**

☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number<br>Christopher J. Twohey, P.A.<br>844 SE Ocean Blvd., Suite A, Stuart, FL 34994<br>(772) 221-8013 | 1 Date of closing<br>12/30/2019 | OMB No. 1545-0997<br>2019<br>Form 1099-S | Proceeds From Real Estate Transactions |
|---|---|---|---|
| | 2 Gross proceeds<br>$ 815,000.00 | | |
| FILER'S TIN<br>65-0414548 | TRANSFEROR'S TIN | 3 Address (including city, state, and ZIP code) or legal description<br>8650 S. Ocean Dr. #PH-1, Jensen Beach, FL 34957 | Copy B<br>For Transferor<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. |
| TRANSFEROR'S name<br>Najeeb Khan and Nancy Khan | | | |
| Street address (including apt. no.)<br>23451 Lakeview Dr. | | 4 Transferor received or will receive property or services as part of the consideration (if checked) ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Edwardsburg, MI 49112 | | 5 If checked, transferor is a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust) ☐ | |
| Account number (see instructions)<br>harrington | | 6 Buyer's part of real estate tax<br>$ 78.86 | |

Form **1099-S**     (keep for your records)     www.irs.gov/Form1099S     Department of the Treasury - Internal Revenue Service

**If you have questions call Christopher J. Twohey, Esq. @ (772) 221-8013**

### Instructions for Transferor

For sales or exchanges of certain real estate, the person responsible for closing a real estate transaction must report the real estate proceeds to the IRS and must furnish this statement to you. To determine if you have to report the sale or exchange of your main home on your tax return, see the Instructions for Schedule D (Form 1040). If the real estate was not your main home, report the transaction on Form 4797, Form 6252, and/or the Schedule D for the appropriate income tax form. If box 4 is checked and you received or will receive like-kind property, you must file Form 8824.

Federal mortgage subsidy. You may have to recapture (pay back) all or part of a federal mortgage subsidy if all the following apply.
• You received a loan provided from the proceeds of a qualified mortgage bond or you received a mortgage credit certificate.
• Your original mortgage loan was provided after 1990.
• You sold or disposed of your home at a gain during the first 9 years after you received the federal mortgage subsidy.
• Your income for the year you sold or disposed of your home was over a specified amount.
This will increase your tax. See Form 8828 and Pub. 523.

Transferor's taxpayer identification number (TIN). For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

Account number. May show an account or other unique number the filer assigned to distinguish your account.

Box 1. Shows the date of closing.

Box 2. Shows the gross proceeds from a real estate transaction, generally the sales price. Gross proceeds include cash and notes payable to you, notes assumed by the transferee (buyer), and any notes paid off at settlement. Box 2 does not include the value of other property or services you received or will receive. See *Box 4*.

Box 3. Shows the address or legal description of the property transferred.

Box 4. If marked, shows that you received or will receive services or property (other than cash or notes) as part of the consideration for the property transferred. The value of any services or property (other than cash or notes) is not included in box 2.

Box 5. If checked, shows that you are a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust).

Box 6. Shows certain real estate tax on a residence charged to the buyer at settlement. If you have already paid the real estate tax for the period that includes the sale date, subtract the amount in box 6 from the amount already paid to determine your deductible real estate tax. But if you have already deducted the real estate tax in a prior year, generally report this amount as income on the "Other Income" line of Schedule 1 (Form 1040). For more information, see Pub. 523, Pub. 525, and Pub. 530.

YOU ARE REQUIRED BY LAW to provide your correct taxpayer name and identification number for the transaction described above to:   Christopher J. Twohey, P.A.

If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

UNDER THE PENALTIES OF PERJURY, I certify that the above information, including my taxpayer identification number, is correct, and that I have received a copy of this statement.

