United States Bankruptcy Court
WESTERN DISTRICT OF MICHIGAN

CHAMBERS OF
SCOTT W. DALES
CHIEF JUDGE

TELEPHONE
616 - 456 - 2949

ONE DIVISION AVENUE NORTH
GRAND RAPIDS, MICHIGAN 49503

<u>VIA CM/ECF ONLY</u>

February 3, 2020

To Parties Who Have Appeared

Re: *In re Najeeb Ahmed Khan, Case No. 19-04258-swd; In re Khan Aviation, Inc., Case No. 19-04261-swd; In re GN Investments, LLC, Case No. 19-04262-swd; KRW Investments, Inc., Case No. 19-04264-swd; NJ Realty, LLC, Case No. 19-04266-swd; In re NAK Holdings, LLC, Case No. 19-04267-swd; Sarah Air, LLC, Case No. 19-04268-swd; and In re Interlogic Outsourcing, Inc., et al.,[1] Case No. 20-00325*

Ladies and Gentlemen:

The court is endeavoring to schedule additional, dedicated hearing dates in the above-referenced matters. The following dates are currently available:

April: 2, 3, 6, 7, 13, 14, 30

May: 4, 18, 20

June: 1, 2, 4, 5, 15, 18.

If you wish to be heard before the court selects the dedicated hearing dates for April through June, please send a short email to Kathy Trapp, Kathy_Trapp@miwb.uscourts.gov expressing your preferences no later than Friday, February 7, 2020 at noon.

I will announce the additional dates shortly after Friday's deadline.

Thanks for your cooperation.

Very truly yours,

Scott W. Dales

---

[1] The Debtors are Interlogic Outsourcing, Inc., Case No. 20-00325-swd; IOI Payroll Services, Inc., Case No. 20-00326-swd; TimePlus Systems, LLC, Case No. 20-00332-swd; IOI West, Inc., Case No. 20-00327-swd; Lakeview Technology, Inc., Case No. 20-00330-swd; Lakeview Holdings, Inc., Case No. 20-00329-swd; and ModEarn, Inc., Case No. 20-00331-swd.