IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>NAJEEB AHMED KHAN,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-04258 (SWD) |

## REPORT OF SALE PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1)

Pursuant to Fed. R. Bankr. P. 6004(f)(1), Mark T. Iammartino, (the "Chapter 11 Trustee"), not individually but solely as Chapter 11 Trustee for the estate of Najeeb Khan (the "Debtor"), submits this *Rule 6004(f)(1) Sale Report* and states as follows:

1. The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on October 8, 2019 (the "Petition Date").

2. Pursuant to the *Order Approving Sale Of Real Property, Free And Clear Of All Liens, Interests And Encumbrances With Liens, Interests And Encumbrances Attaching To The Proceeds Of Sale, Pursuant To 11 U.S.C. § 363(b) And § 363(f) (10040 E. Happy Valley Road, #789, Scottsdale, Arizona)* entered on March 3, 2020 [Docket No. 440], the Chapter 11 Trustee was granted authority to sell property commonly known as 10040 E. Happy Valley Road, #789, Scottsdale, Arizona (the "Property").

3. The Property was sold through broker Russ Lyon Sotheby's to Philip and Claudia Robbs for $2,230,300.00. Attached as **Exhibit A** is the closing statement.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 12, 2020	Respectfully submitted,

**MARK IAMMARTINO, Chapter 11 Trustee**

*/s/ Nicholas M. Miller*
Nicholas M. Miller
**McDONALD HOPKINS LLC**
300 N. LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:  (312) 280-8232
nmiller@mcdonaldhopkins.com

- and -

Rachel L. Hillegonds
**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI  49503
Telephone:  (616) 831-1711
Facsimile:  (616) 831-1701
hillegondsr@millerjohnson.com

## CERTIFICATE OF SERVICE

Nicholas M. Miller hereby certifies that on March 12, 2020, he caused a true and correct copy of the ***Report of Sale Pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1)*** to be filed electronically with the Clerk of the court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed on the electronic filing receipt. Parties may access this filing through the Court's system.

Additionally, on March 12, 2020, I caused the parties listed below to be served a copy of the foregoing via U.S. First Class Mail:

| | |
|---|---|
| Najeeb Ahmed Khan<br>732 S. 11th Street, #294<br>Niles, MI 49120 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency<br>PO Box 330500, Stop 15<br>Detroit, MI 48226 | Michigan Secretary of State<br>Michigan Secretary of State Building<br>Lansing, MI 48917 |
| Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Russ Lyon Sotheby's International Realty<br>Attn: Nancy Seritch<br>7669 E. Pinnacle Peak Rd., Suite 110<br>Scottsdale, AZ 85255 |
| Re/Max Excalibur<br>Attn: Dana Bloom<br>10458 E. Jomax Rd, #100<br>Scottsdale, AZ 85262 | |

*/s/ Nicholas M. Miller*
Nicholas M. Miller
**McDONALD HOPKINS LLC**
300 N. LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:   (312) 280-8232
nmiller@mcdonaldhopkins.com

# **EXHIBIT A**

**EXHIBIT A**

# FIDELITY NATIONAL TITLE AGENCY, INC.

14000 N. Pima Road, Suite 100, Department 88, Scottsdale, AZ 85260

Phone: (480) 214-4545     Fax: (480) 546-3581

**Combined Settlement Statement**
**Final**

---

**Escrow No:** 88018544 - 088 TEF     **Close Date:** 03/06/2020     **Proration Date:** 03/06/2020     **Disbursement Date:** 03/06/2020

**Buyer(s)/Borrower(s):** Philip Clifford Robbs
9250 SE 33rd Place
Mercer Island, WA 98040
Claudia Lynay Robbs
9250 SE 33rd Place
Mercer Island, WA 98040

WE DO HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL

_____
FIDELITY NATIONAL TITLE AGENCY, INC

**Seller(s):** Najeeb Khan
23451 Lakeview Drive
Edwardsburg, MI 49112
Nancy Khan
23451 Lakeview Drive
Edwardsburg, MI 49112

**Property:** 10040 E. Happy Valley Rd #789
Scottsdale, AZ 85255

**Brief Legal:** Lot(s) 789, of Desert Highlands Phase III, Map Book 258, Map Page 44

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | | **TOTAL CONSIDERATION:** | | |
| | 2,230,300.00 | Contract Sales Price | 2,230,300.00 | |
| | | **ESCROW CHARGES:** | | |
| 1,579.00 | | Escrow Fee to Fidelity National Title Agency, Inc. | 1,579.00 | |
| 62.50 | | Recording Service Fee to Fidelity National Title Agency, Inc. | 62.50 | |
| 150.00 | | Signing Fee to Fidelity National Title Agency, Inc. | 150.00 | |
| | | **TITLE CHARGES:** | | |
| 5,896.00 | | ALTA Homeowner's Policy to Fidelity National Title Agency, Inc. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 11,865.08 | | Property Taxes 2019 to Maricopa County Treasurer | | |
| 250.00 | | DH- Disclosure Package to The Desert Highlands Assoc | | |
| | | DH- Transfer Fee to The Desert Highlands Assoc | 250.00 | |
| | | DH- Membership Fee to The Desert Highlands Association | 75,000.00 | |
| | | DH- April Dues to The Desert Highlands Assoc | 1,416.00 | |
| 1,416.00 | | DH- March Dues to The Desert Highlands Assoc | | |
| 966.00 | | DH- Food Balance to The Desert Highlands Assoc | | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 1,207.08 | Assessments from 3/6/2020 to 4/1/2020 based on the Monthly amount of $1,416.00 | 1,207.08 | |
| | | Deposit/Earnest Money | | 100,000.00 |
| | | Closing Funds | | 2,191,093.13 |
| 16,819.00 | | BINSR Credit | | 16,819.00 |
| 2,052.45 | | County Taxes from 1/1/2020 to 3/6/2020 based on the Annual amount of $11,556.90 | | 2,052.45 |
| | | **COMMISSIONS:** | | |
| 133,218.00 | | Commission
$66,609.00 to Russ Lyon Sotheby's
$66,609.00 to Re/Max Excalibur | | |
| 174,274.03 | 2,231,507.08 | Sub Totals | 2,309,964.58 | 2,309,964.58 |
| 2,057,233.05 | | Proceeds Due Seller | | |
| 2,231,507.08 | 2,231,507.08 | Totals | 2,309,964.58 | 2,309,964.58 |

Printed by Teresa Floyd on 3/6/2020 - 10:48:15AM                    Page 1 of 1