UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re

NAJEEB AHMED KHAN,

Debtor.

Case No: 19-04258 (SWD)
Chapter 11

### RULE 6004(f)(1) SALE REPORT REGARDING SALE OF CRYSTAL VALLEY FINANCIAL CORPORATION COMMON STOCK

Pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, Mark T. Iammartino (the "Chapter 11 Trustee"), not individually but solely as Chapter 11 Trustee for the estate of Najeeb Khan, for his *Rule 6004(f)(1) Sale Report Regarding Crystal Valley Financial Corporation Common Stock* states as follows:

1. On October 8, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

2. Pursuant to the *Order (I) Authorizing the Chapter 11 Trustee to Sell Crystal Valley Financial Corporation Common Stock, Free and Clear of All Liens, Interests and Encumbrances, with Liens, Interests and Encumbrances Attaching to the Proceeds of Sale, Pursuant to 11 U.S.C. § 363(b) and § 363(f) and (II) Limiting Notice Pursuant to Bankruptcy Rule 2002(i)*, entered by this Court on April 29, 2020 [Docket No. 508], the Chapter 11 Trustee sold 500 shares of common stock in Crystal Valley Financial Corporation (the "Property").

3. The Property was sold to Crystal Valley Financial Corporation for $24,350 on May 4, 2020.

[*Remainder of Page Intentionally Left Blank*]

{8822394: }

Dated:    May 4, 2020                         Respectfully submitted,

**MARK IAMMARTINO, Chapter 11 Trustee**

*/s/ Nicholas M. Miller*
Nicholas M. Miller (admitted *pro hac vice*)
Ashley J. Jericho (P72430)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:  (312) 280-8232
nmiller@mcdonaldhopkins.com
ajericho@mcdonaldhopkins.com

- and -

Rachel L. Hillegonds
**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI  49503
Telephone:  (616) 831-1711
Facsimile:  (616) 831-1701
hillegondsr@millerjohnson.com

{8822394: }