UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re

NAJEEB AHMED KHAN,

    Debtor.

Case No: 19-04258 (SWD)
Chapter 11

### RULE 6004(f)(1) SALE REPORT REGARDING SALE OF FIREARMS

Pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, Mark T. Iammartino (the "Chapter 11 Trustee"), not individually but solely as Chapter 11 Trustee for the estate of Najeeb Khan, for his *Rule 6004(f)(1) Sale Report Regarding Sale of Firearms* states as follows:

1. On October 8, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

2. Pursuant to the *Order (I) Authorizing Chapter 11 Trustee to Sell Firearms, Free and Clear of All Liens, Interests and Encumbrances, with Liens, Interests and Encumbrances Attaching to the Proceeds of Sale, Pursuant to 11 U.S.C. § 363(b) and § 363(f) and (II) Limiting Notice, Pursuant to Bankruptcy Rule 2002(i)* entered by this Court on June 29, 2020 [Docket No. 623], the Chapter 11 Trustee sold the Firearms (the "Property").

3. The Property was sold to Nicolas DeLong for $3,000.00 on July 17, 2020. Nicolas DeLong paid all fees and costs associated with the transfer of the Property.

[*Remainder of Page Intentionally Left Blank*]

{8968364: }

Dated:   July 21, 2020                              Respectfully submitted,

**MARK IAMMARTINO, Chapter 11 Trustee**

*/s/ Nicholas M. Miller*
Nicholas M. Miller (admitted *pro hac vice*)
Ashley J. Jericho (P72430)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:  (312) 280-8232
nmiller@mcdonaldhopkins.com
ajericho@mcdonaldhopkins.com

- and -

Rachel L. Hillegonds
**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI  49503
Telephone:  (616) 831-1711
Facsimile:  (616) 831-1701
hillegondsr@millerjohnson.com

{8968364: }