**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In Re

NAJEEB AHMED KHAN,

Debtor.

Case No: 19-04258 (SWD)
Chapter 11

**RULE 6004(f)(1) SALE REPORT REGARDING SALE OF**
**MEMBERSHIP INTEREST IN EXCLUSIVE RESORTS**

Pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, Mark T. Iammartino (the "Chapter 11 Trustee"), not individually but solely as Chapter 11 Trustee for the estate of Najeeb Khan, for his *Rule 6004(f)(1) Sale Report Regarding Sale of Membership Interest in Exclusive Resorts* states as follows:

1. On October 8, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

2. Pursuant to the *Order (I) Authorizing Chapter 11 Trustee to Sell Membership Interest in Exclusive Resorts, Free and Clear of All Liens, Interests and Encumbrances, with Liens, Interests and Encumbrances Attaching to the Proceeds of Sale, Pursuant to 11 U.S.C. § 363(b) and § 363(f) and (II) Limiting Notice, Pursuant to Bankruptcy Rule 2002(i)* entered by this Court on September 22, 2020 [Docket No. 696], the Chapter 11 Trustee sold the Membership Interest in Exclusive Resorts (the "Property").

3. The Property was sold to Nancy Khan for $4,000.00 on September 22, 2020.

[*Remainder of Page Intentionally Left Blank*]

{9110355: }

Dated:    September 22, 2020                    Respectfully submitted,

**MARK IAMMARTINO, Chapter 11 Trustee**

*/s/ Nicholas M. Miller*
Nicholas M. Miller (admitted *pro hac vice*)
Ashley J. Jericho (P72430)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:   (312) 280-8232
nmiller@mcdonaldhopkins.com
ajericho@mcdonaldhopkins.com

- and -

Rachel L. Hillegonds
**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI  49503
Telephone:  (616) 831-1711
Facsimile:  (616) 831-1701
hillegondsr@millerjohnson.com

{9110355: }

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re<br><br>NAJEEB AHMED KHAN,<br><br>Debtor. | Case No: 19-04258 (SWD)<br>Chapter 11 |

**CERTIFICATE OF SERVICE OF RULE 6004(f)(1)**
**REGARDING SALE OF MEMBERSHIP INTEREST IN EXCLUSIVE RESORTS**

The undersigned certifies that on September 22, 2020, a copy of the foregoing *Rule 6004(f)(1) Sale Report Regarding Sale of Membership Interest in Exclusive Resorts* was served by United States first class mail, postage prepaid, upon:

Office of the U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 202R
Grand Rapids, MI 49503

Dated: September 22, 2020

Respectfully submitted,

**MARK IAMMARTINO, Chapter 11 Trustee**

/s/ Nicholas M. Miller
Nicholas M. Miller (admitted *pro hac vice*)
Ashley J. Jericho (P72430)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:  (312) 280-8232
nmiller@mcdonaldhopkins.com
ajericho@mcdonaldhopkins.com

{9110355: }