UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re

NAJEEB AHMED KHAN,

Debtor.

Case No: 19-04258 (SWD)
Chapter 11

### RULE 6004(f)(1) SALE REPORT REGARDING SALE OF REAL PROPERTY COMMONLY KNOWN AS 8650 SOUTH OCEAN DRIVE, PH 3, JENSEN BEACH, FLORIDA 34957

Pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, Mark T. Iammartino (the "Chapter 11 Trustee"), not individually but solely as Chapter 11 Trustee for the estate of Najeeb Khan, for his *Rule 6004(f)(1) Sale Report Regarding Sale of Real Property Commonly Known as 8650 South Ocean Drive, PH 3, Jensen Beach, Florida 34957* states as follows:

1. On October 8, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

2. Pursuant to the *Order (I) Authorizing Chapter 11 Trustee to Sell Real Property Commonly Known as 8650 South Ocean Drive, PH 3, Jensen Beach, Florida 34957, Free and Clear of All Liens, Interests and Encumbrances, with Liens, Interests and Encumbrances Attaching to the Proceeds of Sale, Pursuant to 11 U.S.C. § 363(b) and § 363(f) and (II) Limiting Notice Pursuant to Bankruptcy Rule 2002(i)* entered by this Court on October 19, 2020 [Docket No. 717], the Chapter 11 Trustee sold the real property commonly known as 8650 South Ocean Drive, PH 3, Jensen Beach, Florida 34957 (the "Property").

3. The Property was sold to LO Investments Corporation for $950,000.00 on November 23, 2020. After payment of the broker's commission and certain prorations and fees, the Chapter 11 Trustee received sale proceeds of $868,200.94.

{9240499: }

Dated: November 23, 2020      Respectfully submitted,

**MARK IAMMARTINO, Chapter 11 Trustee**

*/s/ Ashley J. Jericho*
Nicholas M. Miller (admitted *pro hac vice*)
Ashley J. Jericho (P72430)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:  (312) 280-8232
nmiller@mcdonaldhopkins.com
ajericho@mcdonaldhopkins.com

- and -

Rachel L. Hillegonds
**MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.**
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI  49503
Telephone:  (616) 831-1711
Facsimile:  (616) 831-1701
hillegondsr@millerjohnson.com

{9240499: }