This bond replaces and supersedes all previously issued bonds written with bond number 68C215807.

## UNITED STATES BANKRUPTCY COURT

BOND NO: 68C215807

Duplicate Original

### AUCTIONEER'S BOND

Know all men by these presents, that we,  RM Auctions, Inc. dba RM Sotheby's

, of 5536 County Road 11A, Auburn, IN 46706-9532

, as Principal, and  The Ohio Casualty Insurance Company , a corporation organized and existing under the laws of the State of  New Hampshire , with an office and usual place at business at 62 Maple Avenue, Keene, New Hampshire 03431 , as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA in the sum of  Thirty-Six Million, One Hundred Twenty-Eight Thousand, One Hundred And Fifty Dollars and Zero Cents  ( $36.128.150.00 ) Dollars, lawful money of the United States of America for the payment of which sum we do hereby bind and oblige ourselves and our respective heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the said Principal desires to conduct sales as auctioneer in accordance with the rules, orders, and decrees of the United States Bankruptcy Court for the  Western  District of  Michigan  (the "Court").

NOW, THEREFORE, THE CONDITIONS OF THIS OBLIGATION ARE SUCH, THAT IF SAID Principal shall faithfully and promptly account for all monies and property which may come into the Principal's possession as such auctioneer, and shall fully comply with all rules, orders, and decrees of the Court, and shall in all respects faithfully perform the duties of auctioneer in accordance with the Bankruptcy Code and the said rules, orders and decrees, then this obligation to be void, otherwise to be and remain in full force and effect.

That if the Surety shall so elect this bond may be canceled by giving Sixty (60) days' written notice to the Court.

The Surety however, shall remain liable for any default occurring during the period up to the expiration of said sixty (60) days' notice.

IN WITNESS WHEREOF, the Principal has hereunto set the Principal's hand and seal and the Surety has caused this instrument to be executed by its proper officer duly authorized, and its corporate seal to hereunto affix this 21st day of October , 2020 .

Witness to Signature  Gord  Duff

RM Auctions, Inc. dba RM Sotheby's

BY: _____ (L.S.)
  KENNETH AHN, PRESIDENT

BOND APPROVED:

_____
United States Bankruptcy Judge   A.U.S.7.

The Ohio Casualty Insurance Company

_____
Tod E Aronson, Attorney-in-Fact

Dated: 11/30/2020

This Power of Attorney limits the acts of those named herein, and they have no authority to
bind the Company except in the manner and to the extent herein stated.



Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: **8201499-014135**

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Tod E. Aronson, Gregory Magnus, Jayne B. Maloney, Catherine D. Vanelli, Nadine R. Weilersbacher

all of the city of _____Pittsburgh_____ state of_____Pennsylvania_____ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF**, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this ___3rd___ day of _____July_____, ___2019___ .

<div style="writing-mode: vertical">Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.</div>

 

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _____
David M. Carey, Assistant Secretary

State of PENNSYLVANIA ss
County of MONTGOMERY

On this ___3rd___ day of _____July_____, ___2019___ before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _____
Teresa Pastella, Notary Public

<div style="writing-mode: vertical">To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.</div>

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this ___21st___ day of _____October_____, ___2020___ .

  

By: _____
Renee C. Llewellyn, Assistant Secretary