_____     _____
Nancy Khan                                              Najeeb Khan

| | | |
|---|---|---|
| | ☐ CORRECTED (if checked) | |
| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number<br>Christopher J. Twohey, P.A.<br>844 SE Ocean Blvd., Suite A, Stuart, FL 34994<br>(772) 221-8013 | 1 Date of closing<br>12/30/2019 | OMB No. 1545-0997<br>2019<br>Form 1099-S | **Proceeds From Real Estate Transactions** |
| | 2 Gross proceeds<br>$ 815,000.00 | | |
| FILER'S TIN<br>65-0414548 | TRANSFEROR'S TIN | 3 Address (including city, state, and ZIP code) or legal description<br>8650 S. Ocean Dr. #PH-1, Jensen Beach, FL 34957 | **Copy B**<br>**For Transferor**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. |
| TRANSFEROR'S name<br>Najeeb Khan and Nancy Khan | | | |
| Street address (including apt. no.)<br>23451 Lakeview Dr. | 4 Transferor received or will receive property or services as part of the consideration (if checked) ☐ | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Edwardsburg, MI 49112 | 5 If checked, transferor is a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust) ☐ | | |
| Account number (see instructions)<br>harrington | 6 Buyer's part of real estate tax<br>$ 78.86 | | |

Form **1099-S**    (keep for your records)    www.irs.gov/Form1099S    Department of the Treasury - Internal Revenue Service

If you have questions call Christopher J. Twohey, Esq. @ (772) 221-8013

**Instructions for Transferor**

For sales or exchanges of certain real estate, the person responsible for closing a real estate transaction must report the real estate proceeds to the IRS and must furnish this statement to you. To determine if you have to report the sale or exchange of your main home on your tax return, see the Instructions for Schedule D (Form 1040). If the real estate was not your main home, report the transaction on Form 4797, Form 6252, and/or the Schedule D for the appropriate income tax form. If box 4 is checked and you received or will receive like-kind property, you must file Form 8824.

Federal mortgage subsidy. You may have to recapture (pay back) all or part of a federal mortgage subsidy if all the following apply.
• You received a loan provided from the proceeds of a qualified mortgage bond or you received a mortgage credit certificate.
• Your original mortgage loan was provided after 1990.
• You sold or disposed of your home at a gain during the first 9 years after you received the federal mortgage subsidy.
• Your income for the year you sold or disposed of your home was over a specified amount.
This will increase your tax. See Form 8828 and Pub. 523.

Transferor's taxpayer identification number (TIN). For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

Account number. May show an account or other unique number the filer assigned to distinguish your account.
Box 1. Shows the date of closing.
Box 2. Shows the gross proceeds from a real estate transaction, generally the sales price. Gross proceeds include cash and notes payable to you, notes assumed by the transferee (buyer), and any notes paid off at settlement. Box 2 does not include the value of other property or services you received or will receive. See Box 4.
Box 3. Shows the address or legal description of the property transferred.
Box 4. If marked, shows that you received or will receive services or property (other than cash or notes) as part of the consideration for the property transferred. The value of any services or property (other than cash or notes) is not included in box 2.
Box 5. If checked, shows that you are a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust).
Box 6. Shows certain real estate tax on a residence charged to the buyer at settlement. If you have already paid the real estate tax for the period that includes the sale date, subtract the amount in box 6 from the amount already paid to determine your deductible real estate tax. But if you have already deducted the real estate tax in a prior year, generally report this amount as income on the "Other Income" line of Schedule 1 (Form 1040). For more information, see Pub. 523, Pub. 525, and Pub. 530.

YOU ARE REQUIRED BY LAW to provide your correct taxpayer name and identification number for the transaction described above to:    Christopher J. Twohey, P.A.

If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

UNDER THE PENALTIES OF PERJURY, I certify that the above information, including my taxpayer identification number, is correct, and that I have received a copy of this statement.

_____    _____
Nancy Khan    Najeeb Khan

This Instrument prepared by and return to:
Christopher J. Twohey, P.A.
844 East Ocean Blvd. Ste. A
Stuart, Florida 34994
772-221-8013

# NON-IDENTITY AFFIDAVIT

STATE OF Michigan
COUNTY OF Berrien

BEFORE ME, a Notary Public duly authorized to administer oaths and take acknowledgement in the County and State aforesaid, personally came and appeared NAJEEB KHAN, hereinafter referred to as "Affiant," who being by me first duly sworn, deposes and states as follows:

1. That he is not one and the same person as that individual referenced in those certain Judgments recorded in O.R. Book 3491, Page 2012 and O.R. Book 3615, Page 2904, Public Records of St. Lucie County, Florida.

2. That this Affidavit is made for the purpose of inducing Old Republic National Title Insurance Company and Christopher J. Twohey, P.A., to rely upon said Affidavit to issue its policy of title insurance without making exceptions to the above for the following property:

    Unit No. 1301 (also known as PH-1), Building No. 1 of Regency Island Dunes, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 994, Page 870, and all exhibits and amendments thereof, Public Records of Saint Lucie County, Florida; together with an undivided share in the common elements appurtenant to such Unit and all other appurtenances to such Unit as set forth in the Declaration of Condominium.

Affiant further sayeth not.

_____
Najeeb Khan

SWORN TO AND SUBSCRIBED before me this 26 day of December 2019, by Najeeb Khan, who is personally known to me or who has produced Michigan D.L. as identification.

(Notary Seal)

_____
NOTARY PUBLIC
My Commission Expires:

JAMES M. LISTER
Notary Public - Michigan
Berrien County
My Commission Expires
April 26, 2024

Prepared by and return to:
Christopher J. Twohey, P.A.
844 East Ocean Boulevard, Suite A
Stuart, Florida 34994
772-221-8013

## CONTINUOUS MARRIAGE AFFIDAVIT

STATE OF Michigan
COUNTY OF Berrien

**BEFORE ME**, the undersigned authority, duly authorized to take acknowledgments and administer oaths, personally appeared the undersigned, who, after being by me first duly sworn, deposes and says that:

Najeeb Khan and Nancy Khan (Seller) is the owner of and is selling the below described property to Thomas Harrington (Buyer), to wit:

**Unit No. 1301 (also known as PH-1), Building No. 1 of Regency Island Dunes, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 994, Page 870, and all exhibits and amendments thereof, Public Records of Saint Lucie County, Florida; together with an undivided share in the common elements appurtenant to such Unit and all other appurtenances to such Unit as set forth in the Declaration of Condominium.**

Affiant states that Najeeb Khan and Nancy Khan were continuously married prior to the time they acquired title to the above referenced property on April 18, 2017, without interruption and they remain continuously married to each other up to the present time.

"Affiant", "Seller" and "Buyer" include singular and plural as context so requires or admits. This affidavit is made under the penalties of perjury.

Affiant further sayeth naught.

_____
Najeeb Khan

The foregoing instrument was acknowledged before me this 26 day of December, 2019, by Najeeb Khan, who is personally known to me or who has produced Michigan D.L. as identification.

_____
NOTARY PUBLIC
My Commission Expires:

(SEAL)

JAMES M. LISTER
Notary Public - Michigan
Berrien County
My Commission Expires
April 26, 2024

Continuous Marriage Affidavit
Page 2

_____ *Nancy Khan* (signature)
Nancy Khan

    The foregoing instrument was acknowledged before me this 26 day of DEC., 2019, by Nancy Khan, who is personally known to me or who has produced MI DRIVERS LIC as identification.

(SEAL)

_____ (notary signature)
NOTARY PUBLIC Cass County MICHIGAN
My Commission Expires: 01/09/2023

This Document Prepared By and Return to:
Christopher J. Twohey, PA
844 SE Ocean Blvd. Suite A
Stuart, Florida 34994

Parcel ID Number: 3534-501-0067-000/4

# Warranty Deed

**This Indenture,** Made this 30th day of December, 2019 A.D., Between
Najeeb Khan and Nancy Khan, husband and wife
of the County of Cass, State of Michigan, grantors, and
Thomas Harrington
whose address is: 8650 S. Ocean Dr. #PH-1, Jensen Beach, FL 34957
of the County of Saint Lucie, State of Florida, grantee.

**Witnesseth** that the GRANTORS, for and in consideration of the sum of
**TEN DOLLARS ($10)**
and other good and valuable consideration to GRANTORS in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs, successors and assigns forever, the following described land, situate, lying and being in the County of Saint Lucie, State of Florida to wit:

Unit No. 1301 (also known as PH-1), Building No. 1 of Regency Island Dunes, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 994, Page 870, and all exhibits and amendments thereof, Public Records of Saint Lucie County, Florida; together with an undivided share in the common elements appurtenant to such Unit and all other appurtenances to such Unit as set forth in the Declaration of Condominium.

SUBJECT TO:
1. Taxes for the year 2019, and all subsequent years;
2. Zoning restrictions, prohibitions and other requirements imposed by governmental authority;
3. Restrictions and matters appearing on the Plat or otherwise common to the subdivision; and
4. Public utility easements of record, if any.
5. Comprehensive land use plans, zoning, and other land use restrictions, prohibitions and requirements imposed by governmental authority;
6. Outstanding oil, gas and mineral rights of record without right of entry;

and the grantors do hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantors have hereunto set their hands and seals the day and year first above written.
**Signed, sealed and delivered in our presence:**

Printed Name: Ety Lockamy
Witness

Printed Name: Lauren Ludwig
Witness

_____ (Seal)
Najeeb Khan
P.O. Address: 23451 Lakeview Dr., Edwardsburg, MI 49112

State of Michigan
County of Berrien
The foregoing instrument was acknowledged before me this 26 day of December, 2019, by
Najeeb Khan, a married man
who is personally known to me or who has produced his **driver license** as identification.

Printed Name:
Notary Public
My Commission Expires:

JAMES M. LISTER
Notary Public - Michigan
Berrien County
My Commission Expires
April 26, 2024

harrington    Laser Generated by ODisplay Systems, Inc. 2019 (863) 763-5555 netForm FLWD-1

Warranty Deed
Page 2

Signed, sealed and delivered
In our presence:

_____
Witness
Print Name: _Cathy A. Obren_____

_____
Witness
Print Name: _MERYL A. CHRISTENSEN_

_____ (Seal)
Nancy Khan


**STATE OF** _MI_
**COUNTY OF** _CASS_

The foregoing instrument was acknowledged before me this _26_ day of _DECEMBER_ 2019, by Nancy Khan, a married woman, who is personally known to me or who has produced _MI DRIVERS LICENSE_ as identification.

_____
Printed Name: _MERYL A. CHRISTENSEN_
Notary Public _CASS COUNTY MICHIGAN_
My Commission Expires: _/ / 01 / 09 / 2023_

This Document Prepared By and Return to:
Christopher J. Twohey, PA
844 SE Ocean Blvd. Suite A
Stuart, Florida 34994

# Bill of Sale

**Know All Men By These Presents,** That this 30th day of December, 2019 A.D., That Najeeb Khan and Nancy Khan, husband and wife of the County of Cass, State of Michigan, first parties, and Thomas Harrington whose address is: 8650 S. Ocean Dr. #PH-1, Jensen Beach, FL 34957 of the County of Saint Lucie, State of Florida, second party.

**Witnesseth** that the FIRST PARTIES for and in consideration of the sum of TEN DOLLARS ($10) and other good and valuable consideration to FIRST PARTIES in hand paid by SECOND PARTY, the receipt whereof is hereby acknowledged, have granted, bargained, sold, transferred and delivered to the said SECOND PARTY and SECOND PARTY'S heirs, successors and assigns forever, the following goods and chattels:

As per Contract.

**To Have And To Hold** the same unto second parties, and second parties' heirs, personal representatives, successors and assigns forever.

**And** the first parties covenants with the second parties, and the second parties' heirs, personal representatives, successors and assigns that the first parties are the lawful owner of the said goods and chattels; that they are free from all encumbrances; that the first parties have good right to sell and transfer said property, goods and chattels; and that the first parties will warrant and defend the sale and transfer of the said property, goods and chattels hereby made to the second parties, and the second parties' heirs, personal representatives, successors and assigns, against the lawful claims and demands of all persons whomsoever. This covenant shall be binding upon the first parties and the first parties' heirs, personal representatives, successors and assigns.

**In Witness Whereof,** the first parties have hereunto set their hands and seals the day and year first above written.

**Signed, sealed and delivered in our presence:**

_____
Printed Name: Ty Lockamy
Witness

_____
Printed Name: Lauren Ludwig
Witness

_____(Seal)
Najeeb Khan
P.O. Address: 23451 Lakeview Dr., Edwardsburg, MI 49112

State of Michigan
County of Berrien

The foregoing instrument was acknowledged before me this 26 day of December, 2019, by Najeeb Khan, a married man who is personally known to me or who has produced his driver license as identification

_____
Printed Name:
Notary Public
My Commission Expires:

JAMES M. LISTER
Notary Public - Michigan
Berrien County
My Commission Expires
April 26, 2024

Bill of Sale
Page 2

Signed, sealed and delivered
In our presence:

_____
Witness
Print Name: Kathy A. Obren

_____
Witness
Print Name: MERYL A. CHRISTENSEN

_____(Seal)
Nancy Khan

**STATE OF** MI
**COUNTY OF** CASS

The foregoing instrument was acknowledged before me this 26 day of Dec., 2019, by Nancy Khan, a married woman, who is personally known to me or who has produced MI DRIVERS LICENSE as identification.

_____
Printed Name: MERYL A. CHRISTENSEN
Notary Public CASS COUNTY MICHIGAN
My Commission Expires: 01/09/2